# Exhibit "6"

**ARNOLD LAW FIRM**

865 Howe Avenue, Sacramento, CA 95825
P: 916-777-7777 | F: 916-924-1829 | justice4you.com

CLAYEO C. ARNOLD
ANTHONY M. ONTIVEROS
JOHN T. STRALEN**
**Board-Certified Civil Trial
Advocate by National Board of
Trial Advocacy

M. ANDERSON BERRY
JOSHUA H. WATSON
ANDREW G. MINNEY
LIYA WALLACE
JEFFREY J.A. HINRICHSEN
GREGORY HAROUTUNIAN
ANTHONY J. POIDMORE*
GINA M. BOWDEN*
*Of Counsel

DATA BREACH
CLASS ACTION
QUI TAM
PERSONAL INJURY
WRONGFUL DEATH
EMPLOYMENT LAW
PRODUCT LIABILITY

April 14, 2022

**VIA CERTIFIED MAIL**

**Pingora Loan Servicing, LLC**
c/o Legal Department
1819 Wazee Street, 2nd Floor
Denver, CO 80202

USPS TRACKING #   **9488 9090 0027 6006 4393 25**
SIG CON: FOR TRACKING GO TO USPS.COM

**Pingora Loan Servicing, LLC**
c/o Corporation Service Company- Registered Agent
1900 W. Littleton Boulevard
Littleton, CO 80120

USPS TRACKING #   **9488 9090 0027 6006 4393 32**
SIG CON: FOR TRACKING GO TO USPS.COM

**Bayview Asset Management, LLC**
c/o Legal Department
4425 Ponce De Leon Boulevard, 5th Floor
Coral Gables, FL 33146

USPS TRACKING #   **9488 9090 0027 6006 4393 49**
SIG CON: FOR TRACKING GO TO USPS.COM

**Bayview Asset Management, LLC**
c/o Brian E. Bombstein, Esq.- Registered Agent
4425 Ponce De Leon Boulevard, 5th Floor
Coral Gables, FL 33146

USPS TRACKING #   **9488 9090 0027 6006 4393 56**
SIG CON: FOR TRACKING GO TO USPS.COM

**RE:    Statutory 30 Day Notice of Claim – Cal. Civil Code 1798.100,** *et seq.*

This letter constitutes notice under the California Consumer Privacy Act ("CCPA"), California Civil Code section 1798.100, *et seq.* Pursuant to Civil Code section 1798.150(b), we are hereby notifying Pingora Loan Servicing, LLC ("Pingora") and Bayview Asset Management, LLC ("Bayview" and collectively with Pingora, "Defendants") that it has violated the CCPA, and we demand that, to the extent any cure exists, Defendants "actually cure[]" such violation within thirty (30) calendar days from the date of this letter.

Our clients, Robert Keach, Maureen Keach, and Jay Saporta, residents of California, each received a Notice of Data Breach from Pingora on or about April 6, 2022, stating that their personally identifiable information ("PII") was accessed and is no longer secure. The PII exposed includes, at least, name, address, loan number, and Social Security number. *See* CCPA § 1798.81.5(d)(1).

Please be advised that the failure to prevent Robert Keach's, Maureen Keach's, Jay Saporta's and other California residents' nonencrypted and nonredacted PII from unauthorized access and exfiltration, theft, or disclosure, is a result of Defendants' failure to meet their duty to implement and maintain reasonable security procedures and practices, which is a violation of Civil Code §§ 1798.81.5 and 1798.150. These failures include the lack of adequate encryption to sufficiently

Page 2
April 14, 2022

maintain California residents' PII and to protect this PII from being accessed by third parties without authorization.

To the extent there is any possible cure, we request that Defendants cure this violation which exposed Robert Keach's, Maureen Keach's, and Jay Saporta's PII, and provide an express written statement that the violations have been "actually cured" and that no further violations will occur. A cure, if possible, would require Defendants to, for example, recover all of the stolen PII and eliminate any future risk that Robert Keach's, Maureen Keach's, and Jay Saporta's stolen PII is accessed.

A failure to comply with this request within thirty (30) calendar days will subject Defendants to statutory damages on an individual and/or class-wide basis.

Thank you for your time and cooperation.

Very truly yours,

*/s/M. Anderson Berry*
M. Anderson Berry, Esq.
aberry@justice4you.com
916.239.4778
