Exhibit "7"

# ARNOLD LAW FIRM

865 Howe Avenue, Sacramento, CA 95825
P: 916-777-7777 | F: 916-924-1829 | justice4you.com

CLAYEO C. ARNOLD
ANTHONY M. ONTIVEROS
JOHN T. STRALEN**

**Board-Certified Civil Trial
Advocate by National Board of
Trial Advocacy

M. ANDERSON BERRY
JOSHUA H. WATSON
ANDREW G. MINNEY
LIYA WALLACE
GREGORY HAROUTUNIAN
JEFFREY J.A. HINRICHSEN
ANTHONY J. POIDMORE*
GINA M. BOWDEN*
*Of Counsel

CLASS ACTION
DATA BREACH
QUI TAM
PERSONAL INJURY
WRONGFUL DEATH
EMPLOYMENT LAW
PRODUCT LIABILITY

May 4, 2022

**VIA CERTIFIED MAIL**

**Lakeview Loan Servicing, LLC**
**c/o Legal Department**
4425 Ponce De Leon Boulevard, 5th Floor
Coral Gables, FL 33146

USPS TRACKING #   **9488 9090 0027 6006 4392 02**
SIG CON: FOR TRACKING GO TO USPS.COM

**Lakeview Loan Servicing, LLC**
**c/o Registered Agent--Corporation Service Company**
1201 Hays Street
Tallahassee, FL 32301

USPS TRACKING #   **9488 9090 0027 6006 4392 19**
SIG CON: FOR TRACKING GO TO USPS.COM

RE:     **Statutory 30 Day Notice of Claim – Cal. Civil Code 1798.100,** *et seq*.

This letter constitutes notice under the California Consumer Privacy Act ("CCPA"), California Civil Code section 1798.100, *et seq*. Pursuant to Civil Code section 1798.150(b), we are hereby notifying Lakeview Loan Servicing, LLC ("Lakeview") that it has violated the CCPA, and we demand that, to the extent any cure exists, Lakeview "actually cure" such violation within thirty (30) calendar days from the date of this letter.

Our client, Derek Crenshaw, resident of Pleasant Hill, California, received a Notice of Data Breach from Lakeview dated March 17, 2022, stating that his personally identifiable information ("PII") was accessed and no longer secure. The PII exposed includes, at least, his name, address, loan number, and Social Security number. *See* CCPA § 1798.81.5(d)(1).

Please be advised that the failure to prevent Mr. Crenshaw's and other California residents' nonencrypted and nonredacted PII from unauthorized access and exfiltration, theft, or disclosure, is a result of Lakeview's failure to meet its duty to implement and maintain reasonable security procedures and practices, which is a violation of Civil Code §§ 1798.81.5 and 1798.150. These failures include the lack of adequate encryption to sufficiently maintain California residents' PII and to protect this PII from being accessed by third parties without authorization.

To the extent there is any possible cure, we request that Lakeview cure this violation, which exposed Mr. Crenshaw's PII, and provide an express written statement that the violations have been cured and that no further violations will occur.  A cure, if possible, would require Lakeview to, for example, recover all of the stolen PII and eliminate any future risk that Mr. Crenshaw's stolen PII is misused.

A failure to comply with this request within thirty (30) calendar days will subject Lakeview to statutory damages on an individual and/or class-wide basis.

Page 2
May 4, 2022

Thank you for your time and cooperation.

Very truly yours,

/s/M. Anderson Berry
M. Anderson Berry, Esq.
aberry@justice4you.com
916.239.4778