UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JENNIFER MORRILL, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　v.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>　　　　Defendant. | Civil Action No. 1:22-cv-20955-DPG |

## NOTICE OF APPEARANCE

JULIE SINGER BRADY of the law firm of Baker & Hostetler LLP hereby enters this appearance as counsel of record for Defendant, LAKEVIEW LOAN SERVICING, LLC, and requests that copies of all pleadings and papers filed herein be served upon her.

DATED this 8th day of April, 2022.

　　　　　　　　　　　　　　　　*/s/ Julie Singer Brady*
　　　　　　　　　　　　　　　　Julie Singer Brady
　　　　　　　　　　　　　　　　Florida Bar No. 0389315
　　　　　　　　　　　　　　　　Primary Email:
　　　　　　　　　　　　　　　　　　　jsingerbrady@bakerlaw.com
　　　　　　　　　　　　　　　　Secondary Email:   cchaplan@bakerlaw.com
　　　　　　　　　　　　　　　　BAKER & HOSTETLER LLP
　　　　　　　　　　　　　　　　2300 SunTrust Center
　　　　　　　　　　　　　　　　200 South Orange Avenue
　　　　　　　　　　　　　　　　Post Office Box 112
　　　　　　　　　　　　　　　　Orlando, Florida 32802
　　　　　　　　　　　　　　　　Telephone:  407-649-4000
　　　　　　　　　　　　　　　　Telecopier:  407-841-0168
　　　　　　　　　　　　　　　　*Attorneys for Defendant Lakeview Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 8, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Julie Singer Brady*
Julie Singer Brady