## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JENNIFER MORRILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 1:22-cv-20955-DPG |
| EVELYN RIVERA, ALISHIA CARTAGENA, and DOREEN ENDRESS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No.: 1:22-cv-20968-KMM |
| JOHN MCMAHON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 1:22-cv-20978-RNS |

*Additional Cases on Next Page*

| | |
|---|---|
| ANDREW GUARINO, individually and on behalf of themselves and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 1:22-cv-20981-CMA |
| SHANNON THOMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 1:22-cv-20984-KMM |
| RICHARD KUNZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 1:22-cv-21003-MGC |
| *Additional Cases on Next Page* | |

| | |
|---|---|
| JOHNIE KIMBROUGH, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> LAKEVIEW LOAN SERVICING, LLC, <br><br> Defendant. | Case No. 1:22-cv-21044-JEM |
| MATTHEW MYERS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> LAKEVIEW LOAN SERVICING, LLC, <br><br> Defendant. | Case No. 1:22-cv-21054-DPG |

## STIPULATION RE CONSOLIDATION OF ACTIONS AND APPOINTMENT OF INTERIM CLASS COUNSEL

WHEREAS, there are eight related proposed class actions pending in the Southern District of Florida: *Morrill v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20955-DPG ("*Morrill*"); *Rivera, et al. v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20968-KMM ("*Rivera*"); *McMahon v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20978-RNS ("*McMahon*"); *Guarino v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20981-CMA ("*Guarino*"); *Thomas v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20984-KMM ("*Thomas*"); *Kunz v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21003-MGC ("*Kunz*"); *Johnie Kimbrough v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21044-JEM ("*Kimbrough*"); and *Matthew Myers v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21054-DPG ("*Myers*") (together, the "Related Cases");

WHEREAS, Plaintiffs in the Related Cases ("Plaintiffs") allege that Defendant Lakeview Loan Servicing, LLC ("Lakeview") failed to secure sensitive information stored on its file servers and thus compromised millions of people's personal information (the "Data Breach");

WHEREAS, Plaintiffs and Lakeview, by and through their respective counsel (together, the "parties"), have conferred and agree that consolidation is appropriate under Federal Rule of Civil Procedure 42(a) because the Related Cases involve common questions of law or fact, specifically, the cases name a common defendant, arise from the same Data Breach, and assert similar claims;

WHEREAS, Plaintiffs agree that a streamlined process for the appointment of interim class counsel under Fed. R. Civ. P. 23(g)(3) will be beneficial to the effective prosecution of the class claims;

WHEREAS, Lakeview agrees that consolidation is appropriate and that an early appointment of interim class counsel will be beneficial to its effective defense of these matters, and thus does not oppose consolidation under Fed. R. Civ. P 42(a) or the appointment of interim class counsel, while expressly reserving its right to oppose class certification;

WHEREAS, the parties propose, subject to Court approval, that this action proceed on the following schedule:

- Counsel may file an individual or joint application for consideration as interim class counsel, as set forth in paragraph 7, below;

- Plaintiffs will file a Consolidated Complaint ("Complaint") no later than 45 days following the appointment of interim class counsel; and

- Defendant will respond to the Complaint no later than 30 days following its filing;

NOW THEREFORE, the parties through their respective counsel and subject to the Court's approval hereby stipulate that:

1. The following actions pending in this District shall be consolidated for all pre-trial purposes pursuant to Federal Rule of Civil Procedure 42(a) (hereafter the "Consolidated Action"):

   a. *Morrill v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20955-DPG;

   b. *Rivera, et al. v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20968-KMM;

   c. *McMahon v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20978-RNS;

   d. *Guarino v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20981-CMA;

   e. *Thomas v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20984-KMM;

   f. *Kunz v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21003-MGC;

   g. *Johnie Kimbrough v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21044-JEM ("*Kimbrough*"); and

   h. *Matthew Myers v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21054-DPG.

