**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| JENNIFER MORRILL, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br> v.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>   Defendant. | Case No. 1:22-cv-20955-DPG<br><br>**NOTICE OF RELATED CASE**<br><br><br>COMPLEX<br><br>Judge: Darrin P. Gayles<br>U.S. Magistrate Judge: Edwin G. Torres |

## PLAINTIFF'S NOTICE OF RELATED CASE

Plaintiff, Jennifer Morrill, by and through the undersigned attorneys, gives notice that there is a case pending in the Southern District of Florida that is related to this action and states:

1. Case No. 1:22-cv-21094 (the "*Stone* action") was filed by Stephenie Stone, individually and on behalf of all others similarly situated, on April 11, 2022, against Lakeview Loan Servicing, LLC ("Defendant").

2. In that action, Ms. Stone seeks to recover based upon Defendant's failure to properly secure and safeguard its customers' sensitive personally identifiable information. Specifically, Ms. Stone alleges that Defendant failed to properly protect her and Class Members' names, addresses, loan numbers and Social Security numbers, and other information provided in connection with a loan application, loan modification, or other items regarding loan servicing.

3. Plaintiff Stone also alleges that Defendant discovered that an unauthorized actor gained access to its file servers in December 2021, that Defendant later determined that an

1

2

unauthorized party gained access to its server from October 27, 2021 to December 7, 2021, and that the data on this server included Ms. Stone's and Class Members' personally identifiable information (the "Data Breach").

4. Therefore, the *Stone* action involves the same Data Breach and the same Defendant as this action and the two actions will therefore involve the same factual and legal issues WHEREFORE, Plaintiff gives notice to this Court that the *Stone* action is related to this action.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided by email to Counsel for Plaintiff, Stuart A. Davison, Dorothy P. Antullis, Eric S. Dwoskin and Maxwell H. Sawyer of Robbins Geller Rudman & Dowd LLP and Anne. T. Regan, Nathan D. Prosser and Lindsey L. Larson of Hellmuth & Johnson PLLC on April 21, 2022.

DATE:  April 21, 2022                     Respectfully Submitted,

**DBR LAW, P.A**.

*/s/ Daniel Rosenthal*_____
DANIEL ROSENTHAL

DANIEL B. ROSENTHAL, ESQ.
1900 Glades Road, Suite 270
Boca Raton, Florida 33431
(561) 853-0991 (work)
(561) 414-3622 (cell)
Fla. Bar No. 711934
daniel@dbrlawfirm.com
rose@dbrlawfirm.com

M. ANDERSON BERRY (*pro hac vice*)
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

RACHELE R. BYRD (*pro hac vice*)
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599
byrd@whafh.com

*Attorneys for Plaintiff and the Class*

28310