# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JENNIFER MORRILL, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>　　　　　Defendant. | Case No. 1:22-cv-20955-DPG |
| EVELYN RIVERA, ALISHIA CARTAGENA, and DOREEN ENDRESS, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>　　　　　Defendant. | Case No.: 1:22-cv-20968-DPG |
| JOHN MCMAHON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>　　　　　Defendant. | Case No. 1:22-cv-20978-DPG |
| *Additional Cases on Next Page* | |

| | |
|---|---|
| ANDREW GUARINO**,** individually and on behalf of themselves and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 1:22-cv-20981-DPG |
| SHANNON THOMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 1:22-cv-20984-DPG |
| RICHARD KUNZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 1:22-cv-21003-DPG |
| JOHNIE KIMBROUGH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 1:22-cv-21044-DPG |

| | |
|---|---|
| MATTHEW MYERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 1:22-cv-21054-DPG |
| STEPHENIE STONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 1:22-cv-21094-DPG |

### ORDER RE CONSOLIDATION OF ACTIONS AND PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL

**THIS CAUSE** comes before the Court on the parties' Stipulation [ECF No. 9] to consolidate certain cases and establish a process for the appointment of interim class counsel. The Court has reviewed the Stipulation and agrees that consolidation of the above-styled cases is appropriate to avoid unnecessary duplication of judicial labor and effort as well as to conserve the parties' resources. Being fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. The following actions pending in this District shall be consolidated for all pre-trial purposes pursuant to Federal Rule of Civil Procedure 42(a) (hereafter the "Consolidated Action"):

    a. *Morrill v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20955-DPG;

    b. *Rivera, et al. v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20968-DPG;

    c. *McMahon v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20978-DPG;

    d. *Guarino v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20981-DPG;

  e. *Thomas v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20984-DPG;

  f. *Kunz v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21003-DPG;

  g. *Kimbrough v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21044-DPG;

  h. *Myers v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21054-DPG; and

  i. *Stone v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21094-DPG..

2. All papers filed in the Consolidated Action must be filed under Case No. 1:22-cv-20955-DPG, the number assigned to the first-filed case, and must bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG |

3. The case file for the Consolidated Action will be maintained under Master File Case No. 1:22-cv-20955-DPG.

4. The Clerk is directed to administratively **CLOSE** the following related cases:

  a. *Rivera, et al. v. Lakeview Loan Servicing, LLC*, No. 1:22-cv-20968-DPG

  b. *McMahon v. Lakeview Loan Servicing, LLC*, No. 1:22-cv-20978-DPG

  c. *Guarino v. Lakeview Loan Servicing, LLC*, No. 1:22-cv-20981-DPG

  d. *Thomas v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20984-DPG

  e. *Kunz v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21003-DPG

  f. *Kimbrough v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21044-DPG

  g. *Myers v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21054-DPG

    h. *Stone v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21094-DPG

 5. Any action subsequently filed, transferred, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be automatically consolidated with it 10 calendar days following the filing of that action. If any party objects to such consolidation or otherwise wishes to seek alternative relief, they shall do so before the expiration of that period.

 6. The parties shall file a Notice of Related Cases pursuant to Civil L.R. 3-12 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

    a. place a copy of this Order in the separate file for such action;

    b. serve on plaintiff's counsel in the new case a copy of this Order;

    c. direct that this Order be served upon defendant(s) in the new case; and

    d. make the appropriate entry in the Master Docket.

 7. Any counsel who has filed an action in this Consolidated Action may file an individual or joint application for consideration as interim class counsel no later than fourteen (14) calendar days from the date of entry of this Order. Each attorney's individual or joint application shall not exceed ten (10) pages double-spaced addressing the factors set forth in Rule 23(g) and may include a firm resume(s). Counsel may file a two-page double-spaced response (including attachments), no later than five (5) business days from the filing deadline of the initial applications.

 8. Plaintiffs will file the Consolidated Complaint no later than 45 days following the appointment of interim class counsel. Defendant will respond to the Complaint no later than 30 days following its filing.

9. The parties will file a Joint Scheduling Report 21 days after the filing of the Consolidated Complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of May 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE