## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG |
| SEASON TAYLOR & MATTHEW TAYLOR, <br><br> Plaintiffs, <br><br> vs. <br><br> LAKEVIEW LOAN SERVICING, LLC, <br><br> Defendant. | Case No.: 1:22-cv-21445-DPG |

### ORDER OF CONSOLIDATION

**THIS CAUSE** comes before the Court on the parties' Notice of Related Case [ECF No. 24]. The Court has reviewed the Notice and being fully advised, it is

**ORDERED AND ADJUDGED** that *Taylor v. Lakeview Loan Servicing, LLC*, No. 1:22-cv-21445-DPG, shall be consolidated with the actions in Master File Case No. 1:22-cv-20955-DPG for all pre-trial purposes pursuant to Federal Rule of Civil Procedure 42(a). The parties shall adhere to the instructions and deadlines contained in the initial Consolidation Order [Master File ECF No. 19]. The Clerk is directed to administratively **CLOSE** *Taylor v. Lakeview Loan Servicing, LLC*, No. 1:22-cv-21445-DPG.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of May 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE