**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG |

**DEFENDANTS PINGORA LOAN SERVICING, LLC AND PINGORA ASSET MANAGEMENT, LLC'S NOTICE OF RELATED CASE**

Pursuant to S.D. Fla. L. R. 3.8 and this Court's order entered May 5, 2022 (ECF No. 19, "Consolidation Order"), Defendants Pingora Loan Servicing, LLC and Pingora Asset Management, LLC hereby notify the Court that an action arising out of the same or similar operative facts as the consolidated action was transferred to this Court on May 20, 2022: *Kassem, et al., v. Pingora Loan Servicing, LLC, et al.*, No. 1:22-cv-21566-RNS. A copy of the Complaint is attached as Exhibit A.

Pursuant to paragraph 5 of the Consolidation Order, the foregoing constitutes a subsequent action and the undersigned request that it be consolidated with this action.

[Signature block on following page.]

| | |
|---|---|
| Dated: May 23, 2022. | <u>*s/ Julie Singer Brady*</u><br>Julie Singer Brady<br>Florida Bar No. 389315<br>jsingerbrady@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>200 South Orange Avenue, Suite 2300<br>Orlando, FL 32801<br>Telephone: 407.649.4000<br>Facsimile: 407.841.0168<br><br>Paul Karlsgodt (*pro hac vice*)<br>PKarlsgodt@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>1801 California Street, Suite 4400<br>Denver, CO 80202<br>Telephone: 303.861.0600<br>Facsimile: 303.861.7805<br><br>Evan M. Mannering (*pro hac vice*)<br>emannering@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>1050 Connecticut Ave, NW, Suite 1100<br>Washington, DC 20036<br>Telephone: 202.861.1500<br>Facsimile: 202.861.1783<br><br>*Counsel for Lakeview Loan Servicing, LLC, Pingora Loan Servicing, LLC and Pingora Asset Management, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 23, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the Florida E-Filing Portal, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Julie Singer Brady*
Julie Singer Brady
