UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG |
| MICHAEL KASSEM & KIMBERLEY ROWTON,<br><br>Plaintiffs,<br><br>vs.<br><br>PINGORA LOAN SERVICING, LLC & PINGORA ASSET MANAGEMENT, LLC,<br><br>Defendants. | Case No.: 1:22-cv-21566-DPG |
| MICHAEL GARCIA, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>PINGORA LOAN SERVICING, LLC,<br><br>Defendant. | Case No.: 1:22-cv-21680-DPG |

## ORDER OF CONSOLIDATION

**THIS CAUSE** comes before the Court on the parties' Notices of Related Cases [ECF Nos. 30, 36]. The Court has reviewed the Notice and being fully advised, it is

**ORDERED AND ADJUDGED** that *Kassem v. Pingora Loan Servicing, LLC*, No. 1:22-cv-21566-DPG, and *Garcia v. Pingora Loan Servicing, LLC*, No. 1:22-cv-21680, shall be consolidated with the actions in Master File Case No. 1:22-cv-20955-DPG for all pre-trial purposes

pursuant to Federal Rule of Civil Procedure 42(a).  The parties shall adhere to the instructions and deadlines contained in the initial Consolidation Order [Master File ECF No. 19].   The Clerk is directed to administratively **CLOSE** *Kassem v. Pingora Loan Servicing, LLC*, No. 1:22-cv-21566-DPG, and *Garcia v. Pingora Loan Servicing, LLC*, No. 1:22-cv-21680.

**DONE AND ORDERED in Chambers at Miami, Florida, this** 7th day of June 2022**.**

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE