# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

JENNIFER MORRILL, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

    Plaintiff,

v.                                     1:22-cv-20955-DPG

LAKEVIEW LOAN SERVICING, LLC,

    Defendant.
_____/

## INTERVENORS ANTHONY OGLESBY AND TERESA OGLESBY'S NOTICE OF STRIKING DOCUMENT [D.E. 34]

Intervenors Anthony Oglesby and Teresa Oglesby by and through undersigned counsel, hereby give notice of striking document number 34 due to an improper case caption.

Dated June 9, 2022.

                                            Respectfully Submitted,

                                            */s Pedro F. Bajo, Jr.*
                                            Pedro F. Bajo, Jr.
                                            Florida Bar No: 0966029
                                            Bajo Cohen Agliano P.A.
                                            606 East Madison Street
                                            Tampa, FL 33602
                                            Phone: 813-223-3130
                                            pedro.bajo@bcalaw.com

        Oscar M. Price, IV (*Pro Hac Vice forthcoming*)
        Nicholas W. Armstrong (*Pro Hac Vice forthcoming*)
        Price Armstrong, LLC
        2226 1st Avenue South, Suite 105
        Birmingham, AL 35233
        205.208.9588 / 205.208.9525 (fax)
        oscar@pricearmstrong.com
        nick@pricearmstrong.com
        *Attorneys for Anthony and Teresa Oglesby*
        *(South Carolina Plaintiffs)*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 9, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will serve notice of electronic filing upon all parties.

        */s/ Pedro F. Bajo, Jr.*
        Attorney