# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JENNIFER MORRILL, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>      Defendant. | Case No. 1:22-cv-20955-DPG<br><br>**CLASS ACTION COMPLAINT**<br><br>JURY DEMAND<br><br>COMPLEX |

## NOTICE OF UNAVAILABILITY

**PLEASE TAKE NOTICE** that the undersigned attorney, **DANIEL B. ROSENTHAL, ESQ.,** will be absent from the jurisdiction of this Court and/or unavailable on September 26-27, 2022, and on October 5, 10-11, and 17-18, 2022, and respectfully requests that no hearings, depositions, discovery or any other proceedings be set during said time frame.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished this July 20, 2022, via the Florida Court's E-filing portal and served via electronic mail to all counsel of record.

**DBR LAW, P.A.**
1900 Glades Road, Suite 270
Boca Raton, FL 33431
Telephone: (561) 853-0991
Email:  daniel@dbrlawfirm.com
Secondary Email:  rose@dbrlawfirm.com

By: _/s/ Daniel B. Rosenthal_
    **DANIEL B. ROSENTHAL**
    Florida Bar Number:  711934
    *Counsel for Defendant*