Exhibit "1"

**IN RE LAKEVIEW LOAN SERVICING DATA BREACH LITIGATION**

**MONTHLY TIME REPORT**

| *In re Lakeview Loan Servicing Data Breach Litigaton*, No. 1:22-cv-20955-DPG (S.D. Fla.) | | | | | | |
|---|---|---|---|---|---|---|
| **Date Submitted:** | 8/15/2022 | **Provide monthly billing no later than the 20th of the following month** | | | | |
| **Certified By:** | Name | **by email to sdavidson@rgrdlaw.com ** | | | **Total Monthly Time Spent** | **Total Monthly Fees** |
| **Firm Name:** | Firm Name | | | | 1.0 | $100.00 |
| **Reporting Period:** | Inception-7/30/22 | | | | | |
| **Last Name, First Name** | **Date of Service (00/00/0000)** | **Detailed Description of Work Performed** | **Approved by (not for PEC Members)** | **Billing Rate** | **Time spent (by 0.1 increments)** | **Fees Total** |
| Last, First | 01/01/2021 | Example Entry | | 100 | 1.00 | $100.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**IN RE LAKEVIEW LOAN SERVICING DATA BREACH LITIGATION**

**MONTHLY EXPENSE REPORT**

| *In re Lakeview Loan Servicing Data Breach Litigaton*, No. 1:22-cv-20955-DPG (S.D. Fla.) | | | | **Monthly Expense Total** | | |
|---|---|---|---|---|---|---|
| Date Submitted: | 8/15/2022 | | | $100.00 | | |
| Certified By: | Name | | | | | |
| Firm Name: | Firm Name | | | | | |
| Reporting Period: | Inception-7/30/22 | | | | | |

Category Codes:  1. Assessment Fees   2. Federal Express / Local Courier, etc.  3.  Postage Charges   4. Facsimile Charges   5. Long Distance  6. In-House Photocopying  7. Outside Photocopying    8. Hotels   9. Meals   10. Mileage   11. Air Travel   12. Ground Transportation (i.e. rental car, taxi)   13. Deposition Costs   14. Lexis/Westlaw/PACER   15. Witness and Expert Expenses   16.  Court Fees   17. Investigation Fees / Service Fees   18. Hearing and Trial Transcripts   19. Miscellaneous (Describe)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*ALL ORIGINAL RECEIPTS MUST BE MAINTAINED AND PROVIDED UPON REQUEST\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Last Name, First Name | Date (00/00/0000) | Category Code (1-19) | Detailed Description | Amount | Explanation for any late expenses |
|---|---|---|---|---|---|
| Last, First | 1/1/2021 | 1 | Example Entry | $100.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |