UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No.: 1:22-CV-20955-DPG |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Joseph M. Lyon of the law firm of The Lyon Firm located at 2754 Erie Avenue, Cincinnati, OH 45208 (Phone: 513-381-2333), for purposes of appearance as co-counsel on behalf of Plaintiffs Evelyn Rivera and Alishia Cartagena in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Joseph M. Lyon to receive electronic filings in this case, and in support thereof states as follows:

1. Joseph M. Lyon is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of Ohio (Bar No, 76060) and the U.S. District Court for the Southern District of Ohio.

2. Movant, John Yanchunis, Esquire, of the law firm of Morgan & Morgan Complex Litigation Group located at 201 N. Franklin Street, 7th Floor, Tampa Florida 33602 (Phone: 813-223-5505), is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Courts electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and

serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Joseph M. Lyon has made payment of this Courts $150 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Joseph M. Lyon by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Joseph M. Lyon at email address: jlyon@thelyonfirm.com

WHEREFORE, John Yanchunis, moves this Court to enter an Order Joseph M. Lyon, to appear before this Court on behalf of Plaintiffs Evelyn Rivera and Alishia Cartagena, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Joseph M. Lyon.

Date: August 9, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ John A. Yanchunis
　　　　　　　　　　　　　　　　　　　John Yanchunis
　　　　　　　　　　　　　　　　　　　Florida Bar No. 324681
　　　　　　　　　　　　　　　　　　　jyanchunis@forthepeople.com
　　　　　　　　　　　　　　　　　　　Morgan & Morgan Complex Litigation Group
　　　　　　　　　　　　　　　　　　　201 N. Franklin Street, 7th Floor
　　　　　　　　　　　　　　　　　　　Tampa, Florida 33602
　　　　　　　　　　　　　　　　　　　Phone: 813-223-5505

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff