# Exhibit "A"

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG |

## JOINT PROPOSED SCHEDULING ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **August 5, 2024.** The **Calendar Call** will be held at **9:30 a.m. on Wednesday, July 31, 2024**. A **Status Conference** will be held at **9:30 a.m. on Wednesday, May 22, 2024.** The parties shall adhere to the following schedule:

| | Event | Plaintiffs' Proposed Deadline |
|---|---|---|
| 1. | Joinder of any additional parties by | March 7, 2023 |
| 2. | Filing of motions to amend complaint by | May 5, 2023 |
| 3. | Written lists containing names and addresses of all fact witnesses intended to be called at trial due by | May 10, 2024 |
| 4. | Plaintiffs shall disclose fact experts, fact expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) due by | January 10, 2024 |
| 5. | Defendants shall disclose fact experts, fact expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) due by | February 21, 2024 |
| 6. | Exchange of rebuttal fact expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) due by | March 20, 2024 |
| 7. | Selection of mediator due by | July 21, 2023 |

Master File No. 1:22-cv-20955-DPG

| | | |
|---|---|---|
| 8. | Plaintiffs shall file their motion for class certification and serve any class expert reports or declarations in support of the same by | September 15, 2023 |
| 9. | Defendant shall file their opposition to Plaintiffs' motion for class certification and serve any class expert reports or declarations in support of the same by | November 17, 2023 |
| 10. | Plaintiffs shall file their reply brief in support of their motion for class certification and serve any rebuttal class expert reports or declarations in support of the same by[1] | December 15, 2023 |
| 11. | Fact and merits expert discovery shall be completed by | March 31, 2024 |
| 12. | Dispositive motions, including those regarding summary judgment and *Daubert*, must be filed by | April 8 , 2024 |
| 13. | Mediation shall be completed by | May 3, 2024 |
| 14. | All pretrial motions and memoranda of law must be filed by | May 24, 2024 |
| 15. | Motions in limine must be filed by | May 24, 2024 |
| 16. | Joint pretrial stipulation, proposed jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed by | July 5, 2024 |

                                                                    _____
                                                                    Hon. Darrin P. Gayles
                                                                    United States District Judge

---

[1] "Plaintiffs agree not to oppose a motion in leave to file a sur-reply limited to addressing arguments in Plaintiffs' reply that rely on Plaintiffs' rebuttal expert(s)."