# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG |

## JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Lakeview Loan Servicing, LLC, Pingora Loan Servicing, LLC, Bayview Asset Management LLC, and Plaintiffs respectfully move for leave to exceed the page limits set forth in Local Rule 7.1(c)(2). The Consolidated Class Action Complaint (Dkt. No. 47) asserts twenty-two causes of action, under the laws of multiple states, on behalf of thirty-three Plaintiffs, and against three Defendants. Given the complexity of the issues and the number of parties and causes of action, the parties believe additional pages are necessary and appropriate for briefing on Defendants' motion to dismiss. Therefore, the parties respectfully request twenty-seven (27) pages for Defendants' opening brief, twenty-seven (27) pages for Plaintiffs' opposition, and fourteen (14) pages for Defendants' reply.

Dated: August 30, 2022.

s/ Julie Braman Kane
Julie Braman Kane
Florida Bar No. 980277
COLSON HICKS EIDSON
255 Alhambra Circle – Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
julie@colson.com

**Liaison Counsel**

John A. Yanchunis
Ryan D. Maxey

s/ Julie Singer Brady
Julie Singer Brady
Florida Bar No. 389315
jsingerbrady@bakerlaw.com
BAKER & HOSTETLER LLP
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone: 407.649.4000
Facsimile: 407.841.0168

Paul Karlsgodt (*pro hac vice*)
PKarlsgodt@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California Dcreet, Suite 4400

1

MORGAN & MORGAN COMPLEX
LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

*Chair, Plaintiffs' Executive Committee*

M. Anderson Berry
Gregory Haroutunian
CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com

Stuart A. Davidson
Bradley Beall
Nicole Brito
ROBBINS GELLER RUDMAN & DOWD
LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
sdavidson@rgrdlaw.com
bbeall@rgrdlaw.com
nbrito@rgrdlaw.com

Rachele R. Byrd
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
byrd@whafh.com

Adam E. Polk
Jordan Elias
Simon Grille

Denver, CO 80202
Telephone: 303.861.0600
Facsimile: 303.861.7805

Evan M. Mannering (*pro hac vice*)
emannering@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Ave, NW, Suite 1100
Washington, DC 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783

*Counsel for Defendants*

Kimberly Macey
GIRARD SHARP LLP
601 California St, Ste 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com

Gary M. Klinger
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

***Members, Plaintiffs' Executive Committee***

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 30, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the Florida E-Filing Portal, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Julie Singer Brady*
Julie Singer Brady
