## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG |

**DEFENDANT LAKEVIEW LOAN SERVICING, LLC'S NOTICE OF RELATED CASE**

Pursuant to S.D. Fla. L. R. 3.8 and this Court's order entered May 5, 2022 (ECF No. 19, "Consolidation Order"), Defendant Lakeview Loan Servicing, LLC ("Lakeview") hereby notifies the Court that an action arising out of the same or similar operative facts as the Consolidated Action was removed to this Court on September 23, 2022: *Johnson v. Community Loan Servicing, LLC*, Case No. 3:22-cv-04975-AGT.  A copy of the Complaint is attached as Exhibit A.

Pursuant to paragraph 5 of the Consolidation Order, the foregoing constitutes a subsequent action and the undersigned request that it be consolidated with this action.

[Signature block on following page.]

Dated: September 30, 2022.    s/ *Julie Singer Brady*
                               Julie Singer Brady
                               Florida Bar No. 389315
                               jsingerbrady@bakerlaw.com
                               BAKER & HOSTETLER LLP
                               200 South Orange Avenue, Suite 2300
                               Orlando, FL 32801
                               Telephone: 407.649.4000
                               Facsimile: 407.841.0168

                               Paul Karlsgodt (*pro hac vice* pending)
                               PKarlsgodt@bakerlaw.com
                               BAKER & HOSTETLER LLP
                               1801 California Street, Suite 4400
                               Denver, CO 80202
                               Telephone: 303.861.0600
                               Facsimile: 303.861.7805

                               Evan M. Mannering (*pro hac vice*)
                               emannering@bakerlaw.com
                               BAKER & HOSTETLER LLP
                               1050 Connecticut Ave, NW, Suite 1100
                               Washington, DC 20036
                               Telephone: 202.861.1500
                               Facsimile: 202.861.1783

                               *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 30, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the Florida E-Filing Portal, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Julie Singer Brady*
Julie Singer Brady
