## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG |
| JOHN T. JOHNSON<br><br>            Plaintiff,<br><br>vs.<br><br>COMMUNITY LOAN SERVICING, LLC,<br><br>            Defendant. | Case No.: 1:22-cv-23079-DPG |

## ORDER OF CONSOLIDATION

**THIS CAUSE** comes before the Court on the parties' Stipulation to Transfer Venue and Magistrate Judge Alex G. Tse's Order Approving Stipulation to Transfer Venue. [ECF Nos. 9 & 10]. The Court has reviewed the record and being fully advised, it is

**ORDERED AND ADJUDGED** that *Johnson v. Community Loan Servicing, LLC*, No. 1:22-cv-23079-DPG, shall be consolidated with the actions in Master File Case No. 1:22-cv-20955-DPG for all pre-trial purposes pursuant to Federal Rule of Civil Procedure 42(a).  The parties shall adhere to the instructions and deadlines contained in the initial Consolidation Order [Master File ECF No. 19]. The Clerk is directed to administratively **CLOSE** *Johnson v. Community Loan Servicing, LLC*, No. 1:22-cv-23079-DPG.

**DONE AND ORDERED in Chambers at Miami, Florida, this** 29th day of September 2022**.**

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE