**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG |

**UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Defendants respectfully request that the Court enter the Stipulated Protective Order attached hereto as Exhibit A. The Stipulated Protective Order was drafted and agreed to by the parties and Plaintiffs do not oppose this Motion. Accordingly, Defendants respectfully request that the Court enter the Stipulated Protective Order.

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(3)**

Undersigned counsel for Defendants certifies that prior to filing this Motion, Defendants' counsel conferred with Plaintiffs' counsel and reached an agreement on the substance and form of the attached Stipulated Protective Order.

Dated: October 6, 2022.

*s/ Julie Singer Brady*
Julie Singer Brady
Florida Bar No. 389315
jsingerbrady@bakerlaw.com
BAKER & HOSTETLER LLP
200 South Orange Avenue
Suite 2300
Orlando, FL 32801
Telephone: 407.649.4000
Facsimile: 407.841.0168

Paul Karlsgodt (*pro hac vice*)
PKarlsgodt@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California Street
Suite 4400
Denver, CO 80202
Telephone: 303.861.0600

Facsimile: 303.861.7805

Evan M. Mannering (*pro hac vice*)
emannering@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Ave, NW
Suite 1100
Washington, DC 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 6, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the Florida E-Filing Portal, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Julie Singer Brady*
Julie Singer Brady