# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG |

## DEFENDANTS' NOTICE OF RELATED CASE

Pursuant to S.D. Fla. L. R. 3.8 and this Court's order entered May 5, 2022 (ECF No. 19, "Consolidation Order"), Defendants hereby notify the Court that an action arising out of the same or similar operative facts as the Consolidated Action was filed in this Court on November 7, 2022: *Leszczynski v. Community Loan Servicing, LLC*, Case No. 1:22-cv-23644-CMA. A copy of the Complaint is attached as Exhibit A.

Pursuant to paragraph 5 of the Consolidation Order, the foregoing constitutes a subsequent action and the undersigned request that it be consolidated with this action.

Dated: November 8, 2022.

*s/ Julie Singer Brady*
Julie Singer Brady
Florida Bar No. 389315
jsingerbrady@bakerlaw.com
BAKER & HOSTETLER LLP
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone: 407.649.4000
Facsimile: 407.841.0168

Paul Karlsgodt (*pro hac vice*)
PKarlsgodt@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, CO 80202
Telephone: 303.861.0600
Facsimile: 303.861.7805

Evan M. Mannering (*pro hac vice*)

emannering@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Ave, NW, Suite 1100
Washington, DC 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on November 8, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the Florida E-Filing Portal, which will send a Notice of Electronic Filing to all counsel of record. I further certify that I will serve the following counsel of record for Kimberly Leszczynski via electronic email:

Andrew J. Shamis, Esq.
ashamis@shamisgentile.com

Garrett O. Berg, Esq.
gberg@shamisgentile.com

Scott Edelsberg, Esq.
scott@edelsberglaw.com

                                      *s/ Julie Singer Brady*
                                      Julie Singer Brady