# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG |

## PLAINTIFFS' NOTICE OF RELATED ACTION

Pursuant to S.D. Fla. L. R. 3.8 and the Court's Order entered May 5, 2022 (ECF No. 26, "Consolidation Order") in *In Re Lakeview Loan Servicing Data Breach,* case no: 1:22-cv-20955-DPG, Plaintiffs hereby notify the Court that an action arising out of the same or similar operative facts as the Consolidated Action has been filed in this District on November 16, 2022 and was assigned to Judge Beth Bloom:  JUDITH CEFALY, CATHRYNE FERA, and ALBERT BRUMITT, individually and on behalf of all others similarly situated, Plaintiffs, vs. COMMUNITY LOAN SERVICING, LLC, Defendant, Case No: 1:22-cv-23763-BB.  A copy of the Complaint is attached as Exhibit A.

Defendants in this case have previously represented to this Court that the operative facts from which the CEFALY et al. case arises are the same or similar operative facts as those in as the Consolidated action (ECF No. 77, "Defendants' Notice of Related Case").

Pursuant to paragraph 5 of the Consolidation Order, the attached constitutes a subsequent action.  Should the Court not effect transfer independently, undersigned will file a Motion to Transfer the case to this division in ten days and upon transfer will request that it be consolidated with this action.

Dated: November 22, 2022.

Respectfully submitted,

*/s/ Julie Braman Kane*
JULIE BRAMAN KANE
Florida Bar No. 980277
**COLSON HICKS EIDSON**
255 Alhambra Circle – Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
julie@colson.com

## CERTIFICATE OF SERVICE

I hereby certify that, on November 22, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the Florida E-Filing Portal, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Julie Braman Kane*
Julie Braman Kane