# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No.: 1:22-cv-20955-DPG |
| DAVID CUNNINGHAM<br><br>Plaintiff,<br>vs.<br><br>COMMUNITY LOAN SERVICING, LLC,<br><br>Defendant. | Case No.: 1:22-cv-23816-DPG |

## ORDER OF CONSOLIDATION

**THIS CAUSE** comes before the Court regarding the Court's Order Transferring Case. [ECF No. 14]. The relevant parties had until November 30, 2022, to file any objections regarding the consolidation of Case No. 1:22-cv-23816-DPG into Master File Case No. 1:22-cv-20955-DPG. The Court has reviewed the record and being fully advised, it is

**ORDERED AND ADJUDGED** that *Cunningham v. Community Loan Servicing, LLC*, No. 1:22-cv-23816-DPG, shall be consolidated with the actions in Master File Case No. 1:22-cv-20955-DPG for all pre-trial purposes pursuant to Federal Rule of Civil Procedure 42(a). The parties shall adhere to the instructions and deadlines contained in the initial Consolidation Order [Master File ECF No. 19]. The Clerk is directed to administratively **CLOSE** *Cunningham v. Community Loan Servicing, LLC*, No. 1:22-cv-23816-DPG.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of December 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE