UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re LAKEVIEW LOAN SERVICING DATA BREACH LITIGATION | Case No. 1:22-cv-20955-DPG<br><br>CLASS ACTION |

**PLAINTIFFS' NOTICE OF RELATED ACTION**

Pursuant to S.D. Fla. L. R. 3.8 and the Court's Order entered May 5, 2022 (ECF 26, "Consolidation Order") in *In re Lakeview Loan Servicing Data Breach*, No. 1:22-cv-20955- DPG, Plaintiffs hereby notify the Court that an action arising out of the same or similar operative facts as the Consolidated Action has been filed in this District on January 5, 2023: *Lesky v. Community Loan Servicing, LLC*, No. 1:23-cv-20038-RNS. A copy of the Complaint is attached as Exhibit A.

Pursuant to paragraph 5 of the Consolidation Order, the attached constitutes a subsequent action. Should the Court not effect transfer independently, undersigned will file a Motion to Transfer the case to this division in ten days and upon transfer will request that it be consolidated with this action.

Respectfully submitted,

DATED: January 5, 2023        ROBBINS GELLER RUDMAN
                              & DOWD LLP

                              **Stuart A. Davidson**
                              STUART A. DAVIDSON

STUART A. DAVIDSON (FBN 0084824)
BRADLEY M. BEALL (FBN 1010635)
NICOLLE B. BRITO (FBN 43399)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
bbeall@rgrdlaw.com
nbrito@rgrdlaw.com

JULIE BRAMAN KANE
Florida Bar No.: 980277
COLSON HICKS EIDSON
255 Alhambra Circle – Penthouse
Coral Gables, FL 33134
Telephone: 305/476-7400
305/476-7444 (fax)
julie@colson.com

JOHN A. YANCHUNIS
RYAN D. MAXEY
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: 813/223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

ADAM E. POLK (*pro hac vice*)
JORDAN ELIAS (*pro hac vice*)
SIMON GRILLE (*pro hac vice*)
KIMBERLY MACEY (*pro hac vice*)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415/981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com

RACHELE R. BYRD (*pro hac vice*)
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
619/234-4599 (fax)
byrd@whafh.com

GARY M. KLINGER (*pro hac vice* forthcoming)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866/252-0878
gklinger@milberg.com

JOSEPH M. LYON (*pro hac vice*)
THE LYON FIRM, LLC
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: 513/381-2333
jlyon@thelyonfirm.com

M. ANDERSON BERRY (*pro hac vice*)
GREGORY HAROUTUNIAN (*pro hac vice* forthcoming)
CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.
865 Howe Avenue
Sacramento, CA 95825
Telephone: 916/777-7777
916/924-1829 (fax)
aberry@justice4you.com
gharoutunian@justice4you.com

DAVID K. LIETZ (*pro hac vice* forthcoming)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
5335 Wisconsin Avenue NW
Suite 440
Washington, DC 20015-2052
Telephone: 866/252-0878
202/686-2877 (fax)
dlietz@milberg.com

TERRY R. COATES (*pro hac vice*)
DYLAN J. GOULD (*pro hac vice* forthcoming)
MARKOVITS, STOCK & DEMARCO, LLC
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: 513/651-3700
513/665-0219 (fax)
tcoates@msdlegal.com

*Attorneys for Plaintiffs*