UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Master File No. 1:22-cv-20955-DPG

| | |
|---|---|
| In re LAKEVIEW LOAN SERVICING DATA BREACH LITIGATION | <u>CLASS ACTION</u> |
| RONALD LESKY, | No. 1:23-cv-20038-DPG |
| Plaintiff, | |
| v. | |
| COMMUNITY LOAN SERVICING, LLC | |
| Defendant. | |
| DHAVAL VAISHNAV, | No. 1:23-cv-20989-PAS |
| Plaintiff, | |
| v. | |
| PINGORA LOAN SERVICING, LLC, | |
| Defendant. | |
| TERESA OGLESBY and ANTHONY OGLESBY, | No. 1:23-cv-20749-DPG |
| Plaintiffs, | |
| v. | |
| LAKEVIEW LOAN SERVICING, LLC, | |
| Defendant. | |

JOINT MOTION TO CONSOLIDATE RELATED ACTIONS

4872-9162-3514

Master File No. 1:22-cv-20955-DPG

Plaintiffs and Defendants (collectively, the "Parties") in the above-captioned actions, by and through their respective undersigned counsel and pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and the Court's Order re Consolidation of Actions and Process for Appointment of Interim Class Counsel ("Consolidation Order") (Master File ECF 19), jointly move the Court to consolidate the following related actions into *In re Lakeview Loan Servicing Data Breach Litigation*, Master File No. 1:22-cv-20955-DPG (the "Consolidated Action"):

1.   *Lesky v. Community Loan Servicing, LLC*, No. 1:23-cv-20038-DPG ("*Lesky*");

2.   *Vaishnav v. Home Depot USA, Inc.*, No. 1:23-cv-20989-PAS ("*Vaishnav*"); and

3.   *Oglesby v. Lakeview Loan Servicing, LLC*, No. 1:23-cv-20749-DPG ("*Oglesby*").[1]

As grounds therefore, the Parties state:

## MEMORANDUM OF LAW

The Consolidated Action brings together over one dozen putative class actions alleging statutory and common law claims concerning a data security breach at four related companies, Defendants Lakeview Loan Servicing, LLC ("Lakeview"), Bayview Asset Management, LLC ("Bayview"), Pingora Loan Servicing, LLC ("Pingora"), and Community Loan Servicing, LLC ("Community") (collectively, "Defendants").

On May 5, 2022, this Court entered the Consolidation Order.  *See* Master File ECF 19. That Order, among other things, consolidated nine related cases brought against most of the Defendants into the Consolidated Action, ordered the parties to "file a Notice of Related Cases pursuant to Civil L.R. 3-12 whenever a case that should be consolidated into [the Consolidated Action] is filed in, or transferred to, this District[,]" *id.* at 5, and ordered that:

---

[1]   *Lesky*, *Vaishnav*, and *Oglesby* are collectively referred to herein as the "Related Cases."

Master File No. 1:22-cv-20955-DPG

Any action subsequently filed, transferred, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be automatically consolidated with it 10 calendar days following the filing of that action. If any party objects to such consolidation or otherwise wishes to seek alternative relief, they shall do so before the expiration of that period.

*Id.*

Subsequent to the Consolidated Order, several additional cases were filed in or transferred to this District related to the same data security breach at issue in the Consolidated Action.  This Court thereafter consolidated those actions into the Consolidated Action by separate Orders of Consolidation.  *See, e.g.*, Master File ECFs 27 (*Taylor*), 31 (*Villanueva*), 39 (*Kassem* and *Garcia*), 66 (*Johnson*), and 83 (*Cunningham*).

*Lesky* was filed in this Court on January 5, 2023.  *Lesky* ECF 1.  Plaintiffs filed a Notice of Related Action for *Lesky* on the same day.  Master File ECF 85.  On January 19, 2023, this case was formally transferred from Judge Scola to this Court.  *Lesky* ECF 12.  However, *Lesky* has not yet been consolidated with the Consolidated Action.

