**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG |
| | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Cathryne Fera, Derek Crenshaw, Judith Cefaly, Julia Franke, Kristine Milewski, and Emily Holt hereby provide notice that their individual claims in the above-captioned case shall be voluntarily dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). This notice of dismissal shall not affect the claims of any other Plaintiffs or putative class members in this action, as no class has been certified.

As of the date of filing this Notice of Voluntary Dismissal Defendants Lakeview Loan Servicing, LLC, Pingora Loan Servicing, LLC, Bayview Asset Management LLC, and Community Loan Servicing, LLC have not filed or served an Answer or a Motion for Summary Judgment.

Date: May 5, 2023

/s/ Julie Braman Kane
Julie Braman Kane
Florida Bar No. 980277
**COLSON HICKS EIDSON**
255 Alhambra Circle – Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
julie@colson.com

*PLAINTIFFS' Liaison Counsel*

JOHN A. YANCHUNIS

RYAN D. MAXEY
**MORGAN & MORGAN COMPLEX**
**LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

*Chair, Plaintiffs' Executive Committee*

ADAM E. POLK (*pro hac vice*)
JORDAN ELIAS (*pro hac vice*)
SIMON GRILLE (*pro hac vice*)
KIMBERLY MACEY (*pro hac vice*)
**GIRARD SHARP LLP**
601 California St, Ste 1400
San Francisco, CA  94108
Telephone: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com

GARY M. KLINGER (*pro hac vice*
forthcoming)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 Monroe Street, Suite 2100
Chicago, IL 60606
866.252.0878
gklinger@milberg.com

STUART ANDREW DAVIDSON
BRADLEY BEALL
NICOLLE BRITO
**ROBBINS GELLER RUDMAN &**
**DOWD LLP**
225 N.E. Mizner Boulevard, Suite 720
Boca Raton, FL 33432561-750-3000
Fax: 750-3364
sdavidson@rgrdlaw.com
bbeall@rgrdlaw.com
nbrito@rgrdlaw.com

RACHELE R. BYRD (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:  619/234-4599
byrd@whafh.com

2

*Members, Plaintiffs' Executive Committee*

TERRY R. COATES (*pro hac vice*)
DYLAN J. GOULD (*pro hac vice*
forthcoming)
**MARKOVITS, STOCK &
DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: 513/651-3700
513/665-0219 (fax)
tcoates@msdlegal.com
dgould@msdlegal.com

M. ANDERSON BERRY (*pro hac vice*)
GREGORY HAROUTUNIAN (*pro hac vice*
forthcoming)
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com

LORI G. FELDMAN (*pro hac vice*)
**GEORGE GESTEN
MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Phone: (917) 983-9321
Fax: (888) 421-4173
LFeldman@4-Justice.com
E-Service: eService@4-Justice.com

JOSEPH M. LYON (*pro hac vice*
forthcoming)
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
(513) 381-2333
jlyon@thelyonfirm.com

DAVID K. LIETZ (*pro hac vice*
forthcoming)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877

3

dlietz@milberg.com

*Additional Attorneys for Plaintiffs*

29579v1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 5, 2023, the foregoing was electronically filed with the Clerk of the Court using CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

*/s/ Julie Braman Kane*

JULIE BRAMAN KANE