**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Master Case No. 1:22-cv-20955-DPG |

## NOTICE OF SELECTION OF MEDIATOR

Pursuant to the Court's Case Management Order [DE 53], notice is hereby given that the parties hereby agreed upon and already mediated in this matter on April 17, 2023, with certified mediator:

> **Rodney Max**
> **Upchurch Watson White & Max**
> **One Biscayne Tower**
> **2 South Biscayne Boulevard Suite 2030**
> **Miami, FL 33131**

Dated: July 21, 2023

Respectfully submitted,

By: */s/Julie Braman Kane*
Julie Braman Kane
Florida Bar No.: 980277
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
julie@colson.com
*Plaintiffs' Lead and Liason Counsel*

*With permission of*

| | |
|---|---|
| John A. Yanchunis<br>Ryan D. Maxey<br>MORGAN & MORGAN COMPLEX<br>LITIGATION GROUP<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Telephone: (813) 223-5505<br>jyanchunis@ForThePeople.com<br>rmaxey@ForThePeople.com<br><br>*Chair, Plaintiffs' Executive Committee*<br><br>M. Anderson Berry<br>Gregory Haroutunian<br>CLAYEO C. ARNOLD,<br>A PROFESSIONAL LAW CORP.<br>865 Howe Avenue<br>Sacramento, CA 95825<br>Telephone: (916) 777-7777<br>Facsimile: (916) 924-1829<br>aberry@justice4you.com<br>gharoutunian@justice4you.com<br><br>Stuart A. Davidson<br>Bradley Beall<br>Nicole Brito<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: (561) 750-3000<br>Facsimile: (561) 750-3364<br>sdavidson@rgrdlaw.com<br>bbeall@rgrdlaw.com<br>nbrito@rgrdlaw.com<br><br>Rachele R. Byrd<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br>750 B Street, Suite 1820<br>San Diego, CA 92101<br>Telephone: 619/239-4599<br>Facsimile: 619/234-4599<br>byrd@whafh.com | *By: s/ Julie Singer Brady*<br>Julie Singer Brady<br>Florida Bar No. 389315<br>jsingerbrady@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>200 South Orange Avenue, Suite 2300<br>Orlando, FL 32801<br>Telephone: 407.649.4000<br>Facsimile: 407.841.0168<br><br>Paul Karlsgodt (*pro hac vice*)<br>PKarlsgodt@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>1801 California Street, Suite 4400<br>Denver, CO 80202<br>Telephone: 303.861.0600<br>Facsimile: 303.861.7805<br><br>Evan M. Mannering (*pro hac vice*)<br>emannering@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>1050 Connecticut Ave, NW, Suite 1100<br>Washington, DC 20036<br>Telephone: 202.861.1500<br>Facsimile: 202.861.1783<br><br>*Counsel for Defendants* |

Adam E. Polk
Jordan Elias
Simon Grille
Kimberly Macey
GIRARD SHARP LLP
601 California St, Ste 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com

Gary M. Klinger
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Members, Plaintiffs' Executive Committee*

## ATTESTATION REGARDING SIGNATURES

Pursuant to the CM/ECF Administrative Procedures for the United States District Court, Southern District of Florida, I, Julie Braman Kane, Plaintiffs' Lead and Liaison Counsel, hereby attest that Lakeview Loan Servicing, LLC, on whose behalf this filing is submitted, concur in the content and have authorized the filing of the Notice of Selection of Mediator.

Dated:  July 21, 2023

*/s/ Julie Braman Kane*
Julie Braman Kane
Florida Bar No.: 980277

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Julie Braman Kane*
Julie Braman Kane