# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG<br><br>**JOINT STIPULATION REGARDING DEFENDANTS' MOTION TO QUASH OR MODIFY THIRD-PARTY SUBPOENAS** |

Plaintiffs Albert Brumitt, April Burnett, Ashley Cashon, Beth Berg, Christopher Sparks, Cindy Villanueva, David Cunningham, David Kraus, Deborah Hamilton, Denise Scott, Dylan Normile, Evelyn Rivera, Hardik Sevak, Jay Saporta, Jessica Valente-Brodrick, John McMahon, John T. Johnson, Jorge Gonzalez, Julie Abraham, Kimberley Rowton, Mathew Myers, Michael Kassem, Nilsa Misencik, Peter Wojciechowski, Richard Cashon, Robert Keach, Robert Martin, Savannah Farley, Shannon Thomas, Stephanie Stone, Thomas Lapenter, and William Blando, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants Lakeview Loan Servicing, LLC, Pingora Loan Servicing, LLC, Community Loan Servicing, LLC, and Bayview Asset Management, LLC ("Defendants") (with Plaintiffs, the "Parties"), hereby stipulate as follows:

WHEREAS, on June 20, 2023, Plaintiffs' counsel filed a notice of intent to serve subpoenas on eight third parties: (1) 24By7Security, Inc.; (2) Bishop Fox, Inc.; (3) FS-ISAC, Inc.; (4) Hurrican Labs, LLC; (5) Kaufman, Rossin & Co., P.A.; (6) Protiviti, Inc. ("Protiviti"); (7) ReliaQuest, LLC; and (8) Team Cymru, Inc. (collectively, "Third-Party Subpoenas") (Dkt. 106, the "Notice");

WHEREAS, between July 7, 2023 and July 13, 2023, the Parties exhchanged emails discussing Defendants' objections to the Third-Party Subpoenas and Plaintiffs' responses to same,

but were unable to reach a resolution concerning all of Defendants' objections;

WHEREAS, on July 14, 2023, Defendants moved to quash or modify the Protiviti subpoena and modify all the Third-Party Subpeonas to remove Request No. 8 (the "Motion") (Dkt. 111);

WHEREAS, the Parties seek to resolve the issues raised in the Motion without court intervention;

WHEREAS, the Parties agree that it would promote efficiency and conserve party and judicial resources to: (1) withdraw Plaintiffs' Notice; (2) withdraw Defendants' Motion; and (3) engage in further discussions on the matter;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties by and through their counsel, subject to the Court's approval, that:

1. Plaintiffs' Notice is hereby withdrawn without prejudice;

2. Defendants' Motion is hereby withdrawn without prejudice;

3. The Parties will meet and confer in a good faith attempt to resolve the Parties' differences regarding the Defendants' objections to the Third-Party Subpoenas; and

4. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any Party may have with respect to the issues raised in the Motion.

Dated: July 27, 2023                                    Respectfully submitted,

By: */s/ Julie Singer Brady*                            By: */s/ Gary M. Klinger*
Defendants
                                                        GARY M. KLINGER (*admitted pro hac vice*)
JULIE SINGER BRADY                                      **MILBERG COLEMAN BRYSON**
Florida Bar No. 389315                                  **PHILLIPS GROSSMAN, PLLC**
jsingerbrady@bakerlaw.com                               227 Monroe Street, Suite 2100
**BAKER & HOSTETLER LLP**                               Chicago, IL 60606

200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone: 407.649.4000
Facsimile: 407.841.0168

PAUL KARLSGODT (*pro hac vice*)
PKarlsgodt@bakerlaw.com
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Telephone: 303.861.0600
Facsimile: 303.861.7805

EVAN M. MANNERING (*pro hac vice*)
emannering@bakerlaw.com
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave, NW, Suite 1100
Washington, DC 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783

*Counsel for Defendants*

Phone: 866.252.0878
Email: gklinger@milberg.com

DAVID K. LIETZ (*pro hac vice forthcoming*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
Email: dlietz@milberg.com

Julie Braman Kane
Florida Bar No. 980277
**COLSON HICKS EIDSON**
255 Alhambra Circle – Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
julie@colson.com

JOHN A. YANCHUNIS
RYAN D. MAXEY
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

M. ANDERSON BERRY (*pro hac vice*)
GREGORY HAROUTUNIAN (*pro hac vice forthcoming*)
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com

RACHELE R. BYRD (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**

**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
byrd@whafh.com

ADAM E. POLK (*pro hac vice*)
JORDAN ELIAS (*pro hac vice*)
SIMON GRILLE (*pro hac vice*)
JORDAN ISERN (*pro hac vice forthcoming*)
**GIRARD SHARP LLP**
601 California St, Ste 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
jisern@girardsharp.com

JOSEPH M. LYON (*pro hac vice forthcoming*)
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333
jlyon@thelyonfirm.com

STUART ANDREW DAVIDSON
**ROBBINS GELLER RUDMAN & DOWD LLP**
225 N.E. Mizner Boulevard, Suite 720
Boca Raton, FL 33432
561-750-3000
Fax: 561-750-3364
Email: sdavidson@rgrdlaw.com
TERRY R. COATES (*pro hac vice*)
DYLAN J. GOULD (*pro hac vice forthcoming*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: 513/651-3700
513/665-0219 (fax)
tcoates@msdlegal.com
dgould@msdlegal.com

*Attorneys for Plaintiffs*

## NOTICE OF ENDORSEMENT

Pursuant to the CM/ECF Administrative Procedure 3(J)(3), the undersigned hereby certifies that Defendants' counsel Evan Mannering has authorized me to file this Joint Stipulation on the Defendants' behalf with defense counsel's electronic signature affixed hereto.

## CERTIFICATE OF SERVICE

I hereby certify that, on Tuesday, July 27, 2023, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notification of filing to all counsel of record.

*/s/Julie Braman Kane*
Julie Braman Kane
As Liaison Counsel