UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Master File No. 1:22-cv-20955-DPG

| | |
|---|---|
| In re LAKEVIEW LOAN SERVICING DATA BREACH LITIGATION | CLASS ACTION |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs, by their undersigned counsel, respectfully submit this Notice of Supplemental Authority to bring to the Court's attention the following new opinion released after briefing on Defendants Lakeview Loan Servicing, LLC, Pingora Loan Servicing, LLC, and Bayview Asset Management, LLC's ("Defendants") Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint ("Mot."), ECF 59, was completed: *Bohnak v. Marsh & McLennan Cos., Inc.*, 2023 WL 5437558 (2d Cir. Aug. 24, 2023) (attached hereto as **Exhibit A**).

*Bohnak* is relevant to the Court's review of Plaintiffs' Article III standing and Defendants' argument that certain Plaintiffs have not plausibly alleged standing. Mot. at 3-5; *see also* Plaintiffs' Opposition to Defendants Motion to Dismiss Consolidated Class Action Complaint at 4-7, ECF 71.

4876-1418-2524

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  August 29, 2023 | **ROBBINS GELLER RUDMAN & DOWD LLP**<br>STUART A. DAVIDSON<br>*Member, Plaintiffs' Executive Committee*<br>FLORIDA BAR NO. 84824<br>DOROTHY P. ANTULLIS<br>FLORIDA BAR NO. 890421<br>BRADLEY M. BEALL<br>FLORIDA BAR NO. 1010635<br>NICOLLE B. BRITO<br>FLORIDA BAR NO. 43399 |

        **Stuart A. Davidson**
       STUART A. DAVIDSON

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
dantullis@rgrdlaw.com
bbeall@rgrdlaw.com
nbrito@rgrdlaw.com

**COLSON HICKS EIDSON**
JULIE BRAMAN KANE
*Plaintiffs' Liaison Counsel*
FLORIDA BAR NO. 980277
255 Alhambra Circle – Penthouse
Coral Gables, FL  33134
Telephone:  305/476-7400
305/476-7444 (fax)
julie@colson.com

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
JOHN A. YANCHUNIS
FLORIDA BAR NO. 324681
*Chair, Plaintiffs' Executive Committee*
RYAN D. MAXEY
FLORIDA BAR NO. 59283
201 North Franklin Street, 7th Floor
Tampa, FL  33602
Telephone:  813/223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

**GIRARD SHARP LLP**
ADAM E. POLK (*pro hac vice*)
JORDAN ELIAS (*pro hac vice*)
SIMON GRILLE (*pro hac vice*)
KIMBERLY MACEY (*pro hac vice*)
601 California Street, Suite 1400
San Francisco, CA  94108
Telephone:  415/981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com

**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
RACHELE R. BYRD (*pro hac vice*)
750 B Street, Suite 1820
San Diego, CA  92101
Telephone:  619/239-4599
619/234-4599 (fax)
byrd@whafh.com

**MILBERG COLEMAN BRYSON**
  **PHILLIPS GROSSMAN, PLLC**
GARY M. KLINGER (*pro hac vice*)
227 Monroe Street, Suite 2100
Chicago, IL  60606
Telephone:  866/252-0878
gklinger@milberg.com

**THE LYON FIRM, LLC**
JOSEPH M. LYON (*pro hac vice*)
2754 Erie Avenue
Cincinnati, OH  45208
Telephone:  513/381-2333
jlyon@thelyonfirm.com

**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP**.
M. ANDERSON BERRY (*pro hac vice*)
865 Howe Avenue
Sacramento, CA  95825
Telephone:  916/777-7777
916/924-1829 (fax)
aberry@justice4you.com

4876-1418-2524

**MARKOVITS, STOCK & DEMARCO, LLC**
TERRY R. COATES (*pro hac vice*)
DYLAN J. GOULD (*pro hac vice*)
119 East Court Street, Suite 530
Cincinnati, OH  45202
Telephone:  513/651-3700
513/665-0219 (fax)
tcoates@msdlegal.com

*Members of Plaintiffs' Executive Committee*

4876-1418-2524