# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG<br><br>Judge: Hon. Darrin P. Gayles<br>Hon. Edwin G. Torres |

**SUPPLEMENTAL DECLARATION OF CRAIG A. HOFFMAN**

I, Craig A. Hoffman, declare as follows:

1. I submit this Declaration in support of Defendants' Supplemental Filing regarding their assertions of attorney-client privilege and attorney-work product concerning Mandiant and Protiviti. This declaration supplements my Declaration dated October 16, 2023.

2. I have personal knowledge of the matters stated herein, and if called upon to do so, would testify competently thereto.

3. Pursuant to the Statement of Work between Mandiant and BakerHostetler (for the benefit of Bayview Asset Management, LLC ("Bayview")), at my request, Mandiant prepared a report regarding its forensic investigation of the data security incident at issue in this litigation (the "Incident") and provided it to me. I gave Mandiant instructions on the specific items I wanted the report to address. The Mandiant report would not have been prepared in substantially the same form absent the threat of litigation. Mandiant did not provide the report to Bayview.

4. Pursuant to the Statement of Work between Protiviti and BakerHostetler (for the benefit of Bayview), at my request, Protiviti prepared a report related to Protiviti's work as described in my Declaration dated October 16, 2023, and provided it to me. The Protiviti report would not have been prepared in substantially the same form absent the threat of litigation. Protiviti

did not provide a hard-copy of the report to Bayview. The content was reviewed during a video conference call that I participated in and directed.

5. The Multistate Mortgage Committee ("MMC") is a representative body of state mortgage regulators appointed by the Conference of State Bank Supervisors and the American Association of Residential Mortgage Regulators. The MMC represents the examination interests of the combined states under the Nationwide Cooperative Protocol and Agreement for Mortgage Supervision. The MMC made inquiries to Defendants concerning the Incident and subsequent security enhancements in relation to mortgage license renewal. I interacted with the MMC on this issue.

6. The MMC requested that Defendants provide copies of the reports prepared by Mandiant and Protiviti.

7. I, on behalf of Defendants, objected to providing the Mandiant and Protiviti reports to the MMC because the reports were prepared for me at my direction to assist me in rendering legal advice to Bayview in anticipation of litigation and adverse regulatory proceedings and, therefore, are privileged and protected from disclosure. Despite my objections, the MMC insisted that the Mandiant and Protiviti reports be provided. Efforts were taken to find alternate methods of addressing the requests for the reports without success. Accordingly, I provided the reports to the MMC as a matter of necessity, while maintaining they were privileged and protected and needed to be maintained as such.

8. Outside of the MMC, and only after the MMC persisted in insisting on obtaining copies, I provided the Mandiant report to the following Bayview personnel: Scott Norton, Senior Vice President/Head of Operational Risk; Richard O'Brien, Co-Chief Operating Officer; and Brian Bomstein, General Counsel.

9. The Protiviti report was shared with Scott Norton and a few select other members of his risk management team and Bayview's Vice President for IT Security for purposes of assisting me in providing strategic advice to Bayview in anticipation of adverse regulatory actions and litigation. Understanding how security incidents occur and identifying security enhancements appropriate to the underlying circumstances and causes is a key area of strategic advice to companies that have experienced a security incident and anticipate regulatory inquiries and litigation.

10. I assisted Bayview with preparing an Incident Summary Report using the factual findings from Mandiant's investigation. The purpose of the Incident Summary was to enable Bayview to provide a factual summary of the incident to interested parties. Specifically, the Incident Summary included a summary, the timeline of events, the containment measures taken by Bayview, and additional measures taken by Bayview to further enhance security measures after the Incident. For inquiries regarding the Incident, Bayview provided the Incident Summary, not Mandiant's report (other than to the MMC as set forth above), if documentation was requested. It is my understanding that the Incident Summary has been produced in this ligation (BAYVIEW000002036-38).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2023.

DocuSigned by:
*Craig Hoffman*
834E7BCE8EBD4D7...
Craig A. Hoffman
Baker & Hostetler LLP