# EXHIBIT D

Deposition Transcript

Case Number: 1:22-cv-20955-DPG
Date: March 2, 2023

In the matter of:

# IN RE: LAKEVIEW LOAN SERVICING DATA BREACH LITIGATION

Scott Norton

Reported by:

Melanie Stinson-Konstantinidis
RPR



Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
 2
               CASE NO. 1:22-CV-20955-DPG
 3

 4   In Re: Lakeview Loan Servicing Data Breach
     Litigation,
 5

 6   _____

 7


 8                      VIDEOTAPED

 9            DEPOSITION OF SCOTT NORTON

10
                       March 2, 2023
11           201 Alhambra Circle, Suite 1100
                  Coral Gables, Florida
12                9:59 a.m. - 1:07 p.m.

13

14

15

16

17

18

19

20

21

22

23

24   Melanie Stinson-Konstantinidis, RPR
     Registered Professional Reporter
25
```

SCOTT NORTON
MARCH 02, 2023

JOB NO. 546282

Page 50

```
 1  did not come from Bayview internally; is that
 2  correct?
 3      A.  The investigation began when we
 4  received the alert that I described.
 5      Q.  Was there any alert that came from
 6  Bayview or Lakeview internally that prompted the
 7  employment of the incident response?
 8          MS. BRADY:  Object to the form.  Asked
 9      and answered.
10          THE WITNESS:  Yes.
11  BY MR. LIETZ:
12      Q.  From the business side of the house,
13  what happened after you got this alert from
14  FS-ISAC, what did you do?
15          MS. BRADY:  You mean Lakeview?
16  BY MR. LIETZ:
17      Q.  Yes.
18      A.  The information security team began
19  investigating immediately.  On December 6th,
20  there was a password reset that occurred for all
21  accounts Mandiant was consulted.  Mandiant is an
22  external cyber forensics firm that was
23  identified in our incident response.  It was
24  identified in our incident response process to
25  support a matter like this.
```

Page 51

```
 1      Q.  Did the incident response process sort
 2  of direct that from the business side of the
 3  house that Lakeview contact outside counsel or
 4  someone from the outside counsel panel when the
 5  incident response plan was employed?
 6          MS. BRADY:  Object to the form.
 7          THE WITNESS:  The incident response
 8      process contemplates engaging an outside
 9      counsel depending on the nature of the
10      incident.
11  BY MR. LIETZ:
12      Q.  To put it bluntly, is the first call
13  that gets made from the business side of the
14  house in an incident response plan to outside
15  counsel?
16          MS. BRADY:  Object to the form.
17          THE WITNESS:  I don't know if I can
18      say it's the first call, but it is
19      contemplated in the plan.
20  BY MR. LIETZ:
21      Q.  Is it then outside counsel who
22  recommends a vendor like Mandiant to come in and
23  start to investigate an incident like this?
24          MS. BRADY:  Object to the form.
25          THE WITNESS:  Mandiant was engaged by
```

Page 52

```
 1      outside counsel.
 2  BY MR. LIETZ:
 3      Q.  Was the incident response law firm
 4  that was engaged here Baker Hostetler law firm?
 5      A.  Yes.
 6      Q.  Were there other parts to the incident
 7  response plan from the business side of the
 8  house that were actuated once this alert came
 9  in?
10          MS. BRADY:  Object to form, vague.
11          THE WITNESS:  The incident response
12      plan has a number of considerations, so if
13      you can be more specific.
14  BY MR. LIETZ:
15      Q.  Well, I am asking you to tell me about
16  the incident response plan.  So maybe we will
17  back up and we'll say:  What were all the
18  different considerations of the incident
19  response plan from the business side of the
20  house when the need to sort of engage the
21  incident response plan comes about?
22      A.  One of the considerations would be
23  notification of law enforcement?
24      Q.  Did that happen here?
25      A.  Yes, it did.
```

Page 53

