UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:22-cv-20955-DPG

In re Lakeview Loan Servicing Data Breach Litigation

**PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENAS**

PLEASE TAKE NOTICE that pursuant to Rule 45 of Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, intend to serve subpoenas on the following non-parties:

1. 24By7Security, Inc.
2. Arete Advisors, LLC
3. Bishop Fox, Inc.
4. Compuquip Technologies, LLC
5. DigitalEra Group, LLC
6. FS-ISAC, Inc.
7. Hurricane Labs, LLC
8. Kaufman, Rossin & Co., P.A.
9. Kroll, LLC
10. ReliaQuest, LLC
11. Team Cymru, Inc.
12. TruSec Consulting, LLC

13. United Data Technologies, Inc.

Copies of the subpoenas are attached as Exhibit A.

Dated:  December 21, 2023        /s/ Gary M. Klinger

GARY M. KLINGER (*admitted pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

DAVID K. LIETZ (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
Email: dlietz@milberg.com

Julie Braman Kane
Florida Bar No. 980277
**COLSON HICKS EIDSON**
255 Alhambra Circle – Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
julie@colson.com

JOHN A. YANCHUNIS
RYAN D. MAXEY
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

M. ANDERSON BERRY (*pro hac vice*)
GREGORY HAROUTUNIAN (*pro hac vice* forthcoming)
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**

2

865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com

RACHELE R. BYRD (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599
byrd@whafh.com

ADAM E. POLK (*pro hac vice*)
JORDAN ELIAS (*pro hac vice*)
SIMON GRILLE (*pro hac vice*)
KIMBERLY MACEY (*pro hac vice*)
**GIRARD SHARP LLP**
601 California St, Ste 1400
San Francisco, CA  94108
Telephone: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com

JOSEPH M. LYON (*pro hac vice* forthcoming)
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333
jlyon@thelyonfirm.com

STUART ANDREW DAVIDSON
**ROBBINS GELLER RUDMAN & DOWD LLP**
225 N.E. Mizner Boulevard, Suite 720
Boca Raton, FL 33432
561-750-3000
Fax: 561-750-3364
Email: sdavidson@rgrdlaw.com

TERRY R. COATES (*pro hac vice*)
DYLAN J. GOULD (*pro hac vice* forthcoming)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530

3

Cincinnati, OH 45202
Telephone: 513/651-3700
513/665-0219 (fax)
tcoates@msdlegal.com
dgould@msdlegal.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Gary M. Klinger, hereby certify that a copy of the foregoing was served via e-mail on all counsel of record this Thursday, December 21, 2023.

    */s/ Gary M. Klinger*
    Gary M. Klinger

4