# Exhibit "11"

**ARNOLD LAW FIRM**

865 Howe Avenue, Sacramento, CA 95825
7B Corporate Center Court, Greensboro, NC 27408
P: 916-777-7777 | F: 916-924-1829 | justice4you.com

CLAYEO C. ARNOLD
ANTHONY M. ONTIVEROS
JOHN T. STRALEN*
*The Board-Certified Civil
Trial Advocate by the
National Board of Trial
Advocacy

JOSHUA H. WATSON
M. ANDERSON BERRY
ANDREW G. MINNEY
LIYA WALLACE
GREGORY HAROUTUNIAN
JEFFREY J.A. HINRICHSEN
MICHAEL WELLS
GINA M. BOWDEN**
**Of Counsel

PERSONAL INJURY
WRONGFUL DEATH
EMPLOYMENT LAW
PRODUCT LIABILITY
CLASS ACTION
QUI TAM
DATA BREACH

October 31, 2022

**VIA CERTIFIED MAIL**
**9849 0090 0027 6476 4676 57**

Community Loan Servicing, LLC
c/o Legal Department
4425 Ponce De Leon Boulevard, 4th Floor
Coral Gables, FL 33146

**VIA CERTIFIED MAIL**
**9849 0090 0027 6476 4676 64**

Community Loan Servicing, LLC
c/o Corporation Service Company
  Registered Agent
1201 Hays Street
Tallahassee, FL 33146

**VIA CERTIFIED MAIL**
**9849 0090 0027 6476 4676 71**

Bayview Asset Management, LLC
c/o Legal Department
4425 Ponce De Leon Boulevard, 5th Floor
Coral Gables, FL 33146

**VIA CERTIFIED MAIL**
**9849 0090 0027 6476 4676 88**

Bayview Asset Management, LLC
c/o Brian E. Bombstein, Esq.
  Registered Agent
4425 Ponce De Leon Boulevard, 5th Floor
Coral Gables, FL 33146

**RE:   Statutory 30-Day Notice of Claim – Cal. Civil Code 1798.100, *et seq*.**

This letter constitutes notice under the California Consumer Privacy Act ("CCPA"), California Civil Code section 1798.100, *et seq*. Pursuant to Civil Code section 1798.150(b), we are hereby notifying Community Loan Servicing, LLC ("Pingora") and Bayview Asset Management, LLC ("Bayview" and collectively with Community "Defendants") that it has violated the CCPA, and we demand that, to the extent any cure exists, Defendants "actually cure[]" such violation within thirty (30) calendar days from the date of this letter.

Our client, Linda Kim, a resident of California, received a Notice of Data Breach from Community on or about October 17, 2022, stating that her personally identifiable information ("PII") was accessed and no longer secure. The PII exposed includes, at least, name, address, loan number, and Social Security number. *See* CCPA § 1798.81.5(d)(1).

Please be advised that the failure to prevent Linda Kim's and other California residents' nonencrypted and nonredacted PII from unauthorized access and exfiltration, theft, or disclosure, is a result of Defendants' failure to meet their duty to implement and maintain reasonable security procedures and practices, which is a violation of Civil Code §§ 1798.81.5 and 1798.150. These

Community Loan Servicing, LLC
Bayview Asset Management, LLC
October 31, 2022
Page 2

failures include the lack of adequate encryption to sufficiently maintain California residents' PII and to protect this PII from being accessed by third parties without authorization.

To the extent there is any possible cure, we request that Defendants cure this violation which exposed Linda Kim's PII and provide an express written statement that the violations have been "actually cured" and that no further violations will occur. A cure, if possible, would require Defendants to, for example, recover all of the stolen PII and eliminate any future risk that Linda Kim's stolen PII is accessed.

A failure to comply with this request within thirty (30) calendar days will subject Defendants to statutory damages on an individual and/or class-wide basis.

Thank you for your time and cooperation.

Very truly yours,

M. Anderson Berry, Esq.
aberry@justice4you.com
(916) 239-4778

MAB:lm

ARNOLD LAW FI[RM]
865 Howe Avenue, Sacramento, CA 95825

Bayview Asset Management, LLC
c/o Brian E. Bombstein, Esq.
Registered Agent
1201 Ponce De Leon Boulevard, 5th Floor
Coral Gables, FL 33146

9489 0090 0027 6476 4676 64

Label 890-PB, Oct. 2015
Pitney Bowes

FIRST-CLASS



US POSTAGE ᴵᴹᵖ PITNEY BOWES

ZIP 95825
02 7H
0006025330

$ 007.82⁰
OCT 31 2022

ARNOLD LAW FI[RM]
865 Howe Avenue, Sacramento, CA 95825

Bayview Asset Management, LLC
c/o Legal Department
4425 Ponce De Leon Boulevard, 5th Floor
Coral Gables, FL 33146

9489 0090 0027 6476 4676 88

Label 890-PB, Oct. 2015
Pitney Bowes

FIRST-CLASS



ZIP 95825
02 7H
0006025330

US POSTAGE ᴵᴹ/PITNEY BOWES

$ 007.82⁰
OCT 31 2022



865 Howe Avenue, Sacramento, CA 95825

ARNOLD LAW FIR

9489 0090 0027 6476 4676 71

Label 890-PB, Oct. 201
Pitney Bowes

FIRST-CLASS

Community Loan Servicing, LLC
c/o Corporation Service Company
Registered Agent
1201 Hays Street
Tallahassee, FL 33146



ZIP 95825
02 7H
00060 25330

US POSTAGE ᴵᴹ ᴵ PITNEY BOWES
$ 007.82⁰
OCT 31 2022

**ARNOLD LAW FI**
865 Howe Avenue, Sacramento, CA 95825

Community Loan Servicing, LLC
c/o Legal Department
4425 Ponce De Leon Boulevard, 4th Floor
Coral Gables, FL 33146

9489 0090 0027 6476 4676 57

Label 890-PB, Oct. 2015
Pitney Bowes

**FIRST-CLASS**



ZIP 95825
02 7H
0006025330

US POSTAGE (IMI PITNEY BOWES)
$ 007.82
OCT 31 2022