Exhibit "12"



**Statement of Work**

This Statement of Work is valid when signed before December 31, 2021.

This Statement of Work ("SOW") is made and entered into as of the later of the signature dates below ("SOW Effective Date"), by and between Mandiant and Baker & Hostetler LLP ("Counsel") for the benefit of Bayview Asset Management, LLC ("Customer"). This SOW is governed by the Master Services Agreement (the "Agreement") dated October 4, 2019 between Customer and Mandiant. Capitalized terms used in this SOW will have the meanings given to them in the Agreement. Services performed outside the Americas will be performed and invoiced by Mandiant Ireland Limited, regardless of which Mandiant entity is party to this SOW, and in such cases Mandiant Ireland Limited will be deemed "Mandiant" as set forth in this SOW. Services performed within the Americas will be performed and invoiced by Mandiant, Inc., regardless of which Mandiant entity is party to this SOW, and in such cases Mandiant, Inc. will be deemed "Mandiant" as set forth in this SOW.

# 1. Description of Services

Mandiant agrees to provide services ("Services") as set forth below, as directed by Counsel for the benefit of Customer.

## 1.1. Incident Response

The objective of this professional services engagement is to assist Counsel in providing legal advice to Customer with responding to a suspected security incident and in anticipation of litigation that may arise from the incident. The activities to be performed may include but are not limited to the following:

- Computer security incident response support.
- Digital forensics, log analysis, and malware analysis support.
- Incident remediation assistance.
- Deployment support for Mandiant's incident response technologies.
- Regular status reporting and project management-related activities.
- Reporting and/or presentations associated with findings and recommendations.

Customer acknowledges that Mandiant may use other tools, including cloud-based technologies and email monitoring systems, in the course of performing Services, and agrees that Mandiant may use all such tools in its discretion.

All parties acknowledge that Mandiant can leverage the technology stacks currently installed in Customer's environment during the course of the engagement, if any ("Customer-Owned Technology"). If Mandiant determines that the Customer-Owned Technology cannot adequately support the performance of the Services, additional technology stacks may be deployed in the Customer's environment and, in such case, will be invoiced as set forth in Section 5.

# 2. Deliverables

## 2.1. Incident Response Deliverables

The following Deliverables will be produced for these Services during the course of this engagement:

- Regular Status Reporting: Mandiant will provide regular status reporting that summarizes activities completed, significant findings, issues requiring attention and plans for the next reporting period.
- Incident Response Report: If requested by Counsel, Mandiant will provide a written summary of the incident response results. This typically includes a summary of activity, detailed activity description, supporting analysis, and remediation recommendations.
- Executive Briefing: If requested by Counsel, Mandiant will provide an executive brief that summarizes the incident response, including the investigation and remedial activities.

Any other reports (including intelligence reports), presentations, materials or other written information provided by Mandiant as a result of the Services are Mandiant Materials and will not be considered "Deliverables" as defined in the Agreement.



**Statement of Work**

## 3. Schedule and Staffing

The scheduling of Services under this SOW will be as mutually agreed to by all parties. The Services under this SOW will be provided within the twelve (12) month period from the SOW Effective Date.

## 4. Services Fees

All work will be performed on a time and materials basis at the rate of ███████████ for consulting Services performed. In consideration for the Services to be performed by Mandiant, Customer agrees to pay for actual time spent. Travel time related to Services performed onsite will be invoiced ████████████████████. Invoices will be issued monthly. If Customer is working with an insurer, Customer will be responsible for payment of all fees and expenses, regardless of whether the insurer provides coverage or reimbursement for all or part of the fees and expenses described herein.

Customer will pay all invoices as set forth in the Agreement. All fees are non-cancelable and non-refundable. Customer agrees that this SOW represents the complete, final, and exclusive terms and conditions governing the Services. As such, Mandiant may invoice Customer in advance, unless otherwise stated in this SOW, without the requirement that Customer provide a subsequent purchase order. Any such subsequently issued purchase order shall be for administrative purposes only.

