# Exhibit "13"

To Be Filed Under Seal