**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Master File No. 1:22-cv-20955-DPG**

**In re LAKEVIEW LOAN SERVICING**
**DATA BREACH LITIGATION**                    **CLASS ACTION**

---

**PLAINTIFFS' UNOPPOSED MOTION TO FILE THE**
**AMENDED CONSOLIDATED CLASS ACTION COMPLAINT UNDER SEAL**

Pursuant to Local Rule 5.4 of the Southern District of Florida, Plaintiffs in the captioned matter respectfully request that the Court enter an Order permitting the filing of their Amended Consolidated Class Action Complaint under seal.

In support of their Motion, Plaintiffs state as follows:

On January 29, 2024, Plaintiffs filed an Unopposed Motion to File Motion for Leave to Amend Under Seal [ECF 160].  That Motion was granted on January 30, 2024 [ECF 161] and the Motion attaching the proposed Amended Consolidated Class Action Complaint was filed, redacted on the public docket and unredacted under seal, on February 1, 2024 [ECF 162-163, with the Amended Complaint and its attachments as exhibits].

After briefing, on March 22, 2024, this Court granted Plaintiffs' Motion for Leave to File Amended Consolidated Class Action Complaint and instructed Plaintiffs to separately file the Amended Consolidated Class Action Complaint within ten days of the Order [ECF No. 181].

Some of the allegations referenced with specificity in the Amended Consolidated Class Action Complaint and in the exhibits thereto are designated "CONFIDENTIAL" and/or "HIGHLY CONFIDENTIAL" by the parties pursuant to the Stipulated Protective Order [ECF No.69] during

the course of litigation of this matter. That Order at page 13, paragraph 31 requires any Party wishing to file a document containing Protected Material to file under seal.

Defendants state that they designated the documents at issue as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" because they contain sensitive information concerning: (1) Defendants' data security protocols, policies and procedures; (2) investigations into the data security incident at issue in this litigation and confidential data security measures to prevent a future incident; (3) Defendants' internal confidential business operations; (4) communications with borrowers regarding the data security incident at issue in this litigation and borrowers' concerns; (5) proprietary subservicing contracts between Defendants and third-party subservicers; (6) audits and assessments of Defendants' data security; and (7) Defendants' confidential risk management policies and procedures.

In an effort to preserve the confidential nature of the statements contained in the proposed pleading, Plaintiffs respectfully request leave to file the identical Amended Consolidated Class Action Complaint redacted on the public docket and unredacted under seal once again. Plaintiffs respectfully request that the materials remain sealed until entry of further Order of the Court.

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3)(A), the undersigned certify that they conferred with counsel for Defendants regarding the relief sought in this motion and were advised that Defendants do not oppose the request to the Court.

WHEREFORE, Plaintiffs respectfully request this Court grant their Unopposed Motion to

File the Amended Consolidated Class Action Complaint Under Seal, and for any such other and

further relief this Court deems just and reasonable.

Dated: March 27, 2024.

Respectfully submitted,

By:  */s/ Julie Braman Kane*
Julie Braman Kane
Florida Bar No. 980277
**COLSON HICKS EIDSON**
255 Alhambra Circle – Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400 Facsimile:
(305) 476-7444
julie@colson.com

JOHN A. YANCHUNIS
RYAN D. MAXEY
**MORGAN & MORGAN COMPLEX
LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602 Telephone:
(813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

GARY M. KLINGER (*admitted pro hac vice*)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

DAVID K. LIETZ (*pro hac vice*)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015-2052

Telephone: (866) 252-0878
Facsimile: (202) 686-2877
Email: dlietz@milberg.com

M. ANDERSON BERRY (*pro hac vice*)
GREGORY HAROUTUNIAN (*pro hac vice forthcoming*)
**CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com

RACHELE R. BYRD (*pro hac vice*)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599 Facsimile: 619/234-4599
byrd@whafh.com

ADAM E. POLK (*pro hac vice*)
JORDAN ELIAS (*pro hac vice*)
SIMON GRILLE (*pro hac vice*)
JORDAN ISERN (*pro hac vice*)
**GIRARD SHARP LLP**
601 California St, Ste 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
jisern@girardsharp.com

JOSEPH M. LYON (*pro hac vice*)
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208 Telephone:
(513) 381-2333
jlyon@thelyonfirm.com

4

STUART ANDREW DAVIDSON
**ROBBINS GELLER RUDMAN & DOWD LLP**
225 N.E. Mizner Boulevard, Suite 720
Boca Raton, FL 33432
561-750-3000
Fax: 561-750-3364
Email: sdavidson@rgrdlaw.com

TERRY R. COATES (*pro hac vice*)
DYLAN J. GOULD (*pro hac vice forthcoming*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: 513/651-3700
513/665-0219 (fax)
tcoates@msdlegal.com
dgould@msdlegal.com *Attorneys for Plaintiffs*