Master File No. 1:22-cv-20955-DPG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Master File No. 1:22-cv-20955-DPG

| | |
|---|---|
| In re LAKEVIEW LOAN SERVICING DATA ) <br> BREACH LITIGATION ) <br> ) | <u>CLASS ACTION</u> |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE PLAINTIFFS' MOTION FOR RECONSIDERATION OF CHIEF MAGISTRATE JUDGE'S ORDER ON PRODUCTION OF INVESTIGATIVE REPORTS AND <u>CONFIDENTIAL EXHIBITS UNDER SEAL</u>**

Pursuant to Local Rule 5.4 of the Southern District of Florida, Plaintiffs in the above-captioned matter respectfully request that the Court enter an Order permitting the filing of their Motion for Reconsideration of Chief Magistrate Judge's Order on Production of Investigative Reports and confidential exhibits under seal ("Motion").

In support of their Motion, Plaintiffs state as follows:

On June 12, 2024, Chief Magistrate Judge Torres entered an order regarding production of investigative reports drafted by Defendants' cybersecurity consultants, Mandiant and Protiviti. ECF 211.

On, June 26, 2024, Plaintiffs intend to file a Motion for Reconsideration of the Chief Magistrate's Order on Production of Investigative Reports ("Motion for Reconsideration").

Master File No. 1:22-cv-20955-DPG

Some information and supporting exhibits anticipated to be referenced in the forthcoming Motion for Reconsideration have been designated as "CONFIDENTIAL" and/or "HIGHLY CONFIDENTIAL" by Defendants pursuant to the Stipulated Protective Order ("Order") [ECF 69] during the course of litigation of this matter. That Order requires any Party wishing to file a document containing Protected Material to file under seal. *See* Order at 13.

In an effort to preserve the confidential nature of the statements and documents contained in the Motion for Reconsideration as the parties have done in prior pleadings, Plaintiffs respectfully request leave to file their Motion for Reconsideration redacted on the public docket and unredacted under seal once again.

Plaintiffs respectfully request that the materials remain sealed until entry of further Order of the Court.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(3)(A), the undersigned certify that they conferred with counsel for Defendants regarding the relief sought in this Motion and were advised that Defendants do not oppose the request to the Court.

Master File No. 1:22-cv-20955-DPG

WHEREFORE, Plaintiffs respectfully request this Court grant their Unopposed Motion to File Plaintiffs' Motion for Reconsideration of Chief Magistrate Judge's Order on Production of Investigate Reports and confidential exhibits under seal, and for any such other and further relief this Court deems just and reasonable.

DATED:  June 25, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON
Florida Bar No. 0084824
DOROTHY P. ANTULLIS
Florida Bar No. 890421
NICOLLE B. BRITO
Florida Bar No. 43399

*Nicolle B. Brito*
NICOLLE B. BRITO

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
dantullis@rgrdlaw.com
nbrito@rgrdlaw.com

COLSON HICKS EIDSON
JULIE BRAMAN KANE
*Plaintiffs' Liaison Counsel*
Florida Bar No. 980277
255 Alhambra Circle – Penthouse
Coral Gables, FL  33134
Telephone:  305/476-7400
305/476-7444 (fax)
julie@colson.com

- 1 -

Master File No. 1:22-cv-20955-DPG

MORGAN & MORGAN COMPLEX
  LITIGATION GROUP
JOHN A. YANCHUNIS
Florida Bar No. 324681
*Chair, Plaintiffs' Executive Committee*
201 North Franklin Street, 7th Floor
Tampa, FL  33602
Telephone:  813/223-5505
jyanchunis@ForThePeople.com

GIRARD SHARP LLP
ADAM E. POLK (*pro hac vice*)
JORDAN ELIAS (*pro hac vice*)
SIMON GRILLE (*pro hac vice*)
KIMBERLY MACEY (*pro hac vice*)
601 California Street, Suite 1400
San Francisco, CA  94108
Telephone:  415/981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
RACHELE R. BYRD (*pro hac vice*)
750 B Street, Suite 1820
San Diego, CA  92101
Telephone:  619/239-4599
619/234-4599 (fax)
byrd@whafh.com

MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC
GARY M. KLINGER (*pro hac vice*)
227 Monroe Street, Suite 2100
Chicago, IL  60606
Telephone:  866/252-0878
gklinger@milberg.com

Master File No. 1:22-cv-20955-DPG

THE LYON FIRM, LLC
JOSEPH M. LYON (*pro hac vice*)
2754 Erie Avenue
Cincinnati, OH  45208
Telephone:  513/381-2333
jlyon@thelyonfirm.com

CLAYEO C. ARNOLD,
  A PROFESSIONAL LAW CORP.
M. ANDERSON BERRY (*pro hac vice*)
GREGORY HAROUTUNIAN (*pro hac vice*
forthcoming)
865 Howe Avenue
Sacramento, CA  95825
Telephone:  916/777-7777
916/924-1829 (fax)
aberry@justice4you.com
gharoutunian@ justice4you.com

MARKOVITS, STOCK &
  DEMARCO, LLC
TERRY R. COATES (*pro hac vice*)
DYLAN J. GOULD (*pro hac vice*)
119 East Court Street, Suite 530
Cincinnati, OH  45202
Telephone:  513/651-3700
513/665-0219 (fax)
tcoates@msdlegal.com
dgould@msdlegal.com

*Members of Plaintiffs' Executive Committee*