## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE DEPOSITION LIMITS** |

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i) and Local Rule 26.1(a), Plaintiffs, Mark Arthur, Jorge Gonzalez, Robert Keach, Cindy Villanueva, Deborah Hamilton, Michael Kassem, Beth Berg, Savannah Farley, Thomas Lapenter, Hardik Sevak, Peter Wojciechowski, Kimberley Rowton, Jessica Valente-Brodrick, Denise Scott, Nilsa Misencik, David Kraus, John McMahon, Shannon Thomas, Matthew Myers, Jay Saporta, Albert Brumitt, David Cunningham, Linda Kim, Maureen Keach, Pedro Rubio, and Norma Grossman, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants Lakeview Loan Servicing, LLC ("Lakeview"), Pingora Loan Servicing, LLC ("Pingora"), Community Loan Servicing, LLC ("Community Loan"), and Bayview Asset Management LLC ("Bayview," and together with Lakeview, Pingora, and Community Loan, "Defendants") (with Plaintiffs, the "Parties"), respectfully submit the following Joint Stipulation agreeing to enlarge the number of depositions permitted in this action, and in support thereof state as follows:

1. The Parties jointly stipulate and agree to enlarge the current limit of ten (10) depositions per side as follows:

   a. Plaintiffs, collectively, may conduct up to 20 non-expert depositions (this includes all parties, employees, former employees, and non-parties);

   b. Defendants, collectively, may depose each of the named Plaintiffs;

    c. Both sides may depose all disclosed experts (for clarification, expert depositions do not count toward either side's deposition limit set forth in "a" and "b" above);

    d. The Parties reserve all rights to seek additional depositions from the Court at a later time on the basis of good cause and reserve all objections to any depositions that would exceed the agreed limits set forth in "a" and "b" above.

2. This proposed stipulation is the product of good faith negotiations by the Parties.

WHEREFORE, the Parties respectfully request that the Court approve this Stipulation.

The Court, having reviewed the Stipulation hereby approves this Joint Stipulation.

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of September, 2024.

_____
**HON. DARRIN P. GAYLES**
UNITED STATES DISTRICT JUDGE

## NOTICE OF ENDORSEMENT

Pursuant to the CM/ECF Administrative Procedure 3J(3), the undersigned filing counsel hereby certifies that counsel for the Defendants have authorized me to file this joint stipulation on its behalf with the electronic signature of its counsel affixed hereto.

Dated: September 6, 2024                                                  Respectfully submitted,

By: /s/ Julie Singer Brady
Julie Singer Brady
Florida Bar No. 389315
Yameel L. Mercado Robles
Florida Bar No. 1003897
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone: 407.649.4000
Facsimile: 407.841.0168
jsingerbrady@bakerlaw.com
ymercadorobles@bakerlaw.com

Paul Karlsgodt (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Telephone: 303.861.0600
Facsimile: 303.861.7805
PKarlsgodt@bakerlaw.com

Evan M. Mannering (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave, NW, Suite 1100
Washington, DC 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783
emannering@bakerlaw.com

Joseph Givner
Florida Bar No. 850705
**GIVNER LAW GROUP, LLP**
19790 W. Dixie Hwy, Suite 706
Miami, Florida 33180
Telephone: 305.933.9970

By: /s/ Julie Braman Kane
Julie Braman Kane
Florida Bar No. 980277
**COLSON HICKS EIDSON**
255 Alhambra Circle – Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
julie@colson.com

JOHN A. YANCHUNIS
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
jyanchunis@ForThePeople.com

STUART A. DAVIDSON
DOROTHY P. ANTULLIS
NICOLLE B. BRITO
**ROBBINS GELLER RUDMAN
 & DOWD LLP**
225 N.E. Mizner Boulevard, Suite 720
Boca Raton, FL 33432
561-750-3000
Fax: 561-750-3364
sdavidson@rgrdlaw.com
dantullis@rgrdlaw.com
nbrito@rgrdlaw.com

GARY M. KLINGER (*admitted pro hac vice*)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 Monroe Street, Suite 2100
Chicago, IL 60606

<table>
<tr><td>

jgivner@givner.law

*Attorneys for Defendants*

</td><td>

Phone: 866.252.0878
Email: gklinger@milberg.com

RACHELE R. BYRD (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
byrd@whafh.com

ADAM E. POLK (*pro hac vice*)
SIMON GRILLE (*pro hac vice*)
JORDAN ISERN (*pro hac vice*)
COLE LIMBACH (*pro hac vice*)
KRISTIN PALUMBO (*pro hac vice*)
**GIRARD SHARP LLP**
601 California St, Ste 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
jisern@girardsharp.com

DAVID K. LIETZ (*pro hac vice*)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
Email: dlietz@milberg.com

M. ANDERSON BERRY (*pro hac vice*)
GREGORY HAROUTUNIAN (*pro hac vice forthcoming*)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

</td></tr>
</table>

gharoutunian@justice4you.com

JOSEPH M. LYON (*pro hac vice*)
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333
jlyon@thelyonfirm.com

TERRY R. COATES (*pro hac vice*)
DYLAN J. GOULD (*pro hac vice forthcoming*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: 513/651-3700
513/665-0219 (fax)
tcoates@msdlegal.com
dgould@msdlegal.com

RYAN D. MAXEY
**MAXEY LAW FIRM, P.A.**
107 North 11th Street, Suite 402
Tampa, FL 33602
ryan@maxeyfirm.com

*Attorneys for Plaintiffs*