UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG<br><br>**STIPULATION OF VOLUNTARY WITHDRAWAL OF CLASS REPRESENTATIVES AND DISMISSAL OF REPRESENTATIVE CLAIMS** |

Putative Class Representatives, and only these putative Class Representatives, Albert Brumitt, David Kraus, Denise Scott, Jessica Valente-Brodrick, Linda Kim, Matthew Myers, Nilsa Misencik, Shannon Thomas, Maureen Keach and Robert Keach, together with the consolidated Defendants in this matter (together, the "parties") hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal with prejudice of only these Plaintiffs' claims against Defendants in a representative capacity. For avoidance of doubt, this dismissal does not affect the claims of any other Plaintiff in this litigation, nor does it impact the named Plaintiffs status or ability to recover as absent class members. In support of the instant stipulation, the Parties state as follows:

WHEREAS, on March 28, 2024, Plaintiffs filed a redacted Amended Consolidated Class Action Complaint and filed under seal an unredacted Amended Consolidated Class Action Complaint asserting claims on behalf of themselves and as putative class representatives in this matter. [DE 186, 187].

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties may stipulate to the dismissal of a portion of this action without a Court order; and

WHEREAS, the Parties have conferred and agreed to stipulate to the dismissal with

prejudice of only these Plaintiffs' claims brought as representatives of the putative class(es) identified in the Amended Consolidated Class Action Complaint against Defendants.

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows:

1. Putative Class Representatives Albert Brumitt's, David Kraus', Denise Scott's, Jessica Valente-Brodrick's, Linda Kim's, Matthew Myers', Nilsa Misencik's, Shannon Thomas', Maureen Keach's and Robert Keach's claims as representatives of the class(es) pending against Defendants in this action shall be dismissed with prejudice;

2. This Stipulation has no effect on: (1) the claims of any other Plaintiff to this litigation; or (2) these Plaintiffs' ability to submit a claim form as an absent class member without prejudice in the event of a future recovery in this action;

3. These Plaintiffs only withdraw as named class representatives; and

4. The Parties shall each bear their own attorneys' fees and costs incurred in any way related to this Stipulation.

IT IS SO STIPULATED.

DATED: October 30, 2024.

## NOTICE OF ENDORSEMENT

Pursuant to the CM/ECF Administrative Procedure 3(J)(3), the undersigned filing counsel hereby certifies that counsel for the Defendants have authorized me to file this joint stipulation on its behalf with the electronic signature of its counsel affixed hereto.

Dated: October 30, 2024                                                Respectfully submitted,

By: */s/ Julie Singer Brady*                                           By: */s/ Julie Braman Kane*
Julie Singer Brady                                                     Julie Braman Kane
Florida Bar No. 389315                                                 Florida Bar No. 980277
Yameel L. Mercado Robles                                               **COLSON HICKS EIDSON**
Florida Bar No. 1003897                                                255 Alhambra Circle – Penthouse

**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone: 407.649.4000
Facsimile: 407.841.0168
jsingerbrady@bakerlaw.com
ymercadorobles@bakerlaw.com

Paul Karlsgodt (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Telephone: 303.861.0600
Facsimile: 303.861.7805
PKarlsgodt@bakerlaw.com

Evan M. Mannering (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave, NW, Suite 1100
Washington, DC 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783
emannering@bakerlaw.com

Joseph Givner
Florida Bar No. 850705
**GIVNER LAW GROUP, LLP**
19790 W. Dixie Hwy, Suite 706
Miami, Florida 33180
Telephone: 305.933.9970
jgivner@givner.law

*Attorneys for Defendants*

Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
julie@colson.com

JOHN A. YANCHUNIS
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
jyanchunis@ForThePeople.com

STUART A. DAVIDSON
DOROTHY P. ANTULLIS
NICOLLE B. BRITO
**ROBBINS GELLER RUDMAN & DOWD LLP**
225 N.E. Mizner Boulevard, Suite 720
Boca Raton, FL 33432
561-750-3000
Fax: 561-750-3364
sdavidson@rgrdlaw.com
dantullis@rgrdlaw.com
nbrito@rgrdlaw.com

GARY M. KLINGER (*admitted pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

ADAM E. POLK (*pro hac vice*)
SIMON GRILLE (*pro hac vice*)
JORDAN ISERN (*pro hac vice*)
KRISTEN PALUMBO (*pro hac vice*)
**GIRARD SHARP LLP**
601 California St, Ste 1400
San Francisco, CA 94108 Telephone: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com
jisern@girardsharp.com
kpalumbo@girardsharp.com

DAVID K. LIETZ (*pro hac vice*)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
Email: dlietz@milberg.com

M. ANDERSON BERRY (*pro hac vice*)
GREGORY HAROUTUNIAN (*pro hac vice forthcoming*)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com

JOSEPH M. LYON (*pro hac vice*)
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333
jlyon@thelyonfirm.com

TERRY R. COATES (*pro hac vice*)
DYLAN J. GOULD (*pro hac vice forthcoming*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: 513/651-3700
513/665-0219 (fax)
tcoates@msdlegal.com
dgould@msdlegal.com

RYAN D. MAXEY
**MAXEY LAW FIRM, P.A.**
107 North 11th Street, Suite 402
Tampa, FL 33602
ryan@maxeyfirm.com

*Attorneys for Plaintiffs*

Case 1:22-cv-20955-DPG   Document 244   Entered on FLSD Docket 10/30/2024   Page 5 of 5