UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Master File No. 1:22-cv-20955-GAYLES/TORRES

In re LAKEVIEW LOAN SERVICING DATA ) <u>CLASS ACTION</u>
BREACH LITIGATION                  )
                                   )

**PLAINTIFFS' REQUEST FOR *IN CAMERA* REVIEW OF CERTAIN DOCUMENTS**

Pursuant to the directive of the Honorable Chief Magistrate Judge Edwin G. Torres at the discovery hearing conducted on December 18, 2024, Plaintiffs submit the following relative to their request for an *in camera* review of the documents for which Defendants are claiming privilege (in part or in full):

1. After reviewing the documents which were provided to Plaintiffs' Counsel and to the Court, and which were listed on the Defendant's Privilege Log submitted by Plaintiffs at Tab C of the pre-hearing submission, and without waiving their right to oppose future claims of attorney/client privilege involving Ms. Tribble, Plaintiffs withdraw the request for *in camera* review for privilege determination of those specific emails between Judith Tribble and Theresa Lazorko. These documents for which review is no longer sought bear Bates Numbers BAYVIEW000289780; BAYVIEW000371574; BAYVIEW000372045; BAYVIEW000372057; BAYVIEW000376161; BAYVIEW000376164, and BAYVIEW000376262.

2. Plaintiffs continue to seek *in camera* review of the partially redacted documents, which represent the markups of the Multistate Mortgage Committee (MMC) letters, for

determination of privilege. The redacted documents for which Plaintiffs continue to seek *in camera* review and privilege determination bear Bates Numbers:

    BAYVIEW000289798
    BAYVIEW000386552
    BAYVIEW000386573
    BAYVIEW000386598
    BAYVIEW000386621
    BAYVIEW000386648
    BAYVIEW000390569
    BAYVIEW000390595
    BAYVIEW000393375
    BAYVIEW000393533

Dated: January 6, 2025

*/s/Julie Braman Kane*
Julie Braman Kane
Florida Bar No. 980277
**COLSON HICKS EIDSON**
255 Alhambra Circle – Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
julie@colson.com
*Plaintiffs' Liaison Counsel*

JOHN A. YANCHUNIS
**MORGAN & MORGAN COMPLEX
 LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
jyanchunis@ForThePeople.com
rmcgee@ForThePeople.com
*Chair, Plaintiffs' Executive Committee*

ADAM E. POLK (*pro hac vice*)
SIMON GRILLE (*pro hac vice*)
JORDAN ISERN (*pro hac vice*)
KRISTEN PALUMBO (*pro hac vice*)
**GIRARD SHARP LLP**
601 California St, Ste 1400
San Francisco, CA  94108
Telephone: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com

sgrille@girardsharp.com
kmacey@girardsharp.com

GARY M. KLINGER (*pro hac vice*)
**MILBERG COLEMAN BRYSON
 PHILLIPS GROSSMAN, PLLC**
227 Monroe Street, Suite 2100
Chicago, IL 60606
866.252.0878
gklinger@milberg.com

STUART A. DAVIDSON
Florida Bar No. 0084824
DOROTHY P. ANTULLIS
Florida Bar No. 890421
NICOLLE B. BRITO
Florida Bar No. 43399
**ROBBINS GELLER RUDMAN
        & DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  (561) 750-3000
(561) 750-3364 (fax)
sdavidson@rgrdlaw.com
dantullis@rgrdlaw.com
nbrito@rgrdlaw.com

M. ANDERSON BERRY (*pro hac vice*)
GREGORY HAROUTUNIAN (*pro hac vice*)
**CLAYEO C. ARNOLD,
A PROFESSIONAL CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com

*Members, Plaintiffs' Executive Committee*

DAVID K. LIETZ (*pro hac vice*)
**MILBERG COLEMAN BRYSON
 PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878

Facsimile: (202) 686-2877
dlietz@milberg.com

RYAN D. MAXEY
**MAXEY LAW FIRM, P.A.**
107 North 11th Street, Suite 402
Tampa, FL 33602
ryan@maxeyfirm.com

TERRY R. COATES (*pro hac vice*)
DYLAN J. GOULD (*pro hac vice*
forthcoming)
**MARKOVITS, STOCK &
 DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: 513/651-3700
513/665-0219 (fax)
tcoates@msdlegal.com
dgould@msdlegal.com

LORI G. FELDMAN (*pro hac vice*)
**GEORGE GESTEN
 MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Phone: (917) 983-9321
Fax: (888) 421-4173
LFeldman@4-Justice.com
E-Service: eService@4-Justice.com

JOSEPH M. LYON (*pro hac vice*)
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
(513) 381-2333
jlyon@thelyonfirm.com

*Attorneys for Plaintiffs*