## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG-EGT |

### DEFENDANTS' NOTICE REGARDING DOCUMENTS SUBMITTED FOR *IN CAMERA* REVIEW

Pursuant to Chief Magistrate Judge Edwin G. Torres' Order, Defendants Bayview Asset Management LLC, Lakeview Loan Servicing LLC, Pingora Loan Servicing LLC, and Community Loan Servicing LLC (collectively, "Defendants") respectfully submit this Notice Regarding Documents Submitted for *In Camera* Review:

1. On November 22, 2024, Plaintiffs submitted a Motion for Hearing ("Motion"). In the Motion, Plaintiffs requested that the Court hold a hearing to address several discovery disputes, including a dispute concerning whether certain documents were privileged. *See* ECF No. 249, ¶¶ 14–19.

2. On December 19, 2024, the Court held a hearing and heard argument concerning the parties' discovery disputes, including the dispute over whether certain documents were privileged.

3. On January 6, 2025, Plaintiffs submitted a Request for *In Camera* Review of Certain documents, wherein Plaintiffs sought review of ten documents: BAYVIEW000289798; BAYVIEW000386552; BAYVIEW000386573; BAYVIEW000386598; BAYVIEW000386621; BAYVIEW000386648; BAYVIEW000390569; BAYVIEW000390595; BAYVIEW000393375; and BAYVIEW000393533. *See* ECF No. 256.

4. The documents in question were provided to the Court and Plaintiffs' counsel on December 20, 2024. The Court Ordered that production to Plaintiffs' counsel would not result in

a waiver of attorney-client privilege.  *See* Dec. 19, 2024 H'rg Tr. at 145:11-20.

5. On February 11, 2025, the Court entered an Order setting an *ex parte* hearing with Defendants for the following day.  *See* ECF No. 265.  The hearing was held on February 11, 2025, and Defendants were represented by Evan Mannering.

6. During the *ex parte* hearing, the Court requested a declaration setting forth the circumstances surrounding the preparation of the documents at issue.  In particular, the Court requested that the declaration state whether the information that was redacted was intended for, and communicated to, outside counsel for use in formulating responses to communications from the Multistate Mortgage Committee.

7. On February 25, 2025, the Court issued an Order stating that Defendants had not filed a notice within one week of the February 11, 2025 hearing and further stating that Plaintiffs' motion to compel would be granted if the instant notice was not filed by February 28, 2025.  ECF No. 267.  The undersigned did not understand that the Court had directed this filing within one week and apologizes for the misunderstanding.  There was delay in getting the declaration finalized and executed due to the availability of the declarant. The Order also directed that Defendants file a copy of the applicable privilege log.  As discussed during the February 11, 2025 hearing, there is no privilege log for the documents at issue because the parties agreed that redacted documents do not need to be included in a privilege log.

8. In accordance with the Court's Order during the February 11, 2025 hearing, attached hereto as Exhibit A is the Declaration of Judith Tribble.

Dated: February 26, 2025                                Respectfully Submitted,

                                                                                *s/ Julie Singer Brady*
                                                                                Julie Singer Brady

Florida Bar No. 389315
jsingerbrady@bakerlaw.com
Yameel L. Mercado Robles
Florida Bar No. 1003897
ymercadorobles@bakerlaw.com
Baker & Hostetler LLP
200 South Orange Avenue
Suite 2300
Orlando, FL 32801
Telephone: 407.649.4000
Facsimile: 407.841.0168

Paul Karlsgodt (*pro hac vice*)
PKarlsgodt@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California Street
Suite 4400
Denver, CO 80202
Telephone: 303.861.0600
Facsimile: 303.861.7805

Evan M. Mannering (*pro hac vice*)
emannering@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Ave, NW
Suite 1100
Washington, DC 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783

Joseph Givner
Florida Bar No. 850705
Primary Email: jgivner@givner.law
Secondary Email: paralegal@givner.law
GIVNER LAW GROUP, LLP
19790 W. Dixie Hwy
Suite 706
Miami, Florida 33180
Telephone: 305.933.9970

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 26, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the Florida E-Filing Portal, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Julie Singer Brady*
Julie Singer Brady