# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG-EGT |

**DECLARATION OF JUDITH TRIBBLE**

I, Judith Tribble, declare as follows:

1. I am an Executive Vice President and Chief Compliance Officer for Lakeview Loan Servicing, LLC. I have personal knowledge of the matters stated herein and, if called upon to do so, would testify competently thereto.

2. I am a licensed attorney in good standing with the Ohio State Bar Association.

3. In connection with an examination by the Multistate Mortgage Committee ("MMC"), I was tasked with coordinating Defendants' internal efforts to identify evidence and information to assist outside counsel in formulating Defendants' responses to the MMC's requests and communications.

4. My activities were directed by outside counsel from Baker Hostetler LLP, Mayer Brown LLP, and Orrick, Herrington & Sutcliffe LLP (formerly Buckley LLP).

5. It is my understanding that Plaintiffs have challenged Defendants' assertion of attorney-client privilege over information that was redacted from the documents bates labeled: BAYVIEW000289798; BAYVIEW000386552; BAYVIEW000386573; BAYVIEW000386598; BAYVIEW000386621; BAYVIEW000386648; BAYVIEW000390569; BAYVIEW000390595; BAYVIEW000393375; and BAYVIEW000393533 (the "Documents").

6. I have reviewed the Documents, including the redacted information. The redacted information consists of factual and/or technical information provided by Messrs. Norton, Wilkey,

or Lozano. That information was intended for, and was communicated to, outside counsel for use in providing legal advice concerning Defendants' responses to the MMC's preliminary findings.

    I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Dated: February 25, 2025

                                                                     _____
                                                                       Judith Tribble
                                                                  Lakeview Loan Servicing