# <u>EXHIBIT 2</u>

Partially Redacted
Filed Under Seal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Master File No. 1:22-cv-20955-GAYLES/TORRES

In re LAKEVIEW LOAN SERVICING DATA )   CLASS ACTION
BREACH LITIGATION                                     )
_____ )

### DECLARATION OF MARK ARTHUR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Mark Arthur, declare as follows:

1.      My name is Mark Arthur. I am a named plaintiff in this case and am submitting this declaration in support of the motion for class certification. I have personal knowledge of the facts in this declaration, and if called to do so, could and would testify as to these same facts.

2.      At all relevant times to this case, I resided in the State of Washington.

**Notification of the Data Breach**

3.      I understand that Defendant Pingora Loan Servicing, LLC ("Pingora") and Bayview Asset Management, LLC ("Bayview") obtained my private, personal information in connection with Pingora's servicing of a mortgage loan.

4.      On or about November 4, 2022, I received a data breach notification letter from Defendant Pingora informing me of a breach of my personal information. A copy of that letter (the "Data Breach Notice") is attached to this declaration as Exhibit A.

**Experience Following the Data Breach**

5.      After receiving my Data Breach Notice, I experienced wasted time.

Doc ID: dfb90aadf3368f5607aba882bfe42b6ff0a5b8f1

6.      As I testified at my deposition in this case, after the data breach, I started receiving significantly more targeted spam, including phone calls, text messages, and emails. *See* Ex. B (Excerpts from Deposition of Mark Arthur ("Arthur Dep.") at 47:16-22; 144:3-9).

7.      Since I was advised of the data breach, I have taken precautions to mitigate the risk of future identity theft and fraud, including regularly checking my credit and financial accounts for unauthorized activity. *See id.* at 131:9-11; 134:2-135:17; 183:8-13. I value my privacy and remain very concerned about identity theft and fraud.

8.      Were it not for the data breach, I would not have spent the time I dedicated to mitigating its results.

## My Personal Data Remains in Jeopardy

9.      The data breach has caused me to suffer fear, anxiety and stress. These feelings are compounded by the fact that, to the best of my knowledge, Defendants continue to store my information in their computer systems, where it remains vulnerable to future data breaches.

10.     One of the reasons I chose to file this case is because I am seeking the Court's intervention to ensure that Defendants adopt the cybersecurity measures that are required to protect my information in their possession.

## The Litigation and My Role in It

11.     At my request, and as I testified at my deposition, my counsel prepared several complaints against Defendant Pingora and others on my behalf, which I reviewed before they were filed with the Court. *See id.* at 85:2-5.

12.     I understand that this declaration is being submitted in support of a Motion for Class Certification that my counsel intends to file with the Court seeking an order from the Court

Doc ID: dfb90aadf3368f5607aba882bfe42b6ff0a5b8f1

certifying the case as a class action, appointing me as one of the Class and Washington Subclass representatives, and my counsel as Class Counsel.

13.     I am unaware of any conflicts I have with any other member of the proposed Class or Washington Subclass. Rather, I seek to represent the rights of both myself, and each and every member of the proposed Class and Washington Subclass whose information was taken in the data breach.

14.     I intend to vigorously pursue—and have pursued for nearly a year—my claims, as well as the claims of the proposed Class and Washington Subclass, against Defendants.

15.      I have already searched for and produced numerous documents in this litigation. *See id.* at 97:21-98:1; 139:25-140:6; 141:11-25; 342:2-9. I also worked with my counsel to respond to numerous interrogatories Defendants served on me. I am prepared to do whatever it takes to ensure this case is successful, including continuing to work with my attorneys, and, if necessary, appear to testify in person at trial.

16.     I have actively supervised the progress of this litigation and participated in its prosecution over the last several months. Among other things, I have:

      a.   discussed the factual and legal theories of the case with my lawyers;

      b.   reviewed the operative complaint and other case materials;

      c.   responded to discovery served by Defendants;

      d.   made myself available for deposition; and

      e.   stayed informed about all other material aspects of the litigation.

I have also reviewed relevant documents in this case, am familiar with the wrongdoing alleged and the relief sought, and will continue to stay current on the status of the case until its conclusion.

Doc ID: dfb90aadf3368f5607aba882bfe42b6ff0a5b8f1

17.     I believe that I will be an adequate representative of the Class and Washington Subclass if appointed as such by the Court. Besides the facts listed above, I am aware of my obligations to the proposed Class and Washington Subclass if I am chosen as a Class and/or Washington Subclass representative, and specifically, that I owe a duty to all members of the Class and Washington Subclass to make decisions in their best interest. I understand that I am not only representing myself in this case, but also all other members of the proposed Class and Washington Subclass who have been harmed by Defendants' actions (or inaction). I know that I have a continuing duty to cooperate with my counsel and counsel for Defendants. As I testified at my deposition, I seek to represent the Class and Washington Subclass because I believe that class members like me deserve compensation from the Defendants. *See id.* at 30:25-31:6.

I hereby declare under penalty of perjury that the statements set forth herein are, to the best of my knowledge, true and correct.

DATED: <u>January 17</u>, 2025

_____
                          Mark Arthur

4

# EXHIBIT A

PINGORA LOAN SERVICING, LLC

November 4, 2022


30 1 8669 ***********AUTO**ALL FOR AADC 980
MARK ARTHUR

Dear Mark Arthur,

Pingora Loan Servicing, LLC ("Pingora") understands the importance of protecting the information we maintain. We are writing to inform you of an incident that involved some of your information. This notice explains the incident, measures we have taken, and steps that you may consider taking.

Pingora currently or previously owned the servicing rights to a mortgage loan you have or had and used a third party to provide servicing of your loan. A security incident involving unauthorized access to Pingora file servers was identified in early December 2021. Steps were immediately taken to contain the incident, notify law enforcement, and a forensic investigation firm was engaged. The investigation determined that an unauthorized person obtained access to files on our file storage servers from October 27, 2021 to December 7, 2021. The accessed files were then reviewed by our investigation team to identify the content. On October 26, 2022, the review process generated a list of individuals, including you, whose name, address, loan number, and Social Security number were included in the files. For some, the accessed files may also have included information ███████ in connection with a loan application, loan modification, or other items regarding loan servicing. The additional loan related information in the files is not the same for all individuals.

We wanted to notify you of this incident and assure you that we take it seriously. We engaged Kroll, a third party with monitoring expertise, to provide identity monitoring services at no cost to you for one year. The identity monitoring services include Credit Monitoring, Fraud Consultation, and Identity Theft Restoration.

Visit **https://enroll.krollmonitoring.com** to activate and take advantage of your identity monitoring services.
*You have until February 15, 2023 to activate your identity monitoring services.*
Membership Number: ███████

For more information on your complimentary one-year membership, as well as additional steps you can take in response to the incident, please see the additional information provided in this letter and visit info.krollmonitoring.com.

We regret that this incident occurred and apologize for any inconvenience. Additional steps are being taken to further enhance our existing security measures. If you have questions about this notice, please call 1-855-541-3607 from 8:00 a.m. – 5:30 p.m. Central Time, Monday through Friday (excluding major US holidays).

Sincerely,

*RMBendalin*

Ron Bendalin, Chief Compliance Officer
Pingora Loan Servicing, LLC



Exhibit #

Arthur 11

10/04/24   SJP

ELN-15236-8866

Confidential

# EXHIBIT B

# PAGES FILED
# UNDER SEAL