# <u>EXHIBIT 19</u>

Partially Redacted

Filed Under Seal

# <u>PAGES FILED</u>

# <u>UNDER SEAL</u>

## <u>Appendix 1-List of Documents Considered</u>

<u>Documents Produced by Defendants</u>

BAYVIEW000000001

BAYVIEW000002006

BAYVIEW000002012

BAYVIEW000002036

BAYVIEW000002342

BAYVIEW000002544

BAYVIEW000002634

BAYVIEW000002676

BAYVIEW000006042

BAYVIEW000006189

BAYVIEW000006878

BAYVIEW000006895

BAYVIEW000007223

BAYVIEW000010400

BAYVIEW000020872

BAYVIEW000033873

BAYVIEW000038066

BAYVIEW000041203

BAYVIEW000041255

BAYVIEW000041256

BAYVIEW000044978

BAYVIEW000048952

BAYVIEW000087292

BAYVIEW000087294

BAYVIEW000088073

BAYVIEW000088125

BAYVIEW000088333

BAYVIEW000097479

BAYVIEW000100830

BAYVIEW000102609

BAYVIEW000114332

BAYVIEW000127506

BAYVIEW000150205

BAYVIEW000176795

BAYVIEW000258986

BAYVIEW000261305

BAYVIEW000268340

BAYVIEW000268680

BAYVIEW000269537

BAYVIEW000271724

BAYVIEW000272060

BAYVIEW000272072

BAYVIEW000272324

BAYVIEW000278323

BAYVIEW000280167

BAYVIEW000280595

BAYVIEW000280822

BAYVIEW000280966

BAYVIEW000280995

BAYVIEW000281035

BAYVIEW000282684

BAYVIEW000288678

BAYVIEW000289247

BAYVIEW000293978

BAYVIEW000303912

BAYVIEW000304041

BAYVIEW000324788

BAYVIEW000347318

BAYVIEW000371379

BAYVIEW000386107

BAYVIEW000391742

BAYVIEW000392439

BAYVIEW000393852

BAYVIEW000395411

BAYVIEW000397067

BAYVIEW000414758

<u>Deposition Transcripts</u>

Acuff, Preston, Deposition, April 2, 2024

Arroyo Maymi, Cristina, Deposition, June 29, 2023

Buitrago, Eddie, Deposition, August 29, 2024

Lozano, Eric Leonardo, Deposition, June 12, 2024

Morales, Mark, Deposition, June 18, 2024

Norton, Scott, Deposition, March 2, 2023

Portugal, Carlos, Deposition, June 28, 2023

Rosario, Brian, Deposition, April 3, 2024

Wilkey, Nathan, Deposition, April 24, 2024

Wilkey, Nathan, Deposition, March 2, 2023

<u>Interrogatory Responses</u>

Defendant Bayview Asset Management, LLC's Objections And Responses To Plaintiffs' First Set
    Of Interrogatories, January 17, 2023

<u>Legal Authorities</u>

16 CFR 314.4(c)(3)

<u>External References</u>

Borchert, O, Connelly, S, Mitchell, S and Rose, S (2020) *Zero Trust Architecture* (National
    Institute of Standards and Technology, Gaithersburg, MD) NIST Special Publication (SP)
    800-207. https://doi.org/10.6028/NIST.SP.800-207

Cichonski, P, Grance, T, Millar, T and Scarfone, K (2012) *Computer Security Incident Handling
    Guide* (National Institute of Standards and Technology, Gaithersburg, MD) NIST Special
    Publication (SP) 800-61 Revision 2.  https://doi.org/10.6028/NIST.SP.800-61r2

FreeFileSync, Frequently Asked Questions, https://freefilesync.org/faq.php.

ISO/IEC 27001:2013 – Information Technology – Security Techniques – Information Security Management Systems – Requirements, Appendix A, Table A.1 (ISO, 2013)

Kent, K and Souppaya, M (2006) *Guide to Computer Security Log Management* (National Institute of Standards and Technology, Gaithersburg, MD) NIST Special Publication (SP) 800-92 https://doi.org/10.6028/NIST.SP.800-92

Mandiant, https://www.mandiant.com/

The MITRE Corporation, *MITRE ATT&CK*, https://attack.mitre.org/

The MITRE Corporation, *MITRE D3FEND*, https://d3fend.mitre.org/

National Institute of Standards and Technology, Glossary, https://csrc.nist.gov/glossary

National Institute of Standards and Technology (2021) *Security and Privacy Controls for Information Systems and Organization,* Control Catalog Spreadsheet, NIST Special Publication (SP) 800-53, Revision 5, https://csrc.nist.gov/news/2021/control-catalog-and-baselines-as-spreadsheet

Scarfone, K, Sedgewick, A and Souppaya, M (2015) *Guide to Application Whitelisting* (National Institute of Standards and Technology, Gaithersburg, MD) NIST Special Publication (SP) 800-53, Revision 5, http://dx.doi.org/10.6028/NIST.SP.800-167

Scarfone, K, Sexton, M, and Souppaya, M (2007) *Guide to Storage Encryption Technologies for End User Devices* (National Institute of Standards and Technology, Gaithersburg, MD) NIST Special Publication (SP) 800-111.  https://doi.org/10.6028/NIST.SP.800-111
.

