# EXHIBIT 32

Filed Under Seal