UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Master File No. 1:22-cv-20955-DPG

| | |
|---|---|
| In re LAKEVIEW LOAN SERVICING DATA BREACH LITIGATION ) ) ) | <u>CLASS ACTION</u> |

**JOINT NOTICE OF SETTLEMENT**

Plaintiffs, individually and on behalf of all others similarly situated, and Defendants Bayview Asset Management, LLC, Lakeview Loan Servicing, LLC, Pingora Loan Servicing, LLC, and Community Loan Servicing, LLC (collectively, "Defendants" and with Plaintiffs, the "Parties"), through their respective undersigned counsel, notify the Court that the Parties have reached an agreement in principle to settle this litigation, subject to preliminary and final approval of the Settlement under Rule 23(e) of the Federal Rules of Civil Procedure, and dismissal of the action with prejudice by the Court. The Settlement will be memorialized in a comprehensive written Stipulation of Class Action Settlement ("Settlement Agreement") and related documents, which the Parties will file with the Court as part of a motion for preliminary approval within 45 days.

Based on the foregoing, the Parties respectfully request that all current deadlines set forth in the Order on Joint Motion to Modify Scheduling Order (ECF 379) and all deadlines associated with pending motions (ECF 394-395) be stayed pending the filing of the proposed Settlement Agreement.

4924-8121-4585

Master File No. 1:22-cv-20955-DPG

DATED:  November 13, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON
Florida Bar No. 0084824
DOROTHY P. ANTULLIS
Florida Bar No. 890421
NICOLLE B. BRITO
Florida Bar No. 43399


            *s/ Stuart A. Davidson*
                STUART A. DAVIDSON

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
dantullis@rgrdlaw.com
nbrito@rgrdlaw.com

COLSON HICKS EIDSON
JULIE BRAMAN KANE
Florida Bar No. 980277
*Plaintiffs' Liaison Counsel*
806 South Douglas Road, Suite 1200
Coral Gables, Florida  33134
Telephone: 305/476-7400
305/476-7444 (fax)
julie@colson.com

MORGAN & MORGAN COMPLEX
  LITIGATION GROUP
JOHN A. YANCHUNIS (FBN 324681)
RYAN McGEE (FBN 64957)
RONALD PODOLNY (*pro hac vice*)*Chair,
Plaintiffs' Executive Committee*
201 North Franklin Street, 7th Floor
Tampa, FL  33602
Telephone: 813/223-5505
jyanchunis@ForThePeople.com

Master File No. 1:22-cv-20955-DPG

GIRARD SHARP LLP
ADAM E. POLK (*pro hac vice*)
JORDAN ELIAS (*pro hac vice*)
SIMON GRILLE (*pro hac vice*)
MIKAELA M. BOCK (*pro hac vice*)
601 California Street, Suite 1400
San Francisco, CA  94108
Telephone:  415/981-4800
415/981-4846 (fax)
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
mbock@girardsharp.com

MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC
GARY KLINGER (*pro hac vice*)
221 West Monroe Street, Suite 2100
Chicago, IL  60606
Telephone:  866/252-0878
gklinger@milberg.com

MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC
DAVID K. LIETZ (*pro hac vice*)
5335 Wisconsin Avenuenue NW
Suite 440
Washington, D.C.  20015-2052
Telephone:  866/252-0878
202/686-2877 (fax)
dlietz@milberg.com

THE LYON FIRM, LLC
JOSEPH M. LYON (*pro hac vice*)
2754 Erie Avenuenue
Cincinnati, OH  45208
Telephone:  513/381-2333
jlyon@thelyonfirm.com

4924-8121-4585

Master File No. 1:22-cv-20955-DPG

EMERY REDDY PC
M. ANDERSON BERRY (*pro hac vice*)
GREGORY HAROUTUNIAN (*pro hac vice*)
600 Stewart Street, Suite 1100
Seattle, WA  98101-1269
Telephone:  916/823-6955
anderson@emeryreddy.com
gregory@emeryreddy.com

MARKOVITS, STOCK & DEMARCO, LLC
TERENCE R. COATES (*pro hac vice*)
DYLAN J. GOULD (*pro hac vice*)
119 E. Court Street, Suite 530
Cincinnati, OH  45202
Telephone:  513/651-3700
513/665-0219 (fax)
tcoates@msdlegal.com
dgould@msdlegal.com

*Members of Plaintiffs' Executive Committee*

DATED:  November 13, 2025

BAKER & HOSTETLER LLP
JULIE SINGER BRADY
Florida Bar No. 389315

*/s/ Julie Singer Brady*
Julie Singer Brady

200 South Orange Avenue, Suite 2300
Orlando, FL  32801
Telephone:  407/649-4000
407/841-0168 (fax)
jsingerbrady@bakerlaw.com

BAKER & HOSTETLER LLP
PAUL KARLSGODT (*pro hac vice*)
1801 California Street, Suite 4400
Denver, CO  80202
Telephone: 303/861-0600
303/861-7805 (fax)
pkarlsgodt@bakerlaw.com

- 4 -

- 5 -

Master File No. 1:22-cv-20955-DPG

BAKER & HOSTETLER LLP
EVAN M. MANNERING (*pro hac vice*)
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC  20036
Telephone: 202/861-1500
202/861-1783 (fax)
emannering@bakerlaw.com

GIVNER LAW GROUP, LLP
JOSEPH GIVNER
Florida Bar No. 850705
19790 W. Dixie Hwy, Suite 706
Miami, Florida 33180
Telephone:  305/933-9970
jgivner@givner.law

*Attorneys for Defendants*

4924-8121-4585