UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re Lakeview Loan Servicing Data Breach Litigation | Case No. 1:22-cv-20955-DPG |

UNOPPOSED MOTION FOR LEAVE TO
ENLARGE PAGE LIMITS FOR MOTION FOR PRELIMINARY APPROVAL

Plaintiffs respectfully move for leave to enlarge the page limits set forth in Local Rule 7.1(c)(2) to allow Plaintiffs to file a maximum of thirty (30) pages in their Motion for Preliminary Approval. Defendants do not oppose this request.

This consolidated class action matter arises from an alleged data breach involving four separate Defendant entities. The breached data potentially includes the highly sensitive personally identifiable information of 5.8 million consumers. The parties have reached a settlement subject to the approval of this Court. Given the volume of issues to be addressed in relation to the settlement of a class action pursuant to Rule 23, Plaintiffs have determined that additional pages are necessary. Therefore, Plaintiffs respectfully request thirty (30) pages for the Motion. Defendants do not oppose this request.

WHEREFORE, Plaintiffs respectfully request this Court enter an Order allowing Plaintiffs to file up to thirty (30) pages for their Motion for Preliminary Approval.

CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3)(A), the undersigned certifies that she conferred with counsel for Defendants regarding the relief sought in this motion, and counsel for the Defendants, Evan Mannering, advised that Defendants do not oppose entry of an Order granting the relief

sought herein.

| | |
|---|---|
| Dated: January 27, 2026 | */s/Julie Braman Kane*<br>Julie Braman Kane<br>Florida Bar No. 980277<br>**COLSON HICKS EIDSON**<br>255 Alhambra Circle – Penthouse<br>Coral Gables, Florida 33134<br>Telephone: (305) 476-7400<br>Facsimile: (305) 476-7444<br>julie@colson.com<br>*Plaintiffs' Liaison Counsel*<br><br>JOHN A. YANCHUNIS<br>**MORGAN & MORGAN COMPLEX LITIGATION GROUP**<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>(813) 223-5505<br>jyanchunis@ForThePeople.com<br>*Chair, Plaintiffs' Executive Committee*<br><br>ADAM E. POLK (*pro hac vice*)<br>SIMON GRILLE (*pro hac vice*)<br>KRISTEN PALUMBO (*pro hac vice*)<br>MIKAELA BOCK (*pro hac vice*)<br>**GIRARD SHARP LLP**<br>601 California St, Ste 1400<br>San Francisco, CA  94108<br>Telephone: (415) 981-4800<br>apolk@girardsharp.com<br>sgrille@girardsharp.com<br>kpalumbo@girardsharp.com<br>mbock@girardsharp.com<br><br><br>GARY M. KLINGER (*pro hac vice*)<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>227 Monroe Street, Suite 2100<br>Chicago, IL 60606<br>866.252.0878<br>gklinger@milberg.com<br><br>STUART A. DAVIDSON<br>Florida Bar No. 0084824<br>DOROTHY P. ANTULLIS<br>Florida Bar No. 890421<br>NICOLLE B. BRITO<br>Florida Bar No. 43399<br>**ROBBINS GELLER RUDMAN** |

**& DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  (561) 750-3000
(561) 750-3364 (fax)
sdavidson@rgrdlaw.com
dantullis@rgrdlaw.com
nbrito@rgrdlaw.com

M. ANDERSON BERRY (*pro hac vice*)
GREGORY HAROUTUNIAN (*pro hac vice*)
**EMERSON REDDY PC**
600 Stewart Street, Suite 1100
Seattle, WA  98101-1269
Telephone: (916) 823-6955
aberry@emeryreddy.com
gharoutunian@emeryreddy.com
*Members, Plaintiffs' Executive Committee*

DAVID K. LIETZ (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

RYAN D. MAXEY
**MAXEY LAW FIRM, P.A.**
107 North 11th Street, Suite 402
Tampa, FL 33602
ryan@maxeyfirm.com

TERRY R. COATES (*pro hac vice*)
DYLAN J. GOULD (*pro hac vice* forthcoming)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: 513/651-3700
513/665-0219 (fax)
tcoates@msdlegal.com
dgould@msdlegal.com

LORI G. FELDMAN (*pro hac vice*)
**GEORGE GESTEN MCDONALD, PLLC**
102 Half Moon Bay Drive

    Croton-on-Hudson, New York 10520
    Phone: (917) 983-9321
    Fax: (888) 421-4173
    LFeldman@4-Justice.com
    E-Service: eService@4-Justice.com

    JOSEPH M. LYON (*pro hac vice*)
    **THE LYON FIRM, LLC**
    2754 Erie Avenue
    Cincinnati, OH 45208
    (513) 381-2333
    jlyon@thelyonfirm.com

    *Attorneys for Plaintiffs*