

FILED BY_____D.C.

MAY 1 5 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

5/11/2026

To whom it may concern,

Regarding the settlement class action; In re Lakeview Loan Servicing Data Breach Litig., No. 1:22-cv-20955-GAYLES/TORRES (S.D. Fla.).

Regarding this case, I am objecting to the ⅓ of the settlement amount attorney fee because I feel that it is an exorbitant amount considering the high number of class action members that were harmed by the data breach. Because there is not a set percentage or "usual and customary" attorney fee with any class action, I feel like the fee charged should be lower to benefit the affected members. Lakeview Lending is the largest mortgage servicer in the United States of America and currently services over 2.6M customers according to AI. If there are that many class members, each person would receive around $7, while the attorney fee collected would be around $7.8M.

Since the data breach, my personal information has been exposed on the dark web, and I have received hundreds, if not thousands of spam calls, all while being registered on the Do Not Call List.

The few bucks I would receive from the settlement do not cover the continual harassment that I have been subjected to in the past and likely in the future.

Additionally, there are fees in the settlement that are not clearly disclosed either in terms of the amounts or whether they are charged after the attorney split. Will they be paid out of the original $26M settlement or after the attorney fees come out?

This objection applies to the entire settlement class.  Here is a screenshot from the settlement website https://lakeviewdatabreachsettlement.com/faq.

17. How will Class Counsel be paid?                                          ∨

Class Counsel will file a Fee Application for an award of attorneys' fees of up to one-third of the Settlement Fund, in addition to expenses, to be paid from the Settlement Fund.
Class Counsel's Fee Application will be available in the Important Documents section of this Settlement Website after it is filed with the Court.

I am currently representing myself in this legal matter. I am willing to hire legal counsel to represent me if need be.

Additionally, I have not objected to any previous class action lawsuits.

As much as I would prefer to attend it in person, I will only appear at the Final Fairness Hearing if it's possible that I can attend it virtually. I live in Washington State and have a disabled adult child who requires specific accommodations that make it difficult to travel. Otherwise, I will not be able to attend in person.

Sincerely,

5/11/24

Leon Lavigne
311 80th Dr SE, Lake Stevens WA, 98258
310.927.2162

CERTIFIED MAIL

Lavigne
311 80th Dr SE
Lake Stevens, WA
98258



FCM LETTER
LAKE STEVENS, WA
MAY 11, 2026

UNITED STATES
POSTAL SERVICE®

33128

RDC 99

**$6.08**

S2324K504524-11

9589 0710 5270 3798 5863 95

US District Court Southern District of FL
400 N Miami Ave
Attn: Clerks Office
Miami, FL
33128

```
FILED BY_____D.C.

MAY 15 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

33128-771899

```
FILED BY_____D.C.

MAY 15 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Retail

U.S. POSTAGE PAID