# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Master File No. 1:22-cv-20955-GAYLES/TORRES

| | |
|---|---|
| In re LAKEVIEW LOAN SERVICING DATA BREACH LITIGATION | CLASS ACTION<br><br>**DECLARATION OF ANDREA DUDINSKY OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT**<br><br>Date: July 2, 2026<br>Time: 10:00 a.m. ET<br>Dept: Courtroom 11-1<br><br>The Hon. Darrin P. Gayles |

I, Andrea Dudinsky, declare as follows:

**INTRODUCTION**

1.        I am a Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working with me and/or under my general supervision. This declaration is being filed in connection with final approval of the Settlement.

2.        Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, privacy, securities fraud, labor and employment,

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

consumer, and government enforcement matters. Kroll has provided notification and/or claims administration services in more than 3,000 cases.

## BACKGROUND

3. Kroll was appointed as the Settlement Administrator to provide notification and claims administration services in connection with the Stipulation of Class Action Settlement (the "Settlement Agreement") entered into in this Litigation. Kroll's duties in connection with the Settlement have and will include: (a) preparing and sending notices in connection with the Class Action Fairness Act; (b) receiving and analyzing the Settlement Class Member Information from Defendants' Counsel; (c) creating a Settlement Website with online claim-filing capabilities; (d) establishing a toll-free telephone number; (e) establishing a post office box for the receipt of mail; (f) preparing and sending the Short Form Notice and detachable Claim Form via first-class mail; (g) designing and implementing a targeted social media campaign; (h) receiving and processing mail from the United States Postal Service ("USPS") with forwarding addresses; (i) receiving and processing undeliverable mail, without a forwarding address, from the USPS; (j) receiving and processing Claim Forms; (k) receiving and processing opt-out requests and objections; and (l) such other tasks as counsel for the Parties or the Court request Kroll to perform.

## NOTICE PROGRAM

### The CAFA Mailing

4. As noted above, on behalf of the Defendants, Kroll provided notice of the proposed Settlement pursuant to the Class Action Fairness Act, 28 U.S.C. §1715(b). At the direction of the Defendants' Counsel, on February 5, 2026, Kroll sent the CAFA Notice identifying the documents required, a true and correct copy of which is attached hereto as **Exhibit A**, via first-class certified mail, to (a) the Attorney General of the United States, (b) the fifty-three (53) state and territorial Attorneys General identified in the service list for the CAFA Notice, attached hereto as **Exhibit B** and (c) via email to the three (3) state Attorneys General as noted on **Exhibit B**. The CAFA Notice directed the Attorneys General to the website www.CAFANotice.com, a site that contains all the documents relating to the Settlement referenced in the CAFA Notice.

**Data and Case Setup**

5.      On January 21, 2026, Kroll established a toll-free telephone number, (833) 754-5757, for Settlement Class Members to call and obtain additional information regarding the Settlement through an Interactive Voice Response ("IVR") system and by being connected to a live operator. As of May 26, 2026, the IVR system has received 9,123 calls, and 7,299 callers have been connected to live operators.

6.      On January 30, 2026, Kroll designated a post office box with the mailing address *Lakeview Data Breach Settlement,* c/o Kroll Settlement Administration LLC, P.O. Box 5324, New York, NY 10150-5324, in order to receive requests for exclusion, objections, Claim Forms, and correspondence from Settlement Class Members.

7.      On February 5, 2026, Kroll received eight (8) data files from the Defendants. The files contained 5,856,693 records with names, physical mailing addresses, a client identifier, and a decedent designation for Settlement Class Members. Kroll undertook several steps to review the list for the mailing of Short Form Notices. At request of the Parties, Kroll removed the information of 34,980 Settlement Class Members who were noted as deceased, as well as 213 records for individuals who were not part of the data breach, but whose deceased spouse was part of the data breach. After those records were removed, Kroll analyzed the remaining data and removed 46,812 duplicate records. This led to a final count of 5,774,688 unique Settlement Class Members. Additionally, in an effort to ensure that Short Form Notices would be deliverable to Settlement Class Members, Kroll ran the list through the USPS's National Change of Address ("NCOA") database and updated the list with address changes received from the NCOA.

8.      On February 9, 2026, Kroll created a dedicated Settlement Website entitled www.lakeviewdatabreachsettlement.com. The Settlement Website "went live" on March 23, 2026, and contains a summary of the Settlement, important dates and deadlines, contact information for the Settlement Administrator, answers to frequently asked questions, downloadable copies of relevant documents, including the Settlement Agreement, Preliminary Approval Order, Long

Form Notice, and Claim Form, and allowed Settlement Class Members an opportunity to file a Claim Form online.

**The Notice Program**

9.      On March 23, 2026, Kroll caused the mailing of 5,774,688 Short Form Notices via first-class mail. A true and correct copy the Short Form Notice, along with the Long Form Notice and Claim Form, are attached hereto as **Exhibits C, D, and E,** respectively.

10.      A targeted social media campaign was implemented by Kroll Notice Media Solutions, a business unit of Kroll, to supplement direct notice. The media campaign commenced on March 30, 2026, and was substantially completed by April 28, 2026. Social media impressions were served on Facebook and Instagram, targeting adults aged 18 years or older who have expressed an interest in or liked Pages related to mortgage loans.  The social media campaign delivered a total of 6,152,455 impressions. Attached hereto as **Exhibit F** are true and correct copies of the social media ads.

**NOTICE PROGRAM REACH**

11.      As of May 21, 2026, 30,571 Short Form Notices were returned by the USPS with a forwarding address. Of those, 30,499 Short Form Notices were automatically re-mailed to the updated addresses provided by USPS. The remaining seventy-two (72) Short Form Notices were re-mailed by Kroll to the updated address provided by the USPS.

12.      As of May 22, 2026, 315,256 Short Form Notices were returned by the USPS as undeliverable as addressed, without a forwarding address. Kroll ran 315,256 undeliverable records through an advanced address search.[2] The advanced address search produced 258,617 updated addresses. Kroll has re-mailed Short Form Notices to the 258,617 updated addresses obtained from the advanced address search.

13.      Based on the foregoing, following all Short Form Notice re-mailings, Kroll has reason to believe that Short Form Notices likely reached 5,718,049 of the 5,774,688 Settlement

---

[2] Under paragraph 11.1(f) of the Settlement Agreement, if any additional Short Forms Notices is returned as undeliverable at least 14 days before June 11, 2026, Kroll will skip-trace and remail.

