**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MASTER FILE NO. 1:22-CV-20955-GAYLES/TORRES**

In re LAKEVIEW LOAN SERVICING DATA      CLASS ACTION
BREACH LITIGATION
_____ /

### FINAL JUDGMENT

THIS MATTER is before the Court following the Court's Amended Order Granting Final

Approval of Class Action Settlement, Attorneys' Fees, Expenses, and Service Awards (ECF No.

422). Accordingly, it is now hereby **ORDERED and ADJUDGED**:

1. The Settlement Agreement[1] [ECF No. 403-1] is **APPROVED**.

2. The Settlement Class, as that term is defined in the Settlement Agreement, is

    certified for settlement purposes only.

3. All Settlement Class Members are bound by the Settlement Agreement, the

    Releases contained therein, and this Final Judgment.

4. Class Counsel is awarded attorneys' fees of $8,666,666.67 and expenses in the

    amount of $1,708,278.34, and both are to be paid pursuant to the Settlement

    Agreement.

5. The Service Awards requested in the amount of $7,500 to each Class

    Representative are approved and are to be paid pursuant to the Settlement

    Agreement.

---

[1] Unless otherwise defined, all capitalized terms shall have the same definitions and meanings as set forth in the
Settlement

6.  All Released Claims are discharged and released against the Released Parties, as those terms are used and defined in the Settlement Agreement.

7.  Plaintiffs and any Settlement Class Member, other than those who opted out, are permanently barred and enjoined from the institution and/or prosecution of any other action against the Released Parties in any court or other forum asserting any of the Released Claims, as those terms are used and defined in the Settlement Agreement.

8.  Without affecting the finality of the judgment, the Court further reserves and retains exclusive and continuing jurisdiction over the Settlement concerning the administration and enforcement of the Settlement Agreement and to effectuate its terms, as set forth in the Settlement Agreement.

9.  This action against Bayview Asset Management, LLC,  Lakeview Loan Servicing, LLC, Pingora Loan Servicing and Community Loan Servicing, LLC, is **DISMISSED WITH PREJUDICE**.

10. The CLERK shall close this case.

**DONE and ORDERED** in Chambers this 10th day of July, 2026.

_____

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

2