2. All papers filed in the Consolidated Action must be filed under Case No. 1:22-cv-20955-DPG, the number assigned to the first-filed case, and must bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG |

3. The case file for the Consolidated Action will be maintained under Master File Case No. 1:22-cv-20955-DPG.

4. The Clerk is directed to administratively close the following related cases:

  a. *Rivera, et al. v. Lakeview Loan Servicing, LLC*, No. 1:22-cv-20968-KMM

  b. *McMahon v. Lakeview Loan Servicing, LLC*, No. 1:22-cv-20978-RNS

  c. *Guarino v. Lakeview Loan Servicing, LLC*, No. 1:22-cv-20981-CMA

  d. *Thomas v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20984-KMM

  e. *Kunz v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21003-MGC

  f. *Johnie Kimbrough v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21044-JEM

  g. *Matthew Myers v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21054-DPG

5. Any action subsequently filed, transferred, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be automatically consolidated with it 10 calendar days following the filing of that action. If any party objects to such consolidation or otherwise wishes to seek alternative relief, they shall do so before the expiration of that period.

6. The parties shall file a Notice of Related Cases pursuant to Civil L.R. 3-12 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

  a. place a copy of this Order in the separate file for such action;

  b. serve on plaintiff's counsel in the new case a copy of this Order;

  c. direct that this Order be served upon defendant(s) in the new case; and

  d. make the appropriate entry in the Master Docket.

7. Any counsel who has filed an action in this Consolidated Action may file an individual or joint application for consideration as interim class counsel no later than fourteen (14) calendar days from the date of entry of the Court's order approving this stipulation. Each attorney's

individual or joint application shall not exceed ten (10) pages double-spaced addressing the factors set forth in Rule 23(g) and may include a firm resume(s). Counsel may file a two-page double-spaced response (including attachments), no later than five (5) business days from the filing deadline of the initial applications.

8. Plaintiffs will file the Consolidated Complaint no later than 45 days following the appointment of interim class counsel. Defendant will respond to the Complaint no later than 30 days following its filing.

9. The parties will file a Joint Scheduling Report 21 days after the filing of the Consolidated Complaint.

**IT IS SO STIPULATED.**

Dated: April 7, 2022

By:   /s/  *John Yanchunis*

John A. Yanchunis (Fla. Bar No. 324681)
Ryan D. Maxey
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

Adam E. Polk (*Pro Hac Vice*)
Jordan Elias (*Pro Hac Vice*)
Simon Grille (*Pro Hac Vice*)
Kimberly Macey (*Pro Hac Vice*)
**GIRARD SHARP LLP**
601 California St, Ste 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com
Joseph M. Lyon (*Pro Hac Vice Forthcoming*)

Respectfully submitted,

By:   /s/ *Daniel B. Rosenthal*

Daniel B. Rosenthal (Fla. Bar No. 711934)
**DBR LAW, P.A.**
1900 Glades Road, Suite 270
Boca Raton, Florida 33431
Telephone: (561) 853-0991
(561) 414-3622 (cell)
daniel@dbrlawfirm.com
rose@dbrlawfirm.com

M. Anderson Berry (*pro hac vice* forthcoming)
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 9582
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

Rachele R. Byrd (*pro hac vice* forthcoming)

**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333
jlyon@thelyonfirm.com

*Attorneys for Plaintiffs Rivera, Cartagena, and Endress*

By: /s/ *Stuart Davidson*

Stuart A. Davidson (FBN 0084824)
Dorothy P. Antullis (FBN 890421)
Eric S. Dwoskin (FBN 112459)
Maxwell H. Sawyer (FBN 1003922
**ROBBINS GELLER RUDMAN**
**& DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
Facsimile: 561/750-3364
sdavidson@rgrdlaw.com
dantullis@rgrdlaw.com
edwoskin@rgrdlaw.com
msawyer@rgrdlaw.com

Terence R. Coates (*pro hac vice forthcoming*)
Dylan J. Gould (*pro hac vice forthcoming*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: 513/651-3700
Facsimile: 513/665-0219
tcoates@msdlegal.com
dgould@msdlegal.com

*Attorneys for Plaintiff McMahon*

**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
byrd@whafh.com

*Attorneys for Plaintiff Morrill*

By: /s/ *Jonathan Cohen*

Jonathan Cohen (FL Bar No. 27620)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
3833 Central Ave.
St. Petersburg, FL 33713
Tel: 865-247-0080
Email: jcohen@milberg.com

Gary M. Klinger (*pro hac vice forthcoming*)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