*Vaishnav* was originally filed in Michigan Circuit Court for the Third Circuit, and removed to the United States District Court for the Eastern District of Michigan, No. 23-cv-10532, naming as defendants Home Depot USA, Inc., Pingora, and Citigroup, Inc.  *Vaishnav* ECF 1-1.  On March 13, 2023, Pingora and plaintiff Vaishnav stipulated to sever plaintiff's claims against Pingora and transfer such claims to this Court to "be consolidated with" the Consolidated Action.  *Id.* ECF 5.  The following day, *Vaishnav* was formally transferred to this Court, *id.* ECF 6, and Defendants filed a Notice of Related Case in the Consolidated Action.  Master File ECF 93.  However, *Vaishnav* has not yet been consolidated with the Consolidated Action.

*Oglesby* was filed in the United States District Court for the District of South Carolina.  *Oglesby* ECF 1.  Several plaintiffs in the Consolidated Action moved to intervene in *Oglesby* to

3

Master File No. 1:22-cv-20955-DPG

file a motion to transfer the case to this Court.  *Id.* ECF 9.  Defendant Lakeview separately moved

to transfer *Oglesby* to this Court.  *Id.* ECF 14.  The *Oglesby* plaintiffs opposed both motions.  *Id.*

ECFs 27, 28.  On February 27, 2023, the District of South Carolina granted Lakeview's motion to

transfer venue and transferred *Oglesby* to this District.  *Id.* ECF 39.  Transfer was effected that

same day, *id.* ECF 41, and the case was assigned to this Court.  *Id.* ECF 42.  On February 28, 2023,

Defendants filed a Notice of Related Case for *Oglesby* in the Consolidated Action and the *Oglesby*

plaintiffs' do not oppose consolidation.  Master File ECF 91.  However, *Oglesby* has not yet been

consolidated with the Consolidated Action.

Each of the Related Cases meet the criteria for consolidation with the Consolidated Action

under this Court's Consolidation Order and Rule 42(a).  ***First***, each of the Related Cases "arises

out of the same or similar operative facts as the [Consolidated Action;]" specifically, the same data

security breach.  *See* Consolidation Order, ¶5.  ***Second***, no party in any of the Related Cases filed

an objection to consolidation; thus, consolidation of the Related Cases with the Consolidated

Action is "automatic."  *Id.*  ***Third***, each of the Related Cases "involve a common question of law

or fact" with all of the actions comprising the Consolidated Action; specifically, Defendants'

liability (or lack thereof) for alleged harm caused by the data security breach.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court

consolidate the Related Cases – *Lesky*, *Vaishnav*, and *Oglesby* – with the Consolidated Action for

all pretrial purposes pursuant to Rule 42(a), and direct the Clerk to administratively close Case

Nos. 1:23-cv-20038-DPG, 1:23-cv-20989-PAS, and 1:23-cv-20749-DPG.

4872-9162-3514

Master File No. 1:22-cv-20955-DPG

DATED:  March 28, 2023

ROBBINS GELLER RUDMAN
   & DOWD LLP
STUART A. DAVIDSON
Florida Bar No. 0084824
DOROTHY P. ANTULLIS
Florida Bar No. 890421
ERIC S. DWOSKIN
Florida Bar No. 112459

**Stuart A. Davidson**
Stuart A. Davidson

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
dantullis@rgrdlaw.com
edwoskin@rgrdlaw.com
msawyer@rgrdlaw.com

*Attorneys for Plaintiffs in the Consolidated
Action and Member of Plaintiffs' Executive
Committee*

DATED:  March 28, 2023

BAKER & HOSTETLER LLP
JULIE SINGER BRADY
Florida Bar No. 389315

**Julie Singer Brady**
Julie Singer Brady

200 South Orange Avenue, Suite 2300
Orlando, FL  32801
Telephone:  407/649-4000
407/841-0168 (fax)
jsingerbrady@bakerlaw.com

- 1 -

Master File No. 1:22-cv-20955-DPG

BAKER & HOSTETLER LLP
PAUL KARLSGODT (*pro hac vice*)
1801 California Street, Suite 4400
Denver, CO  80202
Telephone: 303/861-0600
303/861-7805 (fax)
pkarlsgodt@bakerlaw.com

BAKER & HOSTETLER LLP
EVAN M. MANNERING (*pro hac vice*)
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC  20036
Telephone: 202/861-1500
202/861-1783 (fax)

*Attorneys for Defendants*

4872-9162-3514