```
 1      Q.  Did that happen on or about
 2  December 10, 2021?
 3      A.  Yes.
 4      Q.  What other considerations?
 5      A.  Another consideration would be the
 6  notification of certain agencies and
 7  quasi-governmental agencies that have guidelines
 8  that require notification.
 9      Q.  Is this the -- what I will loosely
10  refer to as notifying the regulators that
11  started on or about December 13th, that we
12  discussed earlier?
13      A.  Yes.
14      Q.  That was done as part of the incident
15  response plan; is that correct?
16      A.  Yes.
17      Q.  What other considerations in the
18  incident response plan?
19      A.  As part of the incident response plan,
20  Bayview maintains an insurance policy and there
21  are considerations and steps that we go through
22  to engaging with our insurance broker in a
23  matter like this.
24      Q.  Not to put words in your mouth, but
25  does that essentially mean that you put your
```

SCOTT NORTON  
MARCH 02, 2023  
JOB NO. 546282

Page 54
```
1   insurance carrier on notice of a potential
2   incident?
3              MS. BRADY:  Object to the form.
4              THE WITNESS:  Our insurance carrier
5        was notified of the incident.
6   BY MR. LIETZ:
7        Q.   Was that part of the formal incident
8   response plan?
9        A.   That element is considered an informal
10  incident response plan.
11       Q.   Are there other considerations that we
12  haven't discussed yet?
13             MS. BRADY:  Object to the form.
14             THE WITNESS:  I'm sure there's others.
15       Those are the -- what I would call the most
16       relevant to the data incident on
17       December 6th.
18  BY MR. LIETZ:
19       Q.   This is just limited to the business
20  side of the house, there are other
21  considerations in the incident response plan
22  that are more on the technical side of the
23  house; is that correct?
24       A.   That's right.
25       Q.   One of your colleagues is going to
```

Page 55
```
1   tell me about that; is that correct, to the best
2   of your knowledge?
3        A.   Yes.
4        Q.   I just wanted to know if I had to ask
5   you those questions.
6                 Was there any part of the formal
7   incident response plan that wasn't followed here
8   from the business side of the house?
9              MS. BRADY:  Object to the form.
10             THE WITNESS:  Not to my knowledge.
11  BY MR. LIETZ:
12       Q.   Topic number eight is when and how the
13  data breach was discovered.  And as you'll see,
14  it's overlapping among all those topics.
15                Is the discovery what we talked
16  about earlier when you received this alert that
17  we discussed?
18       A.   Sorry, you referenced a number?
19       Q.   Oh, yes, we are on topic number eight,
20  which I understand to be the second one that you
21  were designated to talk about; is that correct?
22       A.   Yes.
23                Is there a way to take -- before
24  we start topic eight --
25             MR. LIETZ:  Sure.
```

Page 56
```
1              THE WITNESS:  A bathroom break?
2              MR. LIETZ:  Absolutely.
3              THE WITNESS:  Great.
4              MR. LIETZ:  Okay, thank you.
5              THE WITNESS:  I am going to unhook
6        this, as per your instructions.
7              THE VIDEOGRAPHER:  It is 11:03 a.m.
8        and we are off the record.
9   (Recess was taken from 11:03 a.m. to 11:03 a.m.)
10             THE VIDEOGRAPHER:  It is 11:10 a.m.
11       and we are on the record.
12  BY MR. LIETZ:
13       Q.   Mr. Norton, when we took a little
14  break we were teeing up topic number eight,
15  which is when and how the data breach was
16  discovered, by whom and the actions taken by
17  Lakeview or anyone else on its behalf to
18  investigate and respond to the data breach, and
19  the actions taken today to address the
20  vulnerabilities exploited by or which in whole
21  or in part led to the data breach.
22                Is your knowledge relating to
23  this topic more on the business side of the
24  house and one of your colleagues will talk about
25  the technical aspects?
```

Page 57
```
1        A.   Yes, that's right.
2        Q.   We talked earlier about this alert
3   that was received on December 6th.  Was that