## 5. Technology Fees

Mandiant will determine the technology that is required to support the Services under this SOW. Customer agrees to pay technology fees from the date of delivery at the price per unit quoted in the table below. These fees will be invoiced monthly and charged to the nearest whole month; they are not pro-rated.

| Unit Description | Price per Unit |
|---|---|
| **Endpoint Incident Response Technology** | |
| Cloud up to 100 nodes | ██████ |
| Cloud up to 1,000 nodes | ██████ |
| Cloud up to 10,000 nodes | ██████ |
| Hardware appliance, up to 10,000 nodes | ██████ |
| Supplemental up to 10,000 nodes | ██████ |
| **Off-Hours Alert Monitoring** | |
| Endpoint count: up to 500 nodes | ██████ |
| Endpoint count: up to 1,000 nodes | ██████ |
| Endpoint count: up to 5,000 nodes | ██████ |
| Endpoint count: up to 10,000 nodes | ██████ |
| Endpoint count: up to 20,000 nodes | ██████ |
| Endpoint count: up to 50,000 nodes | ██████ |
| Over 50,000 nodes | ██████ |
| **Network Incident Response Technology** | |



**Statement of Work**

| Unit Description | Price per Unit |
|---|---|
| 1Gb appliance (Maximum throughput 950Mbps) | |
| 10Gb appliance (Maximum throughput 4.5Gbps) | |
| 10Gb XL appliance (Maximum throughput 9Gbps) | |
| **Cloud-Based Log Analysis Technology** | |
| Instance up to 5,000 events per second, 10TB storage, 30 day retention | |
| Instance up to 10,000 events per second, 20TB storage, 30 day retention | |
| **Email Incident Response Technology – Cloud with AV/AS** | |
| 100-499 inboxes | |
| 500-999 inboxes | |
| 1000-1999 inboxes | |
| 2000-4999 inboxes | |
| 5000-9999 inboxes | |
| >10,000 inboxes | |
| **Managed Defense Continuous Vigilance** | |
| Node count: up to 499 nodes | |
| Node count: up to 999 nodes | |
| Node count: up to 4,999 nodes | |
| Node count: up to 9,999 nodes | |
| Node count: up to 19,999 nodes | |
| Node count: up to 49,999 nodes | |
| Node count: up to 75,999 nodes | |
| Node count: up to 99,999 nodes | |
| Node count: up to 999,999 nodes | |
| **Evidence Storage** | |
| Storage of each physical evidence item | |
| **Other** | |
| Domestic shipping and handling of hardware | |
| International shipping and handling of hardware | |
| Custom Dark Web Search – No Report | |

In addition to the technology listed in the table above, Mandiant may require the use of other tools to facilitate the investigation. Mandiant will request written (emailed) authorization from Customer for any charges related to the use of technologies not detailed in the above table.



**Statement of Work**

# 6. Fee Estimates

Itemized fee estimates are provided in the table below.

| Description | Estimated Quantity | Estimated Cost |
|---|---|---|
| **Professional Services** | | |
| Incident response activities including, but not limited to:<br>• Endpoint sweeping and forensic analysis<br>• Network monitoring and analysis<br>• Log analysis<br>• Malware analysis and reverse engineering<br>• Threat analysis and intelligence<br>• Status reporting | 450 hours | |
| Incident containment planning and support | 50 | |
| Reporting and out-brief including, but not limited to:<br>• Incident Investigation Report<br>• Incident Remediation Report | TBD | |
| **Technology** | | |
| Endpoint Incident Response Technology<br>Cloud up to 1,000 nodes | 2 months | |
| Off-Hours Alert Monitoring<br>Endpoint count: up to 1,00 nodes | 2 months | |
| **Other** | | |
| Custom Dark Web Search – No Report | 1 | |
| **Total Estimated Fees** | | |

# 7. Expenses

Customer shall reimburse for the following expense categories that are directly attributable to work performed under this SOW:

- Travel and living expenses.
- Mileage in company or personal vehicles at the rate approved by the U.S. Internal Revenue Service.
- Computer storage media.
- Postage and courier services.
- Printing, reproduction and binding.
- Any other expenses resulting from the work performed under this SOW.