Vaas, Lisa (2021, June 29) *Cobalt Strike Usage Explodes Among Cybercrooks* Threatpost. https://threatpost.com/cobalt-strike-cybercrooks/167368/

**Appendix 2-Curriculum Vitae**

233 Analytics, LLC
112 Hadley Reserve Ct.
Nolensville, TN 37135
Cell Phone (727) 481-2833
chris@233analytics.com

# Christopher Thompson

| | |
|---|---|
| **Education** | **Vanderbilt University** Nashville, Tennessee  *Bachelor of Engineering May 2010* |
| | Major: Computer Engineering |
| | Minor: Engineering Management (School of Engineering) |
| | |
| **Publications** | **Journal Publications** |
| | Jules White, Chris Thompson, Hamilton Turner, Brian Dougherty, Douglas C. Schmidt, WreckWatch: Automatic Traffic Accident Detection and Notification with Smartphones, Springer Journal of Mobile Applications and Networks |
| | |
| | Jules White, Sibohan Clarke, Brian Dougherty, Chris Thompson, Douglas C. Schmidt, R&D Challenges and Solutions for Mobile Cyber-Physical Applications and Supporting Internet Services, Springer Journal of Internet Services and Applications |
| | |
| | Jules White, Brian Dougherty, Chris Thompson, Douglas C. Schmidt, "ScatterD: Spatial Deployment Optimization with Hybrid Heuristic / Evolutionary Algorithms," ACM Transactions on Autonomous and Adaptive Systems Special Issue on Spatial Computing. |

**Conference Publications**

Chris Thompson, Hamilton Turner, Jules White, and Douglas C. Schmidt, Analyzing Mobile Application Software Power Consumption via Model-Driven Engineering, Proceedings of the 1st International Conference on Pervasive and Embedded Computing and Communication Systems, Algarve, Portugal, March 5-7, 2011. **Received Best Student Paper Award**

Chris Thompson, Jules White, and Douglas C. Schmidt, Analyzing Mobile Application Software Power Consumption via Model-Driven Engineering, ACM/IEEE 13th International Conference on Model Driven Engineering Languages and Systems, October 3-8, 2010 Oslo, Norway

Chris Thompson, Jules White, Brian Dougherty and Douglas C. Schmidt, Using Smartphones to Detect Car Accidents and Provide Situational Awareness to Emergency Responders, MobilWare 2010, June 28 – July 2, 2010, Chicago, IL USA. **Best Paper Recipient**

Brian Dougherty, Jules White, Jaiganesh Balasubramanian, Chris Thompson, and Douglas C. Schmidt, Deployment Automation with BLITZ, 31st International Conference on Software Engineering, May 16-24, 2009 Vancouver, Canada.

Brian Dougherty, Jules White, Chris Thompson, and Douglas C. Schmidt, Automating Hardware and Software Evolution Analysis, 16th Annual IEEE International Conference and Workshop on the Engineering of Computer Based Systems (ECBS), April 13-16, 2009 San Francisco, CA USA.

**Workshop Publications**

Chris Thompson, Jules White, Brian Dougherty, and Douglas C. Schmidt, Optimizing Mobile Application Performance with Model-Driven Engineering, The Seventh Annual IFIP Workshop on Software Technologies for Future Embedded and Ubiquitous Systems, November 16-18, 2009 Newport Beach, California

**Book Chapters**

Hamilton Turner, Jules White, Chris Thompson, Krzysztof Zienkiewicz, Scott Campbell, Douglas C. Schmidt, Building Mobile Sensor Networks Using Smartphones and Web Services:

Thompson 2

Ramifications and Development Challenges, *Handbook of Research on Mobility and Computing: Evolving Technologies and Ubiquitous Impacts*, edited by Maria Manuela Cruz-Cunha and Fernando Moreira, IGI Global, Hershey, PA, USA 2009 (Accepted Proposal)

**Patents**        **Issued**
8,907,772: *System and method for automatic unsafe driving determination and notification*
9,578,445: *Systems and methods to synchronize data to a mobile device based on a device usage context*
9,363,670: *Systems and methods for restricting access to network resources via in-location access point protocol*
9,578,445*: Systems and methods to synchronize data to a mobile device based on a device usage context*
9,773,107*: Systems and methods for enforcing security in mobile computing*

**Pending**
US20230385862A1: *System and method for targeting digital content at product terminals using reference data*
US20230316309A1: *System and method for targeting digital content at product terminals using reference data*
US20230316310A1: *System and method for targeting digital content at product terminals using reference data*

**Testimony**      March 2025, submitted an expert report and provided testimony on behalf of Sun Pharmaceuticals in in *In the Matter of Certain Photodynamic Therapy Systems, Components Thereof, And Pharmaceutical Products Used In Combination With The Same*,
U.S. International Trade Commission, Investigation No. 337-TA1411

February 2025, submitted an affidavit and provided testimony in court on behalf of ZOLL Data Systems, Inc. in ZOLL Data Systems, Inc v. Wave HDC, LLC and Experian Health, Inc
District of Colorado, Case No. 1:24-cv-00584-DDD-KASA

January 2025, submitted a declaration and provided testimony in support of claim construction on behalf of Rule 14 in Rule 14 v. UiPath in Rule 14 v UiPath
Eastern District of Texas; Case No. 2:23-cv-627

January 2025, submitted expert reports and provided testimony on behalf of Csupo et. al, in Csupo et. al. v. Google LLC Superior Court of the State of California, County of Santa Clara; Case No. 19CV352557 and on behalf of Taylor et. al, in Taylor et. al. v. Google LLC Northern District of California; Case No. 5:20-CV-07956-VK

September 2024, provided testimony in court on behalf of IBM in International Business Machines v. Zynga, Inc
District of Delaware; Case No. 1:22-cv-00590