Class Members, which equates to a reach rate of the direct mail notice of approximately 99.02%. This reach rate is consistent with other court-approved, best-practicable notice programs and Federal Judicial Center Guidelines, which state that a notice plan that reaches[3] over 70% of targeted class members is considered a high percentage and the "norm" of a notice campaign.[4] The table below provides an overview of dissemination results for the direct Notice Plan.

| Direct Notice Plan Dissemination & Reach | | |
|---|---|---|
| Description | Volume of Class Members | Percentage of Class Members |
| Settlement Class Members | 5,774,688 | 100.0% |
| Initial Short Form Notice Mailing | | |
| (+) Short Form Notices Mailed (Initial Campaign) | 5,774,688 | 100.0% |
| (-) Total Short Form Notices returned as undeliverable | (315,256) | 5.45% |
| Supplemental Short Form Notice Mailing | | |
| (+) Total Unique Short Form Notices Re-mailed | 258,617 | 4.47% |
| Direct Notice Program Reach | | |
| (=) Likely Received Direct Notice | 5,718,049 | 99.02% |

## CLAIM ACTIVITY

14.    The Claims Deadline is June 22, 2026.

15.    As of May 26, 2026, Kroll has received 234,787 Claim Forms through the mail and 319,880 Claim Forms filed electronically through the Settlement Website, for a total of 554,667 Claims received. This represents a 9.6% claims rate. Kroll is still in the process of receiving, reviewing and validating Claim Forms.

16.    To prevent Claim Forms from being filed by individuals outside the Settlement Class and to curtail fraud, Settlement Class Members were provided a unique "Class Member ID"

---

[3] FED. JUD. CTR., *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010), *available at* https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf. The guide suggests that the minimum threshold for adequate notice is 70%.

[4] Barbara Rothstein and Thomas Willging, Federal Judicial Center Managing Class Action Litigation:  A Pocket Guide for Judges, at 27 (3d ed. 2010).

on their respective Short Form Notices as part of the claims process. The Class Member ID is required for Settlement Class Members to file a Claim Form online.

## EXCLUSIONS AND OBJECTIONS

17.     The Opt-Out Date and Objection Date is June 11, 2026.

18.     Kroll has received 57 timely requests for exclusion and three (3) objections to the Settlement. A list of the exclusions is attached hereto as **Exhibit G**.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on May 26, 2026, in Kansas City, Missouri.

_____
ANDREA DUDINSKY

# Exhibit A



VIA U.S. MAIL

Date:   2/5/2026

To:     All "Appropriate" Federal and State Officials Per 28 U.S.C. § 1715
        (*see attached service list*)

Re:     CAFA Notice for the proposed Settlement in *In re Lakeview Loan Servicing Data
        Breach Litigation*, Case number 1:22-cv-20955, pending in the United States
        District Court, Southern District of Florida, Miami Division.

        Pursuant to Section 3 of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C.
§ 1715, Defendants Bayview Asset Management, LLC, Lakeview Loan Servicing, LLC, Pingora
Loan Servicing, LLC, and Community Loan Servicing, LLC ("Defendants") hereby notify you of
the proposed settlement of the above-captioned action (the "Action"), currently pending in the
United States District Court, Southern District of Florida, Miami Division (the "Court").

        Eight items must be provided to you in connection with any proposed class action
settlement pursuant to 28 U.S.C. § 1715(b). Each of these items is addressed below, and all exhibits
are available for download at www.CAFANotice.com under the folder entitled *In re Lakeview
Loan Servicing Data Breach Litigation*:

1.      28 U.S.C. § 1715(b)(l) – a copy of the complaint and any materials filed with the
        complaint and any amended complaints.

        The Consolidated Class Action Complaint and Amended Consolidated Class
        Action Complaint are available as **Exhibits A** and **A1**.

2.      28 U.S.C. § 1715(b)(2) – notice of any scheduled judicial hearing in the class
        action.

        On January 28, 2026, Plaintiffs filed a motion for preliminary approval of the class
        action settlement and on January 30, 2026, Plaintiffs filed a corrected motion for
        preliminary approval of the class action settlement. The date of the preliminary
        approval hearing has not yet been set. The Court has not yet scheduled the Final
        Fairness Hearing for this matter. The proposed Preliminary Approval Order is
        available as **Exhibit B**.

3.      28 U.S.C. § 1715(b)(3) – any proposed or final notification to class members.

        Copies of the proposed Short Form Notice, Long Form Notice and Claim Form will
        be provided to Class Members and will be available on the Settlement Website

created for the administration of this matter. These are available as **Exhibits C**, **D**, and **E**, respectively. The Notices describe, among other things, the Claim submission process and the Class Members' rights to object or exclude themselves from the Class.

4.   28 U.S.C. § 1715(b)(4) – any proposed or final class action settlement.

The Settlement Agreement is available as **Exhibit F**.

5.   28 U.S.C. § 1715(b)(5) – any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.

There are no other settlements or other agreements between Class Counsel and counsel for Defendants beyond what is set forth in the Settlement Agreement.

6.   28 U.S.C. § 1715(b)(6) – any final judgment or notice of dismissal.

The Court has not yet entered a final judgment or notice of dismissal. Accordingly, no such document is presently available.

7.   28 U.S.C. § 1715(b)(7) – (A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of the information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.

The definition of the Class in the proposed Settlement Agreement is "[a]ll Persons residing in the United States who were sent notice from any Defendant that their personally identifiable information ("PII") was potentially accessed during the Incident."

An estimated breakdown by state for known Class Members is available as **Exhibit G**.

8.   28 U.S.C. § 1715(b)(8) – any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6).

There has been no written judicial opinion. Accordingly, no such document is presently available.

If you have any questions about this notice, the Action, or the materials available for download at www.CAFANotice.com under the folder entitled *In re Lakeview Loan Servicing Data Breach Litigation,* please contact the undersigned below.

Respectfully submitted,

Gio Santiago
Senior Manager
gio.santiago@kroll.com

# Exhibit B

## CAFA NOTICE SERVICE LIST

**U.S. Attorney General**
Pamela Bondi
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

**Alabama Attorney General**
Steve Marshall
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130

**Alaska Attorney General**
Treg Taylor
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

**American Samoa Attorney General**
Fainu'ulelei Falefatu Ala'ilima-Utu
Executive Office Building, Utulei
3rd FL, PO Box 7
Utulei, AS 96799

**Arizona Attorney General**
Kris Mayes
2005 N Central Ave
Phoenix, AZ 85004

**Arkansas Attorney General**
Tim Griffin
323 Center St., Suite 200
Little Rock, AR 72201

**California Attorney General**
CAFA Coordinator
Office of the Attorney General
Consumer Protection Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

**Colorado Attorney General**
Phil Weiser
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

**Connecticut Attorney General**
William Tong
165 Capitol Avenue
Hartford, CT 06106
*AG.CAFA@CT.GOV

*Preferred

**Delaware Attorney General**
Kathy Jennings
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

**District of Columbia Attorney General**
Brian Schwalb
400 6th Street NW
Washington, D.C. 20001

**Florida Attorney General**
James Uthmeier
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399

**Georgia Attorney General**
Chris Carr
40 Capitol Square, SW
Atlanta, GA 30334

**Guam Attorney General**
Douglas Moylan
Office of the Attorney General ITC Building
590 S. Marine Corps Dr, Ste 706
Tamuning, Guam 96913