David K. Lietz (*pro hac vice forthcoming*)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
Email: dlietz@milberg.com

Blake Hunter Yagman (*pro hac vice forthcoming*)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel.: 212-594-5300
Email: byagman@milberg.com

8

*Attorneys for Plaintiff Guarino*

By: ___/s/ *Jessica L. Kerr*___

Jessica L. Kerr, Esq. (Fla Bar No. 92810)
**THE ADVOCACY GROUP**
100 S. Biscayne Blvd, Suite 300
Miami, Florida 33131
Telephone: (954) 282-1858
Facsimile: (954) 282-8277
Email: service@advocacypa.com

Brian D. Flick
**DANNLAW**
15000 Madison Avenue
Lakewood, OH 44107
Telephone: (216) 373-0539
Facsimile: (216) 373-0536
Email: mdann@dannlaw.com
Email: notices@dannlaw.com

Thomas A. Zimmerman, Jr.
**ZIMMERMAN LAW OFFICES, P.C.**
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180
Email: tom@attorneyzim.com

Joseph M. Adams
**THE LAW OFFICES OF JOSEPH M. ADAMS**
200 Highpoint Drive, Suite 211A
Chalfont, PA 18914
Telephone: (215-996-9977)
Email: josephmadamsesq@verizon.net

*Attorneys for Plaintiff Thomas*

By: ___/s/ *Stuart Davidson*___

Stuart A. Davidson (FBN 0084824)
Dorothy P. Antullis (FBN 890421)
Eric S. Dwoskin (FBN 112459)
Maxwell H. Sawyer (FBN 1003922
**ROBBINS GELLER RUDMAN
& DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
Facsimile: 561/750-3364
sdavidson@rgrdlaw.com
dantullis@rgrdlaw.com
edwoskin@rgrdlaw.com
msawyer@rgrdlaw.com

Bryan L. Bleichner (*pro hac vice* forthcoming)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave., Ste. 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612) 336-2940
bbleichner@chestnutcambronne.com

*Attorneys for Plaintiff Kunz*

9

By: ___/s/ *Marc Aaron Wites*___

Marc Aaron Wites (24783)
**Wites Law Firm**
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: (954) 570-8989
Facsimile: (954) 354-0205
mwites@witeslaw.com
Ben Barnow (*pro hac vice forthcoming*)
b.barnow@barnowlaw.com
Anthony L. Parkhill (*pro hac vice forthcoming*)
aparkhill@barnowlaw.com

Riley W. Prince (*pro hac vice forthcoming*)
rprince@barnowlaw.com
**BARNOW AND ASSOCIATES P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Telephone: (312) 621-2000
Facsimile: (312) 641-5504

*Attorneys for Plaintiff Kimbrough*

By: ___/s/ *David J. George*___

David J. George (FBN 898570)
**GEORGE GESTEN MCDONALD, PLLC**
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467
Telephone: (888) 421-4529
Facsimile: (888) 421-4173
dgeorge@4-justice.com
eservice@4-justice.com

Lori G. Feldman *(pro hac vice forthcoming)*
**GEORGE GESTEN MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Telephone: (917) 983-9321
Facsimile: (888) 421-4173
Email: LFeldman@4-Justice.com
*E-Service: eService@4-Justice.com*

Stephen R. Basser (pro hac vice forthcoming)
Samuel M. Ward (pro hac vice forthcoming)
**BARRACK, RODOS & BACINE**
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

John G. Emerson (pro hac vice forthcoming)
**EMERSON FIRM, PLLC**
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Facsimile: (501) 286-4659

*Attorneys for Plaintiff Myers*

By: ___/s/ *Julie Singer Brady*___

Julie Singer Brady
**BAKER HOSTETLER**
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4832
Facsimile: (407) 841-0168
jsingerbrady@bakerlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 8, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system and served the foregoing by email to all counsel named above.

Dated: April 8, 2022         By */s/ Daniel B. Rosenthal*
                 Daniel B. Rosenthal

                DBR LAW, P.A.
                1900 Glades Road, Suite 270
                Boca Raton, Florida 33431
                (561) 853-0991
                Fla. Bar No. 711934
                daniel@dbrlawfirm.com
                rose@dbrlawfirm.com

                *Counsel for Plaintiffs*