4   when and how the data breach was discovered
5   would you say?
6        A.   Yes.
7              MS. BRADY:  Object to the form.
8              THE WITNESS:  Yes, Lakeview began
9        investigating after receiving the alert.
10  BY MR. LIETZ:
11       Q.   I just want to be 100-percent clear
12  here.  Was it after the investigation started
13  that it was actually discovered that a data
14  breach was happening or would you say that the
15  alert was the discovery of the data breach?
16             MS. BRADY:  Object to the form.
17             THE WITNESS:  I would not say that the
18       alert was the discovery of the data breach.
19  BY MR. LIETZ:
20       Q.   Okay.  So when and how was the data
21  breach discovered?
22       A.   Bayview, as a result of receiving the
23  alert, began investigating and accumulating
24  information.  That investigation was ultimately
25  supported by Mandiant.  The exact determination
```

Page 58

1  as to whether there was a data breach as
2  defined -- I don't know if I can tell you the
3  exact determination of when that was made, but
4  the investigation included reviewing forensics
5  information, log information from our systems to
6  support the investigation.
7      Q.   Were there other outside entities that
8  assisted in investing this cyber incident?
9      A.   Not to my knowledge.
10     Q.   Are you familiar with an entity called
11 ReliaQuest?
12     A.   Yes, yes.
13     Q.   What is ReliaQuest?
14     A.   They are a managed service provider
15 that provides security services to Bayview
16 specifically with respect to our security
17 incident event and monitoring tool, often called
18 a SIN tool.
19     Q.   And was ReliaQuest involved at all in
20 the investigation of this data-security
21 incident?
22     A.   When you asked me that, I don't know
23 if they were specifically involved, but
24 certainly they were -- our security team
25 interacted with ReliaQuest in conjunction with

Page 59

1  the investigation.
2      Q.   Was ReliaQuest under contract with
3  Bayview at the time that this data-security
4  incident was discovered?
5           MS. BRADY:  Object to the form.
6           THE WITNESS:  ReliaQuest was under
7      contract with Bayview.
8  BY MR. LIETZ:
9      Q.   For what was ReliaQuest under contract
10 with Bayview?
11     A.   The ReliaQuest contract was related to
12 the security monitoring that I described
13 previously.  Any more technical matters, I
14 wouldn't be qualified to speak to their
15 contract.
16     Q.   Who is Eric Lozano?
17     A.   Eric Lozano holds the title of chief
18 information officer at Bayview Asset Management.
19     Q.   Do you know if he was responsible for
20 executing contract with ReliaQuest?
21          MS. BRADY:  Object to the form.
22          THE WITNESS:  I don't know.
23 BY MR. LIETZ:
24     Q.   Have you seen a contract between
25 Bayview and ReliaQuest for general and data

Page 60

1  security of Bayview's premises and data
2  information?
3      A.   I personally have not seen that
4  contract.
5      Q.   Do you know if ReliaQuest authored a
6  report, an incident report in connection with
7  this data-security incident?
8      A.   I personally have not reviewed an
9  incident report from ReliaQuest.
10     Q.   Do you know if one exists?
11     A.   I do not.
12     Q.   Is there a person within Lakeview who
13 would know if an incident report was authored by
14 ReliaQuest on December 14, 2021, that involved
15 this cybersecurity incident?
16     A.   I don't know if an employee of
17 Lakeview would know the answer to that question.
18     Q.   Do you know if there is an employee of
19 Bayview who would know whether or not there was
20 an incident report authored by ReliaQuest on
21 December 14, 2021?
22          MS. BRADY:  Object to the form.
23          Speculation.
24          THE WITNESS:  I don't know
25     specifically.

Page 61

1  BY MR. LIETZ:
2      Q.   As you sit here today in responding to
3  topic number eight --
4      A.   Yes.
5      Q.   -- is it a true statement to say that
6  you are not aware that ReliaQuest was part of
7  the investigation in response to the data
8  breach?
9           MS. BRADY:  Object to the form.
10          THE WITNESS:  I personally don't know