**Statement of Work**

Upon request Mandiant will provide electronic copies of expense receipts for all expense related items greater than $25. Invoices for expenses will be issued on a monthly basis.

# 8. Assumptions

1. All work activities will be performed without day and time restrictions.
2. If any factor outside Mandiant's control, including those caused by Customer or Customer requirements (such as requirements to refrain from operating technology during specific times), causes delays in implementing technology needed for Mandiant to perform the Services or cause Services to take longer than expected, then notwithstanding any fixed fees, Customer will be invoiced for technology fees for the period of any such delays.
3. Estimated professional fees do not include any hardware, software, licensing, maintenance, or support costs of any Mandiant or other third-party product or service suggested by Mandiant as we conduct the activities outlined within this SOW.
4. Mandiant will provide Deliverables to Customer throughout this engagement. Draft Deliverables are considered final upon confirmation from Customer (written or oral) or ten business days after their submission date from Mandiant to Customer, whichever is earlier.
5. When Mandiant's personnel are performing Services on site at Customer's premises, Customer will allocate appropriate working space and physical access for all Mandiant assigned personnel.
6. Customer represents that all information provided is true and accurate and that Customer owns or is authorized to represent the owners of the systems, facilities, and/or devices described in connection with the services. Customer represents that it has obtained all permissions necessary for Mandiant to perform the services described herein. Customer will hold Mandiant harmless against any claims, disputes, or issues arising or related to foregoing representations.
7. Customer will make available key individuals that can best help plan operations around security event monitoring, analysis, threat intelligence, and incident response.
8. Any changes to the scope of Services or this SOW must be mutually agreed upon in writing by all parties.

# 9. Contact Information

Customer will provide Mandiant with points of contact information in the following table:

| Business Line Contact | |
|---|---|
| **Name:** | |
| **Title:** | |
| **Email:** | |
| **Phone:** | |
| **Street:** | |
| **City:** | |
| **State:** | |
| **Zip:** | |
| **Payables Contact** | |
| **Name:** | |
| **Title:** | |
| **Email:** | |

Case 1:22-cv-20955-DPG   Document 163-13   Entered on FLSD Docket 01/31/2024   Page 7 of 8



**Statement of Work**

| | |
|---|---|
| **Phone:** | |
| **Street:** | |
| **City:** | |
| **State:** | |
| **Zip:** | |

| Claim Manager Contact | |
|---|---|
| **Name** | Matthew Basilotto, Esq. |
| **Email** | matthew.basilotto@chubb.com |
| **Claim #** | KY21K3025077 |

## 10.  Signatures

Mandiant and Customer have executed this Statement of Work as of the SOW Effective Date.

[Signature Page Follows]



**Statement of Work**

| | |
|---|---|
| **Mandiant, Inc.** | **Bayview Asset Management, LLC** |
| *[DocuSigned by: Joe Zuccaro — 87A99893983E4B7...]* | *[DocuSigned by: Brian Bomstein — 77E51620648D4B9...]* |
| Joe Zuccaro | **Signature** |
| **Name** | Brian Bomstein |
| VP Commercial Legal Americas | **Name** |
| **Title** | Senior Vice President |
| 12/12/2021 | 10:17 AM PST | **Title** |
| **Date** | 12/11/2021 | 12:37 PM PST |
| | **Date** |

**Baker** *[DocuSigned by: Craig A. Hoffman — 834E7BCE8EBB4D7...]*
**Signature**
Craig A. Hoffman
**Name**
Partner
**Title**
12/11/2021 | 12:35 PM PST
**Date**