May 2024, provided testimony on behalf of IBM in International Business Machines v. Rakuten, Inc. et al.
District of Delaware; Case No. 1:21-cv-00461-LPS

March 2024, submitted an expert report/provided testimony on behalf of IBM in International Business Machines v. Zynga, Inc
District of Delaware; Case No. 1:22-cv-00590

March 2024, submitted an expert report/provided testimony on behalf of Ravgen Inc. in Ravgen Inc. v. Ariosa Diagnostics Roche Sequencing Solutions, Inc., Roche Molecular Systems, Inc., and Foundation Medicine, Inc
District of Delaware; Case No. 20-cv-1646-RGA-JLH

Thompson 3

January 2024, provided testimony in court on behalf of Ravgen Inc. in Ravgen Inc. v. Natera, Inc.
Western District of Texas; Case No. 6:20-cv-451

September 2023, submitted an expert report/provided testimony on behalf of Ravgen Inc. in
Ravgen Inc. v. Natera, Inc.
Western District of Texas; Case No. 6:20-cv-451

June 2023, submitted an expert report/provided testimony on behalf of Guardant Health in
Guardant Health in Twinstrand Biosciences Inc., & University of Washington v. Guardant
Health
District of Delaware; Case No 1:21-cv-01126-LPS

April 2022, submitted declarations and provided testimony in court on behalf of Brown et. al. in
Brown et. al. v. Google, LLC et. al
Northern District of California; Case No. 20-CV-03664-LHK

September 2021, submitted an expert report/provided testimony on behalf of Ravgen Inc. in
Ravgen Inc. v. Natera, Inc.
Western District of Texas; Case No. 6:20-cv-451

**Technology Consulting and Experience (ongoing)**

**NewsBreak Media Networks** Nashville, Tennessee
*Chief Technology Officer* January 2015 – Present
- Responsible for ground-up architecture of marketing automation tools for brick and mortar, convenience retail
- Designed and built critical software components and infrastructure for video distribution to remote and distributed player software
- Tasked with defining and implementing the product roadmap and technology vision

**Firebolt Group** Wixom, MI
*Chief Technology Officer* July 2022 – April 2024
- Responsible for overseeing new technology initiatives and software development
- Engaged to provide leadership and structure for early-stage CV and analytics technology acquisition
- Onboarded and grew multinational development and operations team

**JMG Marketing**
*Technology Strategy Consultant and Developer* March 2021 - Present
- Provided development resources for print and business process automation

**Vanderbilt University**
*Technology Strategy Consultant and Developer* January 2018 – Present
- Research IT consulting and software development for research-related projects.

**Vanderbilt University Medical Center**
*Technology Strategy Consultant and Developer* January 2019 – Present
- Research IT consulting and software development for research-related projects. Entity separated from Vanderbilt University.

**University of Kentucky**
*Technology Strategy Consultant and Developer* August 2020 – Present
- Research IT consulting and software development for research-related projects.

**233 Analytics, LLC**

Thompson 4

*Consultant* April 2010 - Present
- Provided development resources for custom enterprise applications and mobile applications along with consulting expert services for software patent litigation.

**Technology Consulting and Experience (historical)**

**Macy's Department Stores**
*Third-party software developer* June 2013 – August 2022
- Software development services for back-office automation of loss prevention division.

**Braze, Inc**
*Third-party software developer* May 2019 – December 2021
- Developed a mobile application to support developer and user events demonstrating the Braze user-engagement platform.

**Savantis Solutions**
*Technology Strategy Consultant* September 2019 – December 2019
- Provided technology and software development process guidance for custom product development pertaining to point of sale and e-commerce systems

**TalentWell, LLC**
*Technology Strategy Consultant* January 2018 – December 2019
- Provided CTO and technology strategy services for the professional development space.

**Nationwide Studios** Nashville, Tennessee
*Chief Product Officer* December 2017 – November 2018
- Responsible for overseeing development and architecture of photography capture and commerce products
- Designed and implemented data analytics platform to leverage historical customer data to increase product efficacy
- Managed migration of legacy back office systems to modern architectures to increase efficiency and agility

**WellPath**
*Third-party software developer* January 2017 – August 2019
- Provided mobile app development and data analytics services for the prison healthcare space.

**Nationwide Studios, Inc**
*Chief Product Officer* June 2017 – November 2018
- Responsible for overseeing development and architecture of photography capture and commerce products
- Designed and implemented data analytics platform to leverage historical customer data to increase product efficacy
- Managed migration of legacy back office systems to modern architectures to increase efficiency and agility

**OptioLabs, LLC** Nashville, Tennessee
*Senior Software Development Consultant* March 2012 – December 2015
- Worked on numerous projects including a secure Android middleware layer, command and control systems for remote devices, custom data analytics packages and other business services
- Architected and managed cloud computing resources including EC2 instances and infrastructure
- Automated deployment and testing frameworks

**Cyber Physical Systems, Inc.** Nashville, Tennessee

Thompson 5

*Founder & CEO* May 2010 – May 2013
- Raised over $2.1m in venture funding for consumer electronic startup
- Architected and implemented command and control server for distributed network of devices
- Managed product development cycle to bring concept to physical product
- Featured in Engadget, TechCrunch, VentureBeat, FoxNews.com among others

**Institute for Software Integrated Systems** Vanderbilt University, Nashville, Tennessee
*Undergraduate Research Assistant* Summer 2009
- Constructed 4 mobile applications based on the Android platform
- Conducted research on mobile performance analysis and power-consumption optimization
- Presented findings and projects to upper-level administrators within the School of Engineering and Vanderbilt University.