**Hawaii Attorney General**
Anne E. Lopez
425 Queen St.
Honolulu, HI 96813

**Idaho Attorney General**
Raúl Labrador
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720

**Illinois Attorney General**
Kwame Raoul
James R. Thompson Ctr.
100 W. Randolph St.
Chicago, IL 60601

**Indiana Attorney General**
Todd Rokita
Indiana Government Center South
302 West Washington St., 5th Fl.
Indianapolis, IN 46204

**Iowa Attorney General**
Brenna Bird
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

**Kansas Attorney General**
Kris Kobach
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612

**Kentucky Attorney General**
Russell Coleman
700 Capital Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

**Louisiana Attorney General**
Liz Murrill
1885 North Third St
Baton Rouge, LA 70802

**Maine Attorney General**
Aaron Frey
State House Station 6
Augusta, ME 04333

**Maryland Attorney General**
Anthony G. Brown
200 St. Paul Place
Baltimore, MD 21202

**Massachusetts Attorney General**
Office of Massachusetts Attorney General
Andrea Joy Campbell
ATTN: CAFA Coordinator/General
Counsel's Office

One Ashburton Place
Boston, MA 02108

**Michigan Attorney General**
Dana Nessel
P.O. Box 30212
525 W. Ottawa St.
Lansing, MI 48909

**Minnesota Attorney General**
Keith Ellison
445 Minnesota St, Suite 600
St. Paul, MN 55101

**Mississippi Attorney General**
Lynn Fitch
Department of Justice, P.O. Box 220
Jackson, MS 39205

**Missouri Attorney General**
Andrew Bailey
Supreme Ct. Bldg., 207 W. High St.
P.O. Box 899
Jefferson City, MO 65101

**Montana Attorney General**
Austin Knudsen
Office of the Attorney General, Justice Bldg.
215 N. Sanders St., Third Floor
P.O. Box 201401
Helena, MT 59620

**Nebraska Attorney General**
Mike Hilgers
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509

**Nevada Attorney General**
Aaron D. Ford
CAFA Coordinator
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 N. Carson Street
Carson City, NV 89701
* NVAGCAFAnotices@ag.nv.gov

* Preferred

**New Hampshire Attorney General**
John Formella
33 Capitol Street
Concord, NH 03301

**New Jersey Attorney General**
Matthew J. Platkin
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor
P.O. Box 080
Trenton, NJ 08625

**New Mexico Attorney General**
Raul Torrez
P.O. Drawer 1508
Santa Fe, NM 87504-1508

**New York Attorney General**
Letitia A. James
CAFA Coordinator
Office of the New York State Attorney
General
28 Liberty Street, 15th Floor
New York NY 10005
* CAFA.Notices@ag.ny.gov

* Preferred

**North Carolina Attorney General**
Jeff Jackson
Dept. of Justice, P.O. Box 629
Raleigh, NC 27602-0629

**North Dakota Attorney General**
Drew Wrigley
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505

**Northern Mariana Islands Attorney
General**
Edward E. Manibusan
Administration Building
P.O. Box 10007
Saipan, MP 96950

**Ohio Attorney General**
Dave Yost
State Office Tower
30 E. Broad St., 14th Floor
Columbus, OH 43215

**Oklahoma Attorney General**
Gentner Drummond
313 NE 21st Street
Oklahoma City, OK 73105

**Oregon Attorney General**
Dan Rayfield
Oregon Department of Justice
1162 Court St., NE
Salem, OR 97301

**Pennsylvania Attorney General**
Dave Sunday
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Puerto Rico Attorney General**
Janet Parra-Mercado
P.O. Box 9020192
San Juan, PR 00902

**Rhode Island Attorney General**
Peter F. Neronha
150 S. Main St.
Providence, RI 02903

**South Carolina Attorney General**
Alan Wilson
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, SC 29211

**South Dakota Attorney General**
Marty Jackley
1302 East Highway 14, Suite 1
Pierre, SD 57501

**Tennessee Attorney General**
Jonathan Skrmetti
PO Box 20207
Nashville, TN 37202

Page 7 of 7

**Texas Attorney General**
Ken Paxton
Capitol Station
P.O. Box 12548
Austin, TX 78711

**U.S. Virgin Islands Attorney General**
Gordon C. Rhea
3438 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, Virgin Islands 00802

**Utah Attorney General**
Derek Brown
State Capitol, Rm. 236
Salt Lake City, UT 84114-0810

**Vermont Attorney General**
Charity R. Clark
109 State St.
Montpelier, VT 05609

**Virginia Attorney General**
Jason Miyares
202 North Ninth Street
Richmond, VA 23219

**Washington Attorney General**
Nick Brown
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504

**West Virginia Attorney General**
John McCuskey
State Capitol Complex, Bldg. 1, Rm. E-26
1900 Kanawha Blvd. E
Charleston, WV 25305

**Wisconsin Attorney General**
Josh Kaul
Wisconsin Department of Justice State
Capitol, Room 114 East
P.O. Box 7857
Madison, WI 53707

**Wyoming Attorney General**
Ryan Schelhaas
State Capitol Bldg.
200 W. 24th Street
109 State Capitol
Cheyenne, WY 82002

# Exhibit C

Lakeview Data Breach Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

Case 1:22-cv-20955-DPG   Document 414-2   Entered on FLSD Docket 05/28/2026   Page 17 of 47

FIRST-CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

ELECTRONIC SERVICE REQUESTED

**COURT-APPROVED
LEGAL NOTICE**



This is an important notice
about a class action lawsuit.

<<Refnum Barcode>>

CLASS MEMBER ID: <<Refnum>>

Postal Service: Please do not mark barcode

<<FirstName>> <<LastName>>
<<Address1>>
<<Address2>>
<<City>>, <<State>> <<Zip>>-<<zip4>>
<<Country>>



United States District Court, Southern District of Florida
*In re LAKEVIEW LOAN SERVICING DATA BREACH LITIGATION*
Case No. 1:22-cv-20955-GAYLES

## Class Action Settlement Notice

*Authorized by the U.S. District Court*
*for the Southern District of Florida*



**Your information may have been exposed in an alleged data breach at loan servicing companies.**

**There is a $26,000,000 cash settlement of a lawsuit.**

**You may be entitled to money.**

**To be part of this settlement, you must respond by June 22, 2026.**

**You can visit www.lakeviewdatabreachsettlement.com to learn more.**

**Key things to know:**

- This is an important legal document.
- If you take no action action and are a Settlement Class Member, any ruling from the Court will apply to you, and you will not be able to sue Bayview Asset Management, LLC, Lakeview Loan Servicing, LLC, Pingora Loan Servicing, LLC, or Community Loan Servicing, LLC about the same issues.
- If you have questions or need assistance, please call 1-833-754-5757.
- You can learn more at **www.lakeviewdatabreachsettlement.com** or by scanning the QR code.