11     what role ReliaQuest played.
12 BY MR. LIETZ:
13     Q.   Do you know if they played any role?
14     A.   I don't know.
15     Q.   Do you know who it was that ultimately
16 discovered the data breach?
17          MS. BRADY:  Object to the form.
18          THE WITNESS:  The investigation into
19     the alert was led by members of our
20     information security team.  I don't know
21     specifically an individual who would have
22     been responsible for what you might call
23     discovery of data breach.
24 BY MR. LIETZ:
25     Q.   Did there come a time when the data

SCOTT NORTON
MARCH 02, 2023
JOB NO. 546282

Page 62

1  breach was discovered?
2          MS. BRADY:  Object to the form.
3          THE WITNESS:  There came a time when
4      -- there came a time when it became clear
5      to us that an authorized third-party had
6      obtained access to our systems.
7  BY MR. LIETZ:
8      Q.  When was that?
9      A.  I can't tell you the specific time of
10 that.
11     Q.  Was it on December 7, 2021?
12     A.  I think it, like, could have occurred
13 on December 7, 2021.
14     Q.  Do you know what happened as a result
15 of the discovery of the data breach, were there
16 any actions that Lakeview started to carry out?
17         MS. BRADY:  Object to the form.
18     Vague.
19         THE WITNESS:  Lakeview began to carry
20     out certain containment measures
21     immediately.  I'm not knowledgeable on some
22     of them at a high level, but I believe
23     somebody else has been designated to speak
24     to those measures in more detail.
25         I've already referenced a global

Page 63

1      password reset, which is one of the
2      measures that had been taken.
3  BY MR. LIETZ:
4      Q.  When you said a global password reset,
5  to what does that refer; does that refer to the
6  employee's ability to log into Lakeview's
7  network?
8      A.  Yes.
9      Q.  Does it also refer to email account
10 passwords?
11     A.  Yes.
12     Q.  Are those separate passwords within
13 Lakeview, do you have like an employee login for
14 the network and then a separate e-mail password?
15     A.  Yeah, Uh-huh, they are the same
16 password.
17     Q.  Is that still true today, that there
18 is a single password login for each Lakeview
19 employee?
20     A.  There's a single login for each
21 Lakeview employee, yes.
22     Q.  And a password associated with that
23 login for each Lakeview employee; is that
24 correct?
25     A.  Password and an additional token for

Page 64

1  each Lakeview employee.
2      Q.  Was that additional token or is kind
3  of a second level authentication in place in
4  December of 2021?
5      A.  Yes.
6      Q.  So, after the data breach was
7  discovered, were some of the actions that were
8  taken, the incident response plan that we talked
9  about already?
10         MS. BRADY:  Object to the form.
11     Vague.
12         THE WITNESS:  I don't know if each of
13     the specific actions is specifically
14     outlined in that plan, but the actions were
15     consistent with an incident response plan.
16 BY MR. LIETZ:
17     Q.  Other than Mandiant, were there other
18 persons who investigated and responded to the
19 breach?
20         MS. BRADY:  Internal, external,
21     vendors, when you say "person?"
22         MR. LIETZ:  Anybody.
23         MS. BRADY:  Object to the form, vague.
24         THE WITNESS:  So Mandiant was
25     responsible for the cyber investigation in

Page 65

1      terms of outside parties that may have
2      assisted with elements of the
3      investigation.
4          You've mentioned ReliaQuest.  There is
5      another entity named CompuQuip that was
6      responsible for monitoring certain elements
7      of our security tool sets that I would also
8      offer.
9  BY MR. LIETZ:
10     Q.  Internal to the company, IT
11 department, CIO, any other individuals who were
12 involved in the investigation and the response
13 to the data incident?
14     A.  Yes, there were other individuals
15 involved from Lakeview.
16     Q.  Can you tell me who that was?
17     A.  You mentioned our chief information
18 security officer -- or I am sorry, you mentioned
19 our chief information officer who was involved.
20 Our vice president of information security was