**Litigation
Consulting
(ongoing)**

Consultant to Berman et al. in Berman et al. v. Forbes
>    Northern District of California, Case No. 3:24-cv-09287
>    February 2025 – Present
>    Case pertains to internet privacy and tracking

Consultant to International Business Machines in Algebraix LLC. v. International Business
>    Machines Corporation
>    Eastern District of Texas, Case No. 2:24-cv-00999
>    February 2025 - Present
>    Case pertains to advertising and database technology

Consultant to Inuit, Inc. in Vieri v. Intuit, Inc,.
>    Eastern District of Texas, Case No. 2:24-cv-00774
>    January 2025 – Present
>    Case pertains to marketing automation

Consultant to ZOLL Data Systems, Inc. in ZOLL Data Systems, Inc v. Wave HDC, LLC and
>    Experian Health, Inc
>    District of Colorado, Case No. 1:24-cv-00584-DDD-KASA
>    November 2024 – Present
>    Case pertains to trade software secrets

Consultant to Coupa in Coupa Software Inc. et al v. Optilogic, Inc. et al
>    District of Delaware, Case No. 1:24-cv-01275
>    February 2025 - Present
>    Case pertains to supply chain trade secrets

Consultant to Sonos, Inc. in Sonos, Inc. v. Linkplay Technology Inc., et al.,
>    District of Delaware C.A. No. 24-131-JNR
>    October 2024 – Present
>    Case pertains to network connectivity and discovery

Consultant to Sun Pharmaceuticals Inc, in *In the Matter of Certain Photodynamic Therapy*
>    *Systems, Components Thereof, And Pharmaceutical Products Used In Combination With*
>    *The Same*,
>    U.S. International Trade Commission, Investigation No. 337-TA1411
>    October 2024 – Present
>    Case pertains to photodynamic therapy technology

Consultant to Alicea et. al. in Alicea et. al. v Geisinger Health and Nuance Communications, Inc.
>    Middle District of Pennsylvania, Case No. 4:24-cv-01243-MWB

October 2024 – Present
Case pertains to a data breach

Consultant to Roche Molecular Systems, Inc. in Roche Molecular Systems, Inc. et al. v. Foresight
Diagnostics Inc. et al.,
Northern District of California; Case Nos. 5:24-cv-03972-EKL and 5:34-cv-06117-EKL
October 2024 – Present
Case pertains to biological testing trade secrets

Consultant to Asato et. al. in *In re Independent Living Systems Data Breach Litigation*
Southern District of Florida, Case No. 1:23-cv-21060-Williams
October 2024 – Present
Case pertains to a data breach

Consultant to Gill et. al. in *In re: Data Breach Security Litigation Against Caesars Entertainment,
Inc.*
District of Nevada, Case No. 2:23-cv-01447-ART-BNW
October 2024 – Present
Case pertains to a data breach

Consultant to Sheffler et. al. in Sheffler v. Americold Realty Trust,
Norther District of Georgia, Case No. 1:21-cv-01075
October 2024 – Present
Case pertains to a data breach

Consultant to Sonos Inc in Sonos, Inc. v. Linkplay Technology Inc., et al.
District of Delaware; Case No. 24-131-JNR
October 2024 – Present
Case pertains to smart home and IoT technology

Consultant to Cengage Learning, Inc. et al. in Cengage Learning, Inc. et al. v. Google LLC
Southern District of New York; Case No. 1:24-cv-04274-JLR-BCM
September 2024 – Present
Case pertains to DMCA violations

Consultant to Jennifer Cabezas et. al. in Cabezas v Mr. Cooper Group Ing. And Nationstar
Mortgage Llc D/B/A Mr. Cooper
Norther District of Texas; Case No. 3:23-cv-02453-N
September 2024 – Present
Case pertains to a data breach

Consultant to Shopify Inc. in Lower48 IP LLC v. Shopify Inc.
Western District of Texas; Case No. 6:22-cv-00997-DAE
September 2024 – Present
Case pertains to database access technology

Consultant to Korein Tillery in matter pertaining to tax software privacy
July 2024 - Present

Consultant to Delta Air Lines in confidential contracts matter
July 2024 – Present

Consultant to Arthur et. al. in *In re Lakeview Loan Servicing Data Breach Litigation*
Southern District of Florida, Case No. 1:22-CV-20955-DPG
May 2024 – Present
Case pertains to a data breach

Consultant to IBM in Carvana v. IBM
Southern District of New York; Case No. 7:23-cv-08616 (KMK) (VR)
April 2024 – Present
Case pertains to web technology.

Consultant to Lenovo (United States) Inc. in Lenovo (United States) Inc. v. ASUSTeK Computer, Inc. et al.
Northern District of California; Case No. 5:23-cv-05892
March 2024 – Present
Case pertains to touchpad technology.

Consultant to Dropbox, Inc, in Datanet , LLC v. Dropbox, Inc.
Western District of Texas; Case No. 6:22-cv-001142-DTG
March 2024 – Present
Case pertains to data transfer and synchronization technology.

Consultant to The State of Texas in The State of Texas v. Google, LLC
Texas State, Victoria County, 377th District Court; Case 22-01-88230-D
March 2024 – Present
Case pertains the location tracking.