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



# BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 36777   PHILADELPHIA PA

POSTAGE WILL BE PAID BY ADDRESSEE

KROLL SETTLEMENT ADMINISTRATION LLC
PO BOX 5324
NEW YORK NY   10126-2877



**VISIT THE SETTLEMENT WEBSITE BY SCANNING THE PROVIDED QR CODE**

### POSTCARD CLAIM FORM

Claims must be postmarked no later than **June 22, 2026**, or submitted online no later than **June 22, 2026**. If you want to submit a Claim for an Out-of-Pocket Loss Payment, visit www.lakeviewdatabreachsettlement.com to submit your Claim Form and supporting documentation online or download a Claim Form to complete and return by U.S. mail.

Class Member ID: <<refnum>>

<<firstname>> <<mi>> <<lastname>>

<<address1>> <<address2>>

<<City>>, <<State>> <<Zip>>

| If different address from the preprinted data on the left, please print your correct information. |
| --- |
| First Name _____ Last Name _____ |
| Address _____ |
| City _____ State ___ ZipCode ___ |

**Monetary Compensation:** You can choose either a Pro Rata Cash Payment OR a California Pro Rata Cash Payment, in addition to Monitoring Services**.**

☐ **Pro Rata Cash Payment:** This may be increased or decreased after payments for Valid Claims, Settlement Administrative costs, Service Awards, and attorneys' Fees and Expense Awards are deducted from the Settlement Fund.

☐ **California Pro Rata Cash Payment:** You are eligible to receive this payment only if you resided in California when the Incident happened (October 11, 2021). This may be increased or decreased after payments for Valid Claims, Settlement Administrative costs, Service Awards, and attorneys' Fees and Expense Awards are deducted from the Settlement Fund.

☐ I swear and affirm under the penalty of perjury under the laws of the United States of America that I was a California resident on October 11, 2021.

☐ **Credit Monitoring Services:** One (1) year of Monitoring Services through CyEx Financial Shield Total. If selected, you must provide your email address here: _____ @ _____.

Select one of the following payment methods: ☐ PayPal ☐ Venmo ☐ Zelle ☐ Check. Please provide the email address or phone number associated with your PayPal, Venmo, or Zelle account: _____ @ _____.

**I certify that I am eligible to make a Claim in this Settlement and that the information provided in this Claim Form is true.**

Signature: _____ Print Name: _____ Date (MM/DD/YYYY): __ __ / __ __ / __ __ __ __

# Exhibit D



United States District Court, Southern District of Florida
*In re LAKEVIEW LOAN SERVICING DATA BREACH LITIGATION*
Case No. 1:22-cv-20955-GAYLES

# Class Action Notice

## *Authorized by the U.S. District Court, Southern District of Florida*

| Are you a current or former customer of Bayview Asset Management, LLC; Lakeview Loan Servicing, LLC; Pingora Loan Servicing, LLC; or Community Loan Servicing, LLC? | There is a $26,000,000 Settlement of a lawsuit related to an alleged data breach.<br><br>You may be entitled to money. | To be part of this Settlement, you should:<br><br>Read this Notice.<br><br>Respond by June 22, 2026. |
|---|---|---|

Important things to know:

- If you take no action and are a Settlement Class Member, you will still be bound by the Settlement, and your rights will be affected. ***Please read this Notice carefully and completely.***

- You can learn more at: www.lakeviewdatabreachsettlement.com.

# Table of Contents

**About This Notice** .........................................................................................................**3**

    Why did I get this Notice? .......................................................................................3

    What do I do next? ..................................................................................................3

    What are the most important dates? .......................................................................4

**Basic Information** ..........................................................................................................**4**

    What is this lawsuit about? ......................................................................................4

    What is a class action? ............................................................................................5

    Why is there a Settlement? .....................................................................................5

    How do I weigh my options? ...................................................................................5

    What is the best path for me? .................................................................................6

**Who is in the Settlement?** ...........................................................................................**7**

    Who is included in the Settlement? .........................................................................7

    Are there exceptions to being included? ..................................................................7

**The Settlement Benefits** ..............................................................................................**8**

    What does the Settlement provide? .........................................................................8

    What claims am I releasing if I stay in the Settlement Class? ..................................9

**Submitting a Claim Form for Settlement Benefits** ....................................................**10**

    How do I submit a claim for a Settlement benefit? ...............................................10

    What is the deadline for submitting a Claim Form? ..............................................10

    When will the Settlement benefits be issued? .......................................................10

**The Lawyers Representing You** ...................................................................................**11**

    Do I have a lawyer in the case? .............................................................................11

    Should I get my own lawyer? ................................................................................12

    How will Class Counsel be paid? ...........................................................................12

**Excluding Yourself from the Settlement** ...................................................................**12**

    How do I opt out of the Settlement? .....................................................................12

**Commenting on or Objecting to the Settlement** ......................................................**13**

    How do I tell the Court if I like or do not like the Settlement? ..........................13

    What is the difference between objecting and excluding? ...............................14

**The Court's Final Fairness Hearing** ...........................................................................**14**

    When is the Court's Final Fairness Hearing? .........................................................14

    Do I have to come to the Final Fairness Hearing? .................................................15

**If I Do Nothing** ...........................................................................................................**15**

    What happens if I do nothing at all? .....................................................................15

**Getting More Information** ..........................................................................................**15**

    How do I get more information? ............................................................................15

# About This Notice

## Why did I get this Notice?

This Notice is to tell you about the Settlement of two class action lawsuits, *In re Lakeview Loan Servicing Data Breach Litigation*, pending in the United States District Court for the Southern District of Florida, and *Lazarus v. Lakeview Loan Servicing, LLC*, pending in the California Superior Court for Sacramento County. A proposed Settlement has been reached in the lawsuits involving Bayview Asset Management, LLC, Lakeview Loan Servicing, LLC, Pingora Loan Servicing, LLC, and Community Loan Servicing, LLC (collectively, "Defendants") relating to the alleged unauthorized access to certain files stored on Defendants' systems, which may have included personal information (the "Incident"). **You received this Notice because you may be a member of the group of people who received notice of the Incident, called the "Settlement Class."** This Notice gives you a summary of the terms of the proposed Settlement Agreement, explains what rights Settlement Class Members have, and helps Settlement Class Members make informed decisions about what action to take.