21 involved.  And the members of his team were
22 involved in the technical investigation.
23     Q.  You actually kind of inadvertently
24 raised a good point.
25         Does Lakeview have a separate

Page 98

1  BY MR. LIETZ:
2     Q.   What's the estimate of Social Security
3  numbers that were accessed?
4          MS. BRADY:  Object to the form.
5  BY MR. LIETZ:
6     Q.   Potentially accessed.
7     A.   The result of Kroll's work indicated
8  to us upwards the 80 percent of files had Social
9  Security number.
10    Q.   That's 80 percent of the 3.9 to
11 4 million Lakeview persons to whom notice was
12 sent that we talked about earlier?
13    A.   I think that number would apply to
14 Lakeview, yes.
15    Q.   Have you seen a chart anywhere that
16 lays out the various data elements of PII that
17 were potentially accessed and the number of
18 persons for whom each data element was accessed?
19         MS. BRADY:  Object to the form.
20         THE WITNESS:  No.
21 BY MR. LIETZ:
22    Q.   Do you know if any such chart exists
23 that has unwanted access like, you know, name,
24 date of birth, Social Security number and then
25 it has numbers of like how many persons had that

Page 99

1  data element accessed or potentially accessed?
2     A.   No.
3     Q.   I think I asked this before, but do
4  you know the total number of persons who had PII
5  potentially accessed in this breach?
6     A.   The total number of people who were
7  notified in conjunction with this breach was 3.9
8  to 4 million for Lakeview specifically.
9     Q.   Again, that doesn't include Pingora or
10 Bayview, if Bayview sent any independent
11 notices; is that correct?
12    A.   That would exclude any other entity,
13 yes.
14    Q.   You've talked a little bit about sort
15 of the nature of the information and how the
16 information shows up in different places for
17 particular individuals and, I guess my question
18 is quite simply:  For any particular individual
19 like one of the plaintiffs, does the analysis
20 that was conducted by Kroll identify what
21 specific data elements were potentially accessed
22 as to any one individual?
23         MS. BRADY:  Object to the form.
24         THE WITNESS:  Kroll's analysis
25    resulted in them documenting for each

Page 100

1     individual certain data elements.
2  BY MR. LIETZ:
3     Q.   So if I asked Lakeview in discovery,
4  hey, did X plaintiff's Social Security number
5  get potentially accessed, is that information
6  that can be ascertained from the Kroll analysis?
7          MS. BRADY:  Objection.  Calls for
8     speculation.
9          THE WITNESS:  It could with
10    limitations.
11 BY MR. LIETZ:
12    Q.   This questioning rolls us right into
13 the next topic, which is number 13.
14    A.   Okay.
15    Q.   Which is the notifications to the
16 persons affected by the data breach?
17    A.   Yes.
18    Q.   Including process to notify the
19 timing, the drafting of dissemination of notices
20 and the contents, et cetera, et cetera.
21              So I think we have talked about
22 the process and the analysis for how to
23 determine the persons to whom notice was sent,
24 but I just want to run through it one more time.
25              Is it the case that the

Page 101

1  investigation ultimately determined that there
2  were approximately 20 terabytes of data that
3  were potentially accessed here?
4          MS. BRADY:  Our investigation
5     identified 20 terabytes of data that
6     appeared on logs that we believed indicated
7     they could potentially have been accessed.
8  BY MR. LIETZ:
9     Q.   Is this the investigation that was
10 headed up by Mandiant or is it the culmination
11 of multiple investigations?
12         MS. BRADY:  Object to form.
13         THE WITNESS:  Mandiant led our
14    separate forensic's investigation and that
15    included the logs that I just referenced.
16 BY MR. LIETZ:
17    Q.   So then that 20 terabytes of
18 information went through the process that we
19 went through that's listed in the interrogatory
20 response number one, that Kroll employed to
21 analyze that data; is that correct?
22    A.   Correct.
23    Q.   From that list of persons were created
24 to whom notice was going to be sent; is that
25 correct?