Consultant to Rule 14 in Rule 14 v. UiPath in Rule 14 v UiPath
Eastern District of Texas; Case No. 2:23-cv-627
March 2024 – Present
Case pertains to AI and automation

Consultant to Malikie Innovations Limited in confidential matter pertaining to wireless standards
March 2024 - Present

Consultant to IBM in Pardalis Tech. v. IBM
Eastern District of Texas; Case 2:22-cv-00452-JRG-RSP
February 2024 – Present
Case pertains to blockchain technology

Consultant to X Corp. in VidStream LLC v. Twitter Inc.
Northern District of Texas; Case 3:16-CV-0764-N
January 2024 – Present
Case pertains to web technology and video capture.

Consultant to X Corp. in B.E. Tech LLC v. Twitter Inc.
District of Delaware; Case 20-CV-621
January 2024 – Present
Case pertains to digital advertising.

Consultant to Multimedia Technologies Pte Ltd. in Multimedia Technologies Pte Ltd. v. Vizio, Inc
Eastern District of Texas; Case 2:23-CV-00124-JRG-RSP
October 2023 – Present
Case pertains to television user interfaces.

Consultant to Multimedia Technologies Pte Ltd. in Multimedia Technologies Pte Ltd. v. LG Electronics, Inc
Eastern District of Texas; Case 2:22-CV-00494-JRG-RSP
October 2023 – Present

Case pertains to television user interfaces.

Consultant to OBM, Inc. in OBM, Inc. v. Lancium
    Southern District of Texas; Case 4:23-cv-1798
    September 2023 – Present
    Case pertains to industrial power management technology.

Consultant to Ravgen Inc. in Ravgen Inc. v. Ariosa Diagnostics Roche Sequencing Solutions, Inc.,
    Roche Molecular Systems, Inc., and Foundation Medicine, Inc
    District of Delaware; Case No. 20-cv-1646-RGA-JLH
    July 2023 – Present
    Case pertains to noninvasive prenatal testing.

Consultant to Motorola Solutions Inc in STA Group LLC v. Motorola Solutions, Inc.
    Eastern District of Texas; Case 2:22-CV-00381
    July 2023 – Present
    Case pertains to radio and communication technology.

Consultant to Motorola Mobility LLC in SEVEN Networks, LLC v Motorola Mobility LLC
    Northern District of Texas; Case 3:21-cv-1036
    March 2023 – Present
    Case pertains to power management in mobile devices.

Consultant to Genius Media Group, Inc in In re Google Digital Publisher Antitrust Litigation
    Northern District of California; Case 20-08984
    Southern District of New York; Case 21-03010
    January 2023 – Present
    Case pertains to anticompetitive behavior and advertising technology.

Consultant to VL Collective IP, LLC in Starz Entertainment, LLC v. VL Collective IP, LLC, et al.
    District of Delaware; Case 21-cv-01448-JLH
    December 2022 – Present
    Case pertains to adaptive bitrate streaming technologies.

Consultant to Guardant Health in Twinstrand Biosciences Inc., & University of Washington v.
    Guardant Health
    District of Delaware; Case No 1:21-cv-01126-LPS
    November 2022 – Present
    Case pertains to genomic analysis.

Consultant to Apple in AliveCor v. Apple
    Northern District of California; Case No 4:21-cv-03958
    July 2022 – Present
    Case pertains to heart rate monitoring via wearable technology.

Consultant to Disney in matter involving streaming technologies.
    June 2022 – Present

Consultant to Reichman Jorgensen Lehman & Feldberg LLP in matter pertaining storage
    technologies
    August 2022 - Present

Consultant to Polaris PowerLED Technologies, LLC in Polaris PowerLED Technologies, LLC v.
    Dell Technologies, Inc., Dell Inc., and Microsoft Corporation
    Western District of Texas, Cas No. 6:22-cv-00254
    June 2022 – Present

Case pertained to automatic display brightness control.

Consultant to Hewlett Packard Enterprise Company in Intellectual Ventures I LLC and Intellectual
    Ventures II LLC v. Hewlett Packard Enterprise Company
    Western District of Texas; Case Nos. 6:21-cv-226-ADA, 6:21-cv-596-ADA, and 6:21-cv-
    1298-ADA
    May 2022 – Present
    Case pertains to distributed storage technologies.

Consultant to Motorola Mobility LLC in Sonrai Memory Technologies v. Motorola Mobility LLC
    ITC; Case No. 337-TA-1280
    December 2021 – Present
    Case pertains to battery optimization strategies.


Consultant to TrackThings LLC in TrackThings LLC v. Netgear, Inc.
    District of Delaware; Case No. 1:22-cv-00981
    August 2021 – Present
    Case pertains to mesh networking technology.

Consultant to Ravgen Inc. in Ravgen Inc. v. Natera, Inc.
    Western District of Texas; Case No. 6:20-cv-451
    June 2021 – Present
    Case pertains to genetic analysis.

Consultant to IBM in Chewy, Inc. v. International Business Machines Corporation,
    Southern District of New York; Case No. 1:21-cv-01319-JSR
    April 2021 – Present
    Case pertains to web technologies.

Consultant to Carr et. al. in Carr et. al. v. Google LLC
    Northern District of California; Case No. 5:20-cv-05761
    March 2021 – Present
    Case pertains to anticompetitive behavior in the mobile application market.

Consultant to Csupo et. al. in Csupo et. al. v. Google LLC
    Superior Court of the State of California, County of Santa Clara; Case No. 19-cv-352557,
    March 2021 – Present
    Case pertains to conversion of cellular data.

Consultant to Taylor et. al. in Taylor et. al. v. Google LLC
    Northern District of California; Case No. 5:20-CV-07956-VK
    Case pertains to conversion of cellular data.