## What do I do next?

Read this Notice to understand the Settlement and to determine if you are a Settlement Class Member. Then, decide if you want to:

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | DEADLINE |
|---|---|---|
| **SUBMIT A CLAIM** | The only way to receive benefits from this Settlement is by submitting a valid and timely Claim Form.<br><br>The fastest way to submit your Claim Form is online at **www.lakeviewdatabreachsettlement.com**. | **June 22, 2026** |
| **OPT OUT OF THE SETTLEMENT** | You can choose to opt out of the Settlement and receive no benefits. This is the only option that potentially allows you to ever be part of any other lawsuit against Defendants or any other Released Parties about the legal claims related to the issues raised in this Litigation, subject to any defenses Defendants may have to such claims, including the statutes of limitation. You can hire your own legal counsel at your own expense. | **June 11, 2026** |

3

**Questions? Call (833) 754-5757 Toll-Free or visit www.lakeviewdatabreachsettlement.com**

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | DEADLINE |
| --- | --- | --- |
| **OBJECT TO THE SETTLEMENT AND/OR ATTEND A HEARING** | If you do not opt out of the Settlement, you may object to it by writing to the Court about why you don't like the Settlement. You may also object to Class Counsel's attorneys' fees and expense request and ask the Court for permission to speak about your objection at the Final Fairness Hearing. | **June 11, 2026** |
| **DO NOTHING** | Unless you opt out of the Settlement, you are automatically part of the Settlement. If you do nothing, you will not receive benefits from this Settlement and you will give up the right to sue, continue to sue, or be part of another lawsuit against Defendants related to the legal claims resolved by this Settlement. | No Deadline |

The Court in charge of this case still has to decide whether to approve the Settlement.

Read on to understand the specifics of the Settlement and what each choice would mean for you.

## What are the most important dates?

Your deadline to object or opt out: **June 11, 2026**

Your deadline to submit a Claim Form: **June 22, 2026**

Final Fairness Hearing: **July 2, 2026**

# Basic Information

## What is this lawsuit about?

This lawsuit concerns the alleged unauthorized access to certain files stored on Defendants' systems, which may have included personal information. Defendants deny all claims alleged against them and deny all charges of wrongdoing or liability. The Settlement is not an admission of wrongdoing or an indication that Defendants have violated any laws, but rather the resolution of disputed claims.

4

## What is a class action?

In a class action, one or more individuals sue on behalf of other people with similar claims. These individuals are known as "Plaintiffs" or "Class Representatives." Together, the people included in the class action are called a "class" or "class members." One court resolves the lawsuit for all class members, except for those who opt out of the Settlement.

## Why is there a Settlement?

The Court did not decide in favor of Plaintiffs or Defendants. Plaintiffs and Defendants have agreed to a Settlement to avoid the costs and risks of a trial, and to allow the Settlement Class Members to receive benefits from the Settlement. Plaintiffs and their attorneys think the Settlement is best for all Settlement Class Members.

## How do I weigh my options?

You have four options. You can stay in the Settlement and submit a Claim, you can opt out of the Settlement, you can object to the Settlement, or you can do nothing. This chart shows the effects of each option:

|  | Submit a Claim | Opt Out | Object | Do Nothing |
|---|---|---|---|---|
| **Can I receive Settlement money if I . . .** | YES | NO | YES | NO |
| **Am I bound by the terms of the Settlement if I . . .** | YES | NO | YES | YES |
| **Can I pursue my own case if I . . .** | NO | YES | NO | NO |
| **Will the class lawyers represent me if I . . .** | YES | NO | NO | YES |

5

**Questions? Call (833) 754-5757 Toll-Free or visit www.lakeviewdatabreachsettlement.com**

## What is the best path for me?



*You can object to the Settlement AND submit a Claim Form to receive payment, but you must submit a Claim Form to receive payment.*

**Questions? Call (833) 754-5757 Toll-Free or visit www.lakeviewdatabreachsettlement.com**

# Who is in the Settlement?

## Who is included in the Settlement?

The Settlement Class is defined as: All Persons residing in the United States who were sent notice from any Defendant that their personally identifiable information ("PII") was potentially accessed during the Incident. Additionally, California Settlement Class means all Settlement Class Members who resided in California on October 11, 2021, the time of the Incident. For avoidance of doubt, all members of the California Settlement Class are also members of the Settlement Class.

## Are there exceptions to being included?

Yes. Excluded from the Settlement Class are: (i) Defendants and their respective officers and directors; (ii) all Settlement Class Members who timely and validly request exclusion from the Settlement Class; (iii) the Judge and/or Magistrate assigned to evaluate the fairness of this Settlement; and (iv) any other Person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding, or abetting the Incident or who pleads *nolo contendere* to any such charge.

If you are not sure whether you are included in the Settlement Class, you can ask for free help by contacting the Settlement Administrator by mail, email, or by calling toll-free.

Lakeview Data Breach Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

**(833) 754-5757**

You may also view the Settlement Agreement at **www.lakeviewdatabreachsettlement.com**.

# The Settlement Benefits

## What does the Settlement provide?

The Settlement provides for the creation of a $26,000,000 Settlement Fund to pay for: (i) Notice and Administration Expenses; (ii) Fee and Expense Award and Service Awards, as approved and awarded by the Court; (iii) documented Out-of-Pocket Loss Payments; (iv) *Pro Rata* Cash Payments; and (v) California *Pro Rata* Cash Payments. The Settlement benefits are summarized below. Visit **www.lakeviewdatabreachsettlement.com** for a full description of these benefits.

Settlement Class Members may submit claims for compensation for Out-of-Pocket Losses, and either a *pro rata* payment or a two-times *pro rata* payment for California Settlement Class Members in recognition of the protections afforded to California residents by the California Consumer Privacy Act.

**Compensation for Out-of-Pocket Losses.** Participating Settlement Class Members can claim up to a total of $5,000 per Person for out-of-pocket losses incurred as a result of the Incident, including, without limitation: (i) costs, expenses, losses, or charges incurred as a result of identity theft or identity fraud or other misuse of a Settlement Class Member's PII after October 11, 2021; (ii) costs incurred on or after October 11, 2021, associated with accessing or freezing/unfreezing credit reports with any credit reporting agency; (iii) miscellaneous expenses such as notary, postage, copying, mileage, and other charges; and (iv) charges for credit monitoring or other mitigative expenditures incurred on or after October 11, 2021, through the issuance of this Class Action Notice. Out-of-Pocket Loss Payment Claims are subject to *pro rata* reduction if all valid Out-of-Pocket Loss Payment Claims exceed $5,000,000.

Settlement Class Members submitting claims for Out-of-Pocket Loss Payments must submit documentation and an attestation supporting their claims. This can include receipts or other documentation that document the costs incurred but does not include documentation that is "self-prepared" by the claimant. "Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support to other submitted documentation. The attestation must state that the monetary losses are fairly traceable to the Incident and were not incurred due to some other event or reason.

8

**_Pro Rata_ Cash Payment.** All Settlement Class Members are eligible to make a claim for a _Pro Rata_ Cash Payment. After payment of Notice and Administration Expenses, Service Awards, and any Fee and Expense Award from the Settlement Fund, the _Pro Rata_ Cash Payments will evenly distribute the remaining amount of the Net Settlement Fund to each Settlement Class Member who submits a timely and Valid Claim for out-of-pocket losses before calculating the single share amount for _Pro Rata_ Cash Payments.