Consultant to Rodriguez, et. Al.  in Rodriguez et. al. v. Google LLC
    Northern District of California; Case No. 3:20-cv-04688-RS
    September 2020 – Present
    Case pertains to undisclosed tracking of user behavior.

Consultant to Brown, et. Al.  in Brown et. al. v. Google LLC
    Northern District of California; Case No. 5:20-cv-03664-LHK
    August 2020 – Present
    Case pertains to undisclosed tracking of user behavior.

Consultant to Droplets Inc in Droplets, Inc. v. Yahoo! Inc.
    Northern District of California; Case No. 12-cv-3733

July 2020 – Present
Matter pertains to internet and web design technologies.

Consultant to IBM in IBM v. Zillow
    Western District of Washington, Case No. 2-20-cv-01130
    January 2020 – Present
    Case pertains to web technologies.

Consultant to IBM in IBM v. Zillow
    Western District of Washington, Case No. 2-20-cv-00851
    January 2020 – Present
    Case pertains to web technologies.

Consultant to MLB Advanced Media in Sport Vision v. MLB Advanced Media LP
    Southern District of New York, Case No. 1:18-cv-03025
    November 2018 – Present
    Case pertains to baseball data and video analysis.

**Litigation**
**Consulting**
**(historical)**

Consultant to IBM in International Business Machines v. Zynga, Inc
    District of Delaware; Case No. 1:22-cv-00590
    January 2022 – January 2025
    Case pertains to web technology.

Consultant to TrackThings LLC in TrackThings LLC v. Amazon Inc.
    Western District of Texas; Case No. 6:21-cv-00720
    August 2021 – October 2024
    Case pertains to mesh networking technology.

Consultant to IBM in International Business Machines Corporation v. Rakuten, Inc. et al.
    District of Delaware; Case No. 1:21-cv-00461-LPS
    April 2021 – June 2024
    Case pertains to web technologies.

Consultant to ViaSat in prelitigation matter pertaining to CDN technologies.
    December 2023 – January 2024

Consultant to Avia Games in Skillz Platform, Inc v. Avia Games, Inc
    Northern District of California; Case No. 5:21-cv-02436
    October 2021 – December 2023
    Case pertains to mobile gaming platforms.

Consultant to Broadcom in confidential matter pertaining to streaming technologies.
    June 2023

Consultant to Vector Flow, Inc in HID Global Corporation v. Vector Flow, Inc.
    District of Delaware, Case 1:21-cv-01769
    April 2023 – January 2024

Consultant to OnPoint Systems, LLC in OnPoint Systems, LLC v. Protect Animals With Satellites LLC
    Eastern District of Texas; Case No. 20-657-ALM
    October 2021 – January 2024
    Case pertains to GIS and pet tracking solutions.

Consultant to Polaris PowerLED Technologies, LLC in Polaris PowerLED Technologies, LLC v.

Thompson 11

Nintendo Co., Ltd. and Nintendo of America, Inc.
Western District of Washington, Case No. 2:22cv-00386 (W.D. Wash.)
June 2022 – December 2024
Case pertained to automatic display brightness control.

Consultant to Grant and Eisenhofer PA in regulatory matter
May 2022 – August 2022

Consultant to SpaceTime 3D in SpaceTime 3D v. LG Electronics
Eastern District of Texas; Case No 2:22-cv-00049-RWS
November 2022 – April 2023
Base pertains to brightness control in digital displays.

Consultant to Honeywell International Inc in Honeywell International Inc. v. Zebra Technologies
Corporation
Western District of Texas; Case No. 6:21-CV-01008
February 2022 – July 2022
Case pertains to barcode scanning technology.

Consultant to Apple Inc, in KOSS Corporation v. Apple, Inc.
Western District of Texas; Case No. 6:20-cv-00665
September 2021 – November 2022
Case pertains to digital audio and wireless headphone technology.

Consultant to T-Mobile USA, Inc in AGIS Software Development, LLC v. T-Mobile USA, Inc.
Eastern District of Texas; Case No. 2:21-cv-00072
September 2021 – November 2021
Case pertains to digital audio and wireless headphone technology.

Consultant to Lyft, Inc in AGIS Software Development, LLC v. Lyft, Inc.
Eastern District of Texas; Case No. 2:21-cv-00024
September 2021 – November 2021
Case pertains to GIS and location tracking.

Consultant to Uber Technologies, Inc in AGIS Software Development, LLC v. Uber
Technologies, Inc.
Eastern District of Texas; Case No. 2:21-cv-00026
September 2021 – November 2021
Case pertains to GIS and location tracking.

Consultant to the State of Arizona in State of Arizona v. Google, LLC
Maricopa Superior Court; Case No. CV2020-006219
June 2021 – October 2022
Case pertains to mobile device location tracking.

Consultant to Dropbox, Inc in Dropbox. Inc v. Motion Offense, LLC
Western District of Texas; Case No. 6:20-cv-00251-ADA
June 2021 – May 2023
Case pertains to file synchronization.

Consultant to Dropbox, Inc in Justservice.net LLC v. Dropbox. Inc
Western District of Texas; Case No. 6:20-cv-00070-ADA
June 2021 – June 2022
Case pertains to file synchronization.

Thompson 12

Consultant to NetApp in Proven Networks v. NetApp
　　Western District of Texas; Case No. 6:20-cv-00369
　　May 2021 – October 2022
　　 Case pertains to distributed storage technologies.

Consultant to G Holdings in G Holdings v. Samsung
　　Eastern District of Texas; Case No. 2:20-cv-00342
　　May 2021 – August 2021
　　Case pertains to mobile payment technologies.