**California _Pro Rata_ Cash Payment.** Settlement Class Members who resided in California at the time of the Incident may claim a California _Pro Rata_ Cash Payment in recognition of their claims under the California Consumer Privacy Act instead of the _Pro Rata_ Cash Payment. For purposes of clarity, this means that they can receive a total of two _Pro Rata_ Cash Payment shares. To recover a California _Pro Rata_ Cash Payment, California Settlement Class Members must verify that they resided in California at the time of the Incident (October 11, 2021) by submitting their name, address, and an attestation under penalty of perjury that they were residents of California at the time of the Incident.

**Monitoring Services.** Settlement Class Members may claim and enroll in up to one (1) year of Monitoring Services provided by CyEx through its Financial Shield Total product.

## What claims am I releasing if I stay in the Settlement Class?

Unless you opt out of the Settlement, you cannot sue, continue to sue, or be part of any other lawsuit against Defendants about any of the legal claims this Settlement resolves. The "Mutual Releases" section of the Settlement Agreement describes the legal claims that you give up if you remain in the Settlement Class. The Settlement Agreement is available for review at **www.lakeviewdatabreachsettlement.com**.

# Submitting a Claim Form for Settlement Benefits

## How do I submit a claim for a Settlement benefit?

The fastest way to submit your Claim Form is online at **www.lakeviewdatabreachsettlement.com**. If you prefer, you can download the Claim Form from the website and mail it to the Settlement Administrator at:

Lakeview Data Breach Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

You may also contact the Settlement Administrator to request a Claim Form by calling toll-free **(833) 754-5757**, or by writing to the address above.

## What is the deadline for submitting a Claim Form?

If you are submitting a Claim Form online, you must do so by **June 22, 2026**. If you are submitting a Claim Form by U.S. mail, the completed and signed Claim Form, along with any supporting documentation, must be mailed so it is postmarked no later than **June 22, 2026**.

## When will the Settlement benefits be issued?

The Court will hold a Final Fairness Hearing on **July 2, 2026**. If the Court approves the Settlement, there may be appeals. It is always uncertain whether appeals will be filed and, if so, how long it will take to resolve them.

Settlement benefits will be distributed if the Court grants Final Approval of the Settlement and after any appeals are resolved, or after the period to seek an appeal has expired.

## The Lawyers Representing You

### Do I have a lawyer in the case?

Yes, the Court appointed John A. Yanchunis of Morgan & Morgan Complex Litigation Group, Stuart A. Davidson of Robbins Geller Rudman & Dowd LLP, Adam E. Polk of Girard Sharp LLP, Gary M. Klinger of Milberg, PLLC, Julie Braman Kane of Colson Hicks Eidson, P.A., and M. Anderson Berry of Emery Reddy PC, to represent you and other Settlement Class Members as Class Counsel.

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 North Franklin Street, 7th Floor
Tampa, FL  33602
Telephone: (813) 223-5505

Stuart A. Davidson
**ROBBINS GELLER RUDMAN & DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone: (800) 449-4900

Adam E. Polk
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA  94108
Telephone: (415) 981-4800

Gary M. Klinger
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
221 West Monroe Street, Suite 2100
Chicago, IL  60606
Telephone: (866) 252-0878

Julie Braman Kane
**COLSON HICKS EIDSON, P.A.**
806 South Douglas Road, Suite 1200
Coral Gables, FL  33134
Telephone: (305) 476-7400

M. Anderson Berry
**EMERY REDDY PC**
600 Stewart Street, Suite 1100
Seattle, WA  98101-1269
Telephone: (916) 823-6955

11

**Questions? Call (833) 754-5757 Toll-Free or visit www.lakeviewdatabreachsettlement.com**

## Should I get my own lawyer?

You will not be charged for Class Counsel's services. If you want to be represented by your own lawyer, you may hire one at your own expense.

## How will Class Counsel be paid?

Class Counsel will file a Fee Application for an award of attorneys' fees of up to one-third of the Settlement Fund, in addition to expenses, to be paid from the Settlement Fund.

Class Counsel's Fee Application will be available at **www.lakeviewdatabreachsettlement.com** after it is filed with the Court.

# Excluding Yourself from the Settlement

## How do I opt out of the Settlement?

If you do not want to receive any benefits from the Settlement, and you want to keep your right, if any, to separately sue Defendants about the legal issues in this case (subject to any defenses Defendants may have to such a suit, including the statutes of limitations), there are steps that you must take to exclude yourself from the Settlement Class. This is called requesting an exclusion from, or "opting out" of, the Settlement Class. The deadline to submit a request for exclusion from the Settlement is **June 11, 2026**.

To exclude yourself from the Settlement, you must submit a written request for exclusion that includes the following information:

(i)   the name of the proceedings: *In re Lakeview Loan Servicing Data Breach Litigation*, Case No. 1:22-cv-20955, pending in the United States District Court, Southern District of Florida;

(ii)   Settlement Class Member's full name;

(iii)   current mailing address;

(iv)   personal signature; and

(v)   the words "Request for Exclusion" or a comparable statement that the individual does not wish to participate in the Settlement, or some other clear manifestation of the intent to opt out of the Settlement.

12

Your request for exclusion must be mailed to the Settlement Administrator at the address below, **postmarked no later than June 11, 2026**.

Lakeview Data Breach Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

If you exclude yourself, you are telling the Court that you do not want to be part of the Settlement. You will not be eligible to receive any Settlement benefits if you exclude yourself.

You may only exclude yourself — not any other Person. **Any Settlement Class Member who does not file a timely request for exclusion in accordance with this section will lose the opportunity to exclude himself or herself from the Settlement and will be bound by the Settlement.**

## Commenting on or Objecting to the Settlement

### How do I tell the Court if I like or do not like the Settlement?

If you are a Settlement Class Member and you do not like the Settlement, you can object to it, if you choose. You can give reasons why you think the Court should not approve it. The Court will consider your views.

For an objection to be a valid objection under the Settlement, it must include or substantially comply with the following: (i) the name and case number of the proceeding, *In re Lakeview Loan Servicing Data Breach Litigation*, Case No. 1:22-cv-20955; (ii) the Settlement Class Member's full name, current mailing address, email address, and telephone number; (iii) a statement of the specific grounds for the objection, as well as any documents supporting the objection, and whether the objection applies to the objector, a subset of the Settlement Class, or the entire Settlement Class; (iv) the identity of any attorneys representing the objector; (v) a statement regarding whether the Settlement Class Member (or his/her attorney) intends to appear at the Final Fairness Hearing; (vi) a statement identifying all class action Settlements objected to by the Settlement Class Member or his or her counsel; and (vii) the signature of the Settlement Class Member, even if represented by an attorney . The Court, in its discretion, may authorize additional discovery of objectors.