Consultant to KinectUs LLC in KinectUs LLC v. Bumble Trading LLC
　　Western District of Texas; Case No. 6:20-CV-00942
　　April 2021 – January 2022
　　Case pertains to social networking technologies.

Consultant to Gigamon in Gigamon, Inc. v. Apcon, Inc.
　　Eastern District of Texas; Case No. 2:19-cv-00300
　　December 2019 – April 2021
　　Matter pertains to packet broker technologies
　　Case pertains to network monitoring technologies.

Consultant to IBM in IBM v. Airbnb Inc.
　　District of Delaware; Case No. 20-351-LPS
　　August 2020 – December 2020
　　Matter pertains to internet and web design technologies

Consultant to Droplets Inc in Droplets, Inc. v. Nordstrom Inc.
　　Northern District of California; Case No. 12-cv-04049
　　July 2020 – April 2022
　　Matter pertains to internet and web design technologies

Consultant to Polaris PowerLED Technologies in Polaris PowerLED Technologies v. LG
Electronics, Inc
　　Central District of California; Case No. 8:20-cv-00125-JVS-DFM
　　July 2020 – December 2022
　　Matter pertains to automatic brightness control in digital displays.

Consultant to Spacetime 3D, Inc in Spacetime 3D, Inc v Samsung Electronics America, Inc.
　　Eastern District of Texas; Case No. 2:19-cv-00372-JRG
　　June 2020 – March 2021
　　Matter pertains to human computer interaction technologies

Consultant to Sound View Innovations in Sound View Innovations v Delta Airlines, Inc
　　District of Delaware; Case No. 1:19-cv-00659-CFC-CJB
　　December 2019 – October 2020
　　Matter pertains to data processing at scale

Consultant to Sound View Innovations in Sound View Innovations v Cigna Corporation
　　District of Delaware; Case No. 1:19-cv-00964-CFC-CJB
　　December 2019 – October 2020
　　Matter pertains to data processing at scale

Consultant to Sound View Innovations in Sound View Innovations v CBS Interactive, Inc
　　District of Delaware; Case No. 1:19-cv-00146-CFC-CJB
　　December 2019 – June 2020
　　Matter pertains to data processing at scale and streaming media

Consultant to MV3 Partners in MV3 Partners LLC v. Roku, Inc.
  Western District of Texas; Case No. 6:18-cv-00308
  August 2019 – October 2020
  Matter pertains to streaming media technologies

Consultant to Apple, Inc in IXI Mobile v. Apple, Inc.
  Southern District of New York; Case No. 4:15-cv-03755
  June 2019 – January 2020
  Matter pertains to mobile application design

Consultant to Polaris PowerLED Technologies in Polaris PowerLED Technologies LLC v Vizio, Inc
  Central District of California; Case No. 8:18-cv-01571
  June 2019 – Present
  Matter pertains to automatic brightness control in digital displays

Consultant to Apple Inc in VoIP-Pal v. Apple
  Northern District of California, Case No. 5:18-cv-06216
  March 2019 – October 2020
  Matter pertains to digital telephony

Consultant to Kroy IP Holdings, LLC in Kroy IP Holdings, LLC v. Groupon, Inc.
  District of Delaware, Case No. 1 : 17-cv-01405
  February 2019 – June 2020
  Matter pertains to digital couponing

Consultant to Deluxe Corp in confidential matter pertaining to ACH and payment processing
  December 2018 – March 2019

Consultant to C3 IoT in Blattman et al. v. Siebel et al.
  District of Delaware, Case No. 1:15-cv-00530
  October 2018 – February 2020
  Non-patent contract dispute

Consultant to Polaris PowerLED Technologies in Polaris PowerLED Technologies, LLC v. Samsung Electronics America, Inc.
  Eastern District of Texas, Case No. 2:17-cv-00715
  April 2018 – June 2019
  Matter pertains to automatic brightness control in digital displays

Consultant to Apple Inc. in AGIS Software Development LLC v. Apple Inc.
  Eastern District of Texas, Case No. 2:17-cv-00516
  March 2018 – January 2019
  Matter pertains to geospatial software and mobile applications

Consultant to IBM in IBM v Expedia, INC
  District of Delaware, Case No. 1:17-cv-01875-UNA
  December 2017 – September 2019
  Matter pertains to internet and web design technologies

Consultant to Velocity Patent LLC vs FCA US LLC
  Northern District of Illinois, Case No. 1:13-cv-08419
  May 2017 – June 2019
  Matter pertains to automotive control software

Thompson 14

Consultant to Apple Inc. in Nokia Technologies Oy & Alcatel-Lucent USA Inv. v. Apple Inc.
Eastern District of Texas, Case Nos. 2:16-cv-1440 and 2:16-cv-1441
March 2017 – October 2017
Matter pertains to baseband processing and LTE technologies

Consultant to Koninklijke Philips N.V. in Koninklijke Philips N.V. v. Acer, ASUSTeK, Double
Power Tech, HTC Corp, Southern Telecom, Visual Land and YiFang USA
US District Court for the District of Delaware, Case Nos. 15-1170-GMS, 15-1125-GMS,
15-1130-GMS, 15-1126-GMS, 15-1128-GMS, 15-1127-GMS, 15-1131-GMS
January 2017 – October 2020
Matter pertains to touch screen interfaces and gesture detection

Consultant to IBM in IBM v. Groupon
US District Court for the District of Delaware, Case No. 1:16-cv-00122
December 2016 – December 2018
Matter pertains to web technologies

Consultant to IBM in confidential contractual matter
July 2016 – July 2019
Matter pertained to terms of software development/implementation contract and outcomes
of project.