To be timely, an objection must be mailed to Settlement Administrator, so it is postmarked no later than **June 11, 2026**.

Lakeview Data Breach Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

## What is the difference between objecting and excluding?

Objecting is telling the Court that you do not like something about the Settlement. You can object to the Settlement only if you do not exclude yourself from the Settlement. Excluding yourself from the Settlement is opting out and stating to the Court that you do not want to be part of the Settlement. If you opt out of the Settlement, you cannot object to it because the Settlement no longer affects you.

# The Court's Final Fairness Hearing

## When is the Court's Final Fairness Hearing?

The Court will hold a Final Fairness Hearing on **July 2, 2026 at 10:00 a.m. ET**, at the Wilkie D. Ferguson, Jr. United States Courthouse, Courtroom 11-1, 400 North Miami Avenue, Miami, FL 33128.

At the Final Fairness Hearing, the Court will consider whether to approve the Settlement, Class Counsel's Fee Application (up to 33.33% of the Settlement Fund, or $8,666,666.67), and application for Service Awards of $7,500 each for the twenty-two (22) Class Representatives for the efforts on behalf of the Settlement Class. The Court will also consider any objections to the Settlement that were submitted in accordance with the requirements outlined above.

If you are a Settlement Class Member, you or your attorney may ask permission to speak at the hearing at your own cost (***see* above**).

The date and time of this hearing may change without further notice. Please check **www.lakeviewdatabreachsettlement.com** for updates.

## Do I have to come to the Final Fairness Hearing?

No. Class Counsel will answer any questions the Court may have. You may attend at your own expense if you wish. If you file an objection, you do not have to come to the Final Fairness Hearing to talk about it. If you file your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but such attendance is not necessary.

# If I Do Nothing

## What happens if I do nothing at all?

If you are a Settlement Class Member and you do nothing, you will give up the rights described in **Question 9**, including your right to start a lawsuit, continue a lawsuit, or be part of any other lawsuit against Defendants and the Released Parties about the legal issues resolved by this Settlement. In addition, if you do nothing, you will not receive any benefits from this Settlement.

# Getting More Information

## How do I get more information?

This Notice summarizes the proposed Settlement. Complete details are provided in the Settlement Agreement. The Settlement Agreement and other related documents are available at the Settlement Website, **www.lakeviewdatabreachsettlement.com**.

If you have additional questions, or if you need to change your contact information, you may contact the Settlement Administrator by mail, via the Settlement Website, or by calling toll-free.

Lakeview Data Breach Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

**(833) 754-5757**

15

Publicly filed documents can also be obtained by visiting the office of the Clerk of the Court, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128.

**DO <u>NOT</u> CONTACT THE COURT OR CLERK OF COURT REGARDING QUESTIONS ABOUT THIS SETTLEMENT.**

**Questions? Call (833) 754-5757 Toll-Free or visit www.lakeviewdatabreachsettlement.com**

# Exhibit E

8334900000000

8 3 3 4 9 0 0 0 0 0 0 0 0

| **The DEADLINE** to submit or mail this Claim Form is: **June 22, 2026** | *In re Lakeview Loan Servicing Data Breach Litigation* *Master File No. 1:22-cv-20955-GAYLES* **FULL-LENGTH CLAIM FORM** | For Office Use Only |
|---|---|---|

### *In re Lakeview Loan Servicing Data Breach Litigation*
### **Master File No. 1:22-cv-20955-GAYLES**
### **United States District Court, Southern District of Florida**

**SUBMIT BY JUNE 22, 2026** ONLINE AT
[WWW.LAKEVIEWDATABREACHSETTLEMENT.COM](WWW.LAKEVIEWDATABREACHSETTLEMENT.COM)

OR MAIL TO:
LAKEVIEW DATA BREACH SETTLEMENT
C/O KROLL SETTLEMENT ADMINISTRATION LLC
P.O. BOX 5324
NEW YORK, NY 10150-5324

### **GENERAL CLAIM FORM INFORMATION**

This Claim Form[1] should be filled out online or submitted by mail if you received a notice of data security Incident letter stating your personal information was potentially compromised through a data security Incident that began on October 11, 2021 (the "Incident") at Bayview Asset Management, LLC ("Bayview"), Lakeview Loan Servicing, LLC ("Lakeview"), Pingora Loan Servicing, LLC ("Pingora"), and Community Loan Servicing, LLC ("Community Loan") (collectively, "Defendants"). The Settlement Class consists of "All Persons residing in the United States who were sent notice from any Defendant that their personally identifiable information ("PII") was potentially accessed during the Incident."[2]

If you wish to submit a Claim by mail, please provide the information requested below. Please print clearly in blue or black ink. This Claim Form must be mailed and postmarked by **no later than June 22, 2026**.

---

[1]   Unless otherwise noted, all capitalized terms herein are defined in the Class Action Settlement Agreement, available at www.LakeviewDataBreachSettlement.com.

[2]   Excluded from the Settlement Class are: (a) Defendants and their respective officers and directors; (b) all Settlement Class Members who timely and validly request exclusion from the Settlement Class; (c) the Judge and/or Magistrate assigned to evaluate the fairness of the Settlement Agreement; and (d) any other Person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding, or abetting the Incident or who pleads *nolo contendere* to any such charge.

**Questions? Call 1-833-754-5757 Toll-Free or visit www.lakeviewdatabreachsettlement.com**

8334900000000

8 3 3 4 9 0 0 0 0 0 0 0 0

## **Claimant Information**

_____  _____  _____
First Name                                           M. Initial    Last Name

_____
Street/P.O. Box

_____   ____ ____   ____ ____ ____ ____ ____
City                                                     State           Zip Code

( ____ ____ ____ ) - ____ ____ ____ - ____ ____ ____ ____
Phone Number

_____ @ _____
Email Address

8 3 3 4 9 ____ ____ ____ ____ ____ ____ ____ ____

Unique Identifier
*(Can be found on the postcard notice you received informing you about this Settlement. If you need additional help locating this ID, please contact the Settlement Administrator.)*

## **Monetary Compensation**

**Cash Payment**: Would you like to receive a cash payment under the Settlement? **(circle one)**

**Yes**          **No**

*If you selected "Yes," you must choose which cash payment you are eligible to receive. If you do not select an option, you will be deemed to have selected the *Pro Rata* Cash Payment option below.  If you select the California *Pro Rata* Cash Payment and you were not a California resident at the time of the Incident, October 11, 2021, you will also be deemed to have selected the *Pro Rata* Cash Payment option.[3] You may only select **ONE** Pro Rata Cash Payment option.

---

[3]    "*Pro rata*" means a proportional part of something such that everyone gets their exact piece of the whole, ensuring equitable distribution.