Consultant to IBM in IBM v. Priceline Group
US District Court for the District of Delaware, Case No. 1:15-cv-00137
July 2016 – January 2018
Matter pertains to internet and web design technologies

Consultant to Oracle Inc. in Oracle v. Google
Northern District of California, Case No. 3:10-cv-03561-WHA
December 2015 – June 2019
Non-patent copyright matter

Consultant to Apple Inc. in Core Wireless v. Apple Inc.
Eastern District of Texas, Case No. 6:14-cv-00752-JRG-JDL
May 2015 – December 2016
Matter pertains to mobile applications and cloud technologies

Consultant to Apple Inc. in Ericsson v. Apple Inc.
Eastern District of Texas, Case No. 2:15-cv-00017-JRG-RSP
May 2015 – April 2016
Case pertained to cellular communications protocols and standards

Consultant to Apple Inc. in Ericsson v. Apple Inc.
International Trade Commission, ITC Investigation 337-TA-953
May 2015 – April 2016
Case pertained to cellular communications protocols and standards

Consultant to Apple Inc. in Ericsson v. Apple Inc.
Northern District of California, Case No. 15-CV-00154-JD
May 2015 – April 2016
Case pertained to cellular communications protocols and standards

Consultant to Apple Inc. in Dragon Intellectual Property v. Apple Inc.
Delaware District Court, Case No. 1:13-cv-02058
March 2015 – June 2015
Case pertained to media playback and recording

Consultant to Apple Inc. in Cellular Communications Equipment v. Apple Inc.
Eastern District of Texas, Case No. 6:14-cv-00031
July 2014 – June 2015
Case pertained to low level baseband processing and cellular communication

Consultant to Apple Inc. in Unwired Planet v. Apple Inc.
Northern District of California, Case No. 13-cv-04134-VC
November 2014 – January 2015
Case pertained to cloud computing technologies.

Consultant, Confidential Matter pertaining to mobile operating systems
October 2014 – June 2015

Consultant, Confidential Matter pertaining to networking technologies and streaming media
August 2014 – December 2014

Consultant to InfoSpan Inc. in InfoSpan v. Emirates NBD Bank PJSC
Central District of California, Case No. 8:2014-cv-01679
October 2013 – July 2015
Case pertained to trade secrets involving mobile banking technologies

Consultant to TLI Communications in TLI Communications v. Snapchat
District of Delaware, Case No. 1:13-cv-01931
December 2014 – August 2015
Case pertained to web technologies.

Consultant to TLI Communications in TLI Communications v. Imgur
District of Delaware, Case No. 1:13-cv-01926
December 2014 – August 2015
Case pertained to web technologies.

Consultant to TLI Communications in TLI Communications v. Shutterfly
Eastern District of Virginia, Case No. 1:14-cv-00788
December 2014 – August 2015
Case pertained to web technologies.

Consultant to TLI Communications in TLI Communications v. Dropbox
Eastern District of Virginia, Case No. 1:2014cv00781
December 2014 – August 2015
Case pertained to web technologies.

Consultant to Apple Inc. in Intertrust Technologies Corp. v. Apple
Inc., Northern District of California, Case No. 4:13-cv-1235
October 2013 – April 2014
Case pertained to distribution of mobile content, such as music and apps.

Consultant to Apple Inc. in PersonalWeb et. al. v Apple
Eastern District of Texas, Case No. 6:12-cv-00660
July 2013 – March 2014
Case pertained to cloud computing technologies.

Consultant to Apple Inc. in EPL Holdings v. Apple
Northern District of California, Case No. 5:12-cv-04306-HRL
July 2013 – December 2014
Case pertained to audio processing technologies.

Consultant to Apple Inc. in FlatWorld Interactives LLC v. Apple
  Northern District of California, Case No. 3:12-cv-01956
  April 2013 – December 2014
  Case pertained to multitouch input processing.

Consultant to Collarity Inc. in Collarity v. Google
  Delaware District Court, Case No. 1:11-cv-01103-MPT
  November 2012 – February 2013
  Case pertained to web search technologies.

Consultant to Apple Inc. in Apple v. Samsung
  Northern District of California, Case No. 5:12-cv-00630-LHK
  August 2012 – March 2014
  Case pertained to mobile operating systems and mobile user interfaces

Consultant to Apple Inc. in Apple v. Motorola Mobility. Inc.
  Southern District of Florida, Case No. 1:12-cv-20271
  April 2012 – June 2014
  Case pertained to mobile operating systems and mobile user interfaces

Consultant to Apple Inc. in Apple v. Samsung
  Northern District of California, Case No. 5:11-cv-01846-LHK
  August 2011 – February 2012
  Case pertained to mobile operating systems and mobile user interfaces

Consultant to General Growth Properties in NorthMobile Tech v. General Growth Properties
  Western District of Wisconsin, Case No. 3:11-cv-00291
  May 2011 – September 2011
  Case pertained to mobile distribution of advertisements.

Consultant, Confidential Matter, May 2011 – May 2011 pertaining to mobile operating systems.

Consultant to Apple Inc. in Apple v. HTC
  Delaware District Court, Court No. 1:10-cv-00166-RK
  May 2010– May 2011
  Case pertained to mobile operating systems and mobile user interfaces

Consultant to Apple Inc. in Apple v. HTC
  International Trade Commission, ITC Investigation 337-TA-710
  May 2010 – May 2011
  Case pertained to mobile operating systems and mobile user interfaces