**Questions? Call 1-833-754-5757 Toll-Free or visit www.lakeviewdatabreachsettlement.com**

8334900000000

8 3 3 4 9 0 0 0 0 0 0 0 0

(a)      ***Pro Rata* Cash Payment**: After payment of Out-of-Pocket Loss Claims, the Settlement Administrator will make Settlement Payments of a single *pro rata* share of the remaining Net Settlement Fund to each Settlement Class Member who submits a Valid Claim and who did not reside in California at the time of the Incident. The amount of this payment will increase or decrease on a *pro rata* basis depending upon the number of Valid Claims filed.

(b)      **California *Pro Rata* Cash Payment**: After payment of Out-of-Pocket Loss Claims, the Settlement Administrator will make Settlement Payments of two *Pro Rata* Shares (2x) of the remaining Net Settlement Fund to each Settlement Class Member who submits a Valid Claim and resided in California at the time of the Incident. The amount of this payment will increase or decrease on a *pro rata* basis depending upon the number of Valid Claims filed. **You must have been a California resident on October 11, 2021 to select this option, and must verify this fact by checking the box below.**

☐ I swear and affirm under the penalty of perjury under the laws of the United States of America that I was a California resident on October 11, 2021.

**Which cash payment are you eligible to receive? (circle ONE)**

**California *Pro Rata* Cash Payment**            ***Pro Rata* Cash Payment**

**Out-of-Pocket Losses (if any)**: I am also submitting a claim for documented unreimbursed out-of-pocket monetary losses in the amount of $_____ that I incurred as a result of the Incident. I understand that I am required to provide supporting third-party documentation to support my claim for out-of-pocket losses, such as copies of any receipts, bank statements, reports, or other documentation supporting my claim. This can include receipts or other documentation that I have not "self-prepared." I understand that "self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support other submitted documentation. I understand the Settlement Administrator may contact me for additional information before processing my claim. If I do not have information supporting my claim for unreimbursed monetary losses, I will not receive compensation for this Settlement benefit. **I understand that any monetary compensation I may receive under the Settlement is capped at $5,000 for out-of-pocket expenses and that the total amount of the Net Settlement Fund available to pay all Out-of-Pocket Loss**

Questions? Call 1-833-754-5757 Toll-Free or visit www.lakeviewdatabreachsettlement.com

**8334900000000**

8 3 3 4 9 0 0 0 0 0 0 0 0

**Claims is $5,000,000.** To the extent Valid Claims for Out-of-Pocket Losses exceed **$5,000,000** collectively, those claims will be reduced on a *pro rata* basis.

**To the extent an Out-of-Pocket Loss Claim is denied, it will be treated as a claim for a *Pro Rata* Cash Payment, unless approved as a California *Pro Rata* Cash Payment.**

Description of the unreimbursed, out-of-pocket loss or expenses incurred, and the documents attached to support this claim:

_____

_____

_____

_____

_____

_____

### Monitoring Services

Would you like to receive Monitoring Services[4] under the Settlement? **(circle one)**

**Yes          No**

If you selected "Yes," please provide your email address: _____

### Signature and Class Member Attestation

Please sign below indicating that all information you are providing in this Claim Form is true and correct to the best of your knowledge and belief, subject to the penalty of perjury under 28 U.S.C. §1746.

Signature_____     Date____ ____ / ____ ____ / ____ ____ ____ ____

_____

[4] "Monitoring Services" means the services provided by CyEx pursuant to its Financial Shield Total product.

**Questions? Call 1-833-754-5757 Toll-Free or visit www.lakeviewdatabreachsettlement.com**

83349                                    CF                         Page 4 of 4

83349                                    CF                         Page 4 of 4

# Exhibit F

**SOCIAL MEDIA ADS**

**Facebook Ad**



**Instagram Ad**



# Exhibit G

# Exclusion List

| Count | Class Member ID | First Initial | Last Initial |
|---|---|---|---|
| 1 | 833496K71F82V | A | R |
| 2 | 83349C9HT0JBR | A | C |
| 3 | 8334989KZ202Y | A | B |
| 4 | 833492893TVMQ | A | L |
| 5 | 83349174N15KR | A | S |
| 6 | 83349MHS2KKNB | B | D |
| 7 | 83349TXDTPF6H | B | K |
| 8 | 83349K6CCX8RN | B | N |
| 9 | 83349TFBPS4JC | B | L |
| 10 | 83349C38MC248 | B | M |
| 11 | 83349CH3YV8RX | B | R |
| 12 | 833490DHR4Q64 | C | D |
| 13 | 833497TGND9Z1 | C | P |
| 14 | 83349G3VPMV32 | C | R |
| 15 | 83349957VZQPH | C | M |
| 16 | 833493MC5GZRY | C | S |
| 17 | 83349TB2CKB81 | C | M |
| 18 | 833493XK5YTK1 | D | C |
| 19 | 83349RVMJ5ZNR | D | J |
| 20 | 833493CJBF7KG | E | R |
| 21 | 83349R6F6Z8DS | G | K |
| 22 | 833495G9ZR917 | G | E |
| 23 | 8334919RHM8HY | H | M |
| 24 | 83349J3K9K1HY | I | N |
| 25 | 83349890ST0QP | J | M |
| 26 | 833490F1XZ5R7 | J | C |
| 27 | 833494KX73HGC | J | F |
| 28 | 83349R7F46C0Y | J | R |
| 29 | 833498X93J80P | J | R |
| 30 | 83349HCNMY6NF | J | M |
| 31 | 83349QS8N4072 | J | Z |
| 32 | 833492VKRBBMC | K | W |
| 33 | 83349RT6CSFSG | K | D |
| 34 | 83349175T1B82 | K | S |
| 35 | 83349NSDP7V5B | K | B |
| 36 | 83349T77YY5P3 | K | C |
| 37 | 83349K8D94D8Q | K | S |
| 38 | 83349VV9265D2 | M | H |
| 39 | 83349GG4PRNF1 | M | B |
| 40 | 83349G3Z2D4FP | M | M |
| 41 | 83349RB9JX0HP | M | M |
| 42 | 83349H53QZ24F | M | C |
| 43 | 83349Z6MCBTGQ | M | P |
| 44 | 83349G69M6TB6 | N | H |
| 45 | 833492SRG3X4X | N | S |

# Exclusion List

| Count | Class Member ID | First Initial | Last Initial |
|---|---|---|---|
| 46 | 83349D12XSNM2 | N | D |
| 47 | 8334976F95ZYV | P | H |
| 48 | 83349YPHTQM59 | R | S |
| 49 | 83349335RQPPF | S | A |
| 50 | 83349XTR3P1TD | S | R |
| 51 | 83349NZ95HP91 | S | W |
| 52 | 83349CZP3VVJ8 | T | R |
| 53 | 833491MGP62CH | T | J |
| 54 | 83349YSP3FM8H | T | C |
| 55 | 83349SH516SKZ | V | R |
| 56 | 833494J83J2QC | W | B |
| 57 | 83349JXBKJ6BC